| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | CHRISTOPHER B. HOCKETT (SBN 121539) |
|   | JUDITH S. H. HOM (SBN 203482) |
| 3 | CHI SOO KIM (SBN 232346) |
|   | Three Embarcadero Center |
| 4 | San Francisco, California  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 5 | Facsimile:   (415) 393-2286 |
| 6 | Attorneys for Defendant |
|   | Seoul Semiconductor, Inc. |
| 7 | |

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| 12 | Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| 13 | Plaintiff, | NOTICE OF CHANGE IN COUNSEL REMOVING JOSHUA MATT AS COUNSEL |
| 14 | v. | |
| 15 | Seoul Semiconductor Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc., | |
| 16 | | |
| 17 | Defendants. | |

18

19    Pursuant to General Order No. 45, Section IV.C, PLEASE TAKE NOTICE that

20  Joshua Matt is no longer associated with Bingham McCutchen LLP and is hereby removed from

21  this case.  Beth Parker, who previously made an appearance through the Court's ECF system,

22  continues to represent Seoul Semiconductor, Inc., on behalf of Bingham McCutchen LLP.

23

24

25

26

SF/21662062.1

Case No. 3:06-CV-0162 (MMC)

NOTICE OF CHANGE IN COUNSEL REMOVING JOSHUA MATT AS COUNSEL

1  DATED: March 21, 2006

2
3              BINGHAM MCCUTCHEN LLP

4

5              By:_____/s/_____
                        Beth H. Parker
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SF/21662062.1                    2                    Case No. 3:06-CV-0162 (MMC)

NOTICE OF CHANGE IN COUNSEL REMOVING JOSHUA MATT AS COUNSEL