IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>    Defendants / | No. C-06-0162 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE COMPLETE COPIES OF PATENTS** |

Before the Court is plaintiff Nichia Corporation's complaint, filed January 10, 2006, attached to which are four exhibits. Each exhibit is, according to the complaint, "a true and correct copy" of a patent at issue in the instant action. (See Compl., ¶¶ 11, 13, 15, 17.) Each exhibit, however, is an incomplete copy of a patent. Rather, each exhibit consists of the first page of the patent and diagrams of the invention; plaintiff has not provided the specification, the claims, or any other document that may be included in the actual patent.

Accordingly, no later than April 7, 2006, plaintiff shall file complete copies of each patent at issue herein.

**IT IS SO ORDERED.**

Dated: March 29, 2006

MAXINE M. CHESNEY
United States District Judge