A‍TTORNEYS F‍OR P‍LAINTIFF N‍ICHIA C‍ORPORATION

E. Patrick Ellisen (Bar No. 142033)
Jason M. Julian (Bar No. 215342)
FOLEY & LARDNER LLP
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3404
TELEPHONE:  (415) 434-4484
FACSIMILE:  (415) 434-4507
pellisen@foley.com
jjulian@foley.com

Michael D. Kaminski (TO BE ADMITTED *PRO HAC VICE*)
Kenneth E. Krosin (TO BE ADMITTED *PRO HAC VICE*)
FOLEY & LARDNER LLP
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5109
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NICHIA CORPORATION**, a Japanese corporation, | **Case No. C 06 0162 (MMC)** |
| Plaintiff, | |
| vs. | |
| **SEOUL SEMICONDUCTOR, LTD.**, a Korean corporation, **SEOUL SEMICONDUCTOR, INC.**, a California corporation, **CREATIVE TECHNOLOGY, LTD.**, a Singapore corporation, **CREATIVE LABS, INC.**, a California corporation, and **CREATIVE HOLDINGS, INC.**, a California corporation, | **ORDER MODIFYING CASE MANAGEMENT CONFERENCE ORDER** |
| | Date:     April 28, 2006<br>Time:    10:30 a.m.<br>Place:    Courtroom 7, 19th Floor<br>Judge:   Hon. Maxine M. Chesney |
| Defendants. | |

Error! Unknown document property name.

**[Proposed] Order Modifying Case Management Conference Order**

Having considered Plaintiff Nichia Corporation's Opposition to the Request By Defendants Creative Labs, Inc., Creative Technology, Ltd., and Creative Holdings, Inc. For An Order Enlarging Time And Modifying Initial Case Management Order, and Defendant Seoul Semiconductor, Inc.'s Motion to Join Creative's Request, and finding that Plaintiff has shown good cause therefore,

IT IS HEREBY ORDERED that the Court's February 2, 2006 Case Management Conference Order, be modified as follows:

1. The last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and the discovery plan, and to file the Joint ADR Certification with a Stipulation to ADR Process or Notice of Need for ADR Phone Conference is extended from March 24, 2006 to April 7, 2006;

2. The last day for the parties to complete initial disclosures or state objections in their Rule 26(f) Report, file a Joint Case Management Statement, and file and serve their Rule 26(f) Report is extended from April 7, 2006 to April 21, 2006; and

3. The Case Management Conference currently scheduled for April 14, 2006, will be held on April 28, 2006, at 10:30 a.m.

| March 29, 2006 | | |
|---|---|---|
| | By: | *Maxine M. Chesney* |
| | | HONORABLE MAXINE M. CHESNEY |