| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
| | CHRISTOPHER B. HOCKETT (SBN 121539) |
| 3 | chris.hockett@bingham.com |
| | JUDITH S. H. HOM (SBN 203482) |
| 4 | judith.hom@bingham.com |
| | CHI SOO KIM (SBN 232346) |
| 5 | chisoo.kim@bingham.com |
| | Three Embarcadero Center |
| 6 | San Francisco, California  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 7 | Facsimile:   (415) 393-2286 |
| 8 | |
| | Attorneys for Defendant |
| 9 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **ANSWER OF DEFENDANT SEOUL SEMICONDUCTOR, INC. TO PLAINTIFF NICHIA CORPORATION'S COMPLAINT AND COUNTERCLAIMS** |
| v. | |
| Seoul Semiconductor Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc., | **DEMAND FOR JURY TRIAL** |
| Defendants. | Place:   Courtroom 7, 19th Floor<br>Judge:   Hon. Maxine M. Chesney |

Defendant Seoul Semiconductor, Inc. ("Seoul Semiconductor USA"), answers the Complaint of Plaintiff Nichia Corporation ("Nichia") as follows:

**JURISDICTION AND VENUE**

1. Seoul Semiconductor USA admits that the Complaint alleges patent infringement and that the Court has subject matter jurisdiction over the action under 28 U.S.C.

SEOUL SEMICONDUCTOR USA'S ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIMS

SF/21660789.7/3004554-0000319036

§§ 1331, 1338(a), and 1367(a).

2. For the purposes of this action, Seoul Semiconductor USA admits that venue is proper in the Northern District of California with respect to Seoul Semiconductor USA, but denies the remainder of the allegations of Paragraph 2 to the extent that they are directed to Seoul Semiconductor USA. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 2 with respect to the other Defendants, and therefore denies them.

## THE PARTIES

3. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 3, and therefore denies them.

4. Seoul Semiconductor USA admits that Seoul Semiconductor Co., Ltd. is organized under the laws of the Republic of Korea, with its principal place of business at 148-29, Gasan-Dong, Geumcheon-Gu, Seoul, Republic of Korea.

5. Seoul Semiconductor USA admits that it is organized under the laws of California and that its principal place of business is at 5122 Katella Avenue, Suite 302, Los Alamitos, California 90720.

6. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 6, and therefore denies them.

7. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 7, and therefore denies them.

8. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 8, and therefore denies them.

9. Paragraph 9 of the Complaint states legal conclusions to which no response is required. To the extent a response is required, Seoul Semiconductor USA admits contacts with this Judicial District, but denies placing products accused of infringement into the stream of commerce knowing and expecting that such products would end up in this Judicial

1 District. Seoul Semiconductor USA is without information sufficient to admit or deny the
2 allegations of Paragraph 9 with respect to the other Defendants, and therefore denies them.

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

10. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 10, and therefore denies them.

11. Seoul Semiconductor USA admits that Exhibit 1 to the Complaint is a copy of U.S. Patent No. D491,538 ("the '538 patent"), appearing to bear an issue date of June 15, 2004. Seoul Semiconductor USA denies that the '538 patent was duly and legally issued. Seoul Semiconductor USA is without information sufficient to admit or deny the remaining allegations of Paragraph 11, and therefore denies them.

12. Seoul Semiconductor USA admits that, on its face, the Claim of U.S. Patent No. D491,538 states "I claim the ornamental design for a light emitting diode, as shown and described," but otherwise denies the allegations of Paragraph 12.

13. Seoul Semiconductor USA admits that Exhibit 2 to the Complaint is a copy of U.S. Patent No. D490,784 ("the '784 patent"), appearing to bear an issue date of June 1, 2004. Seoul Semiconductor USA denies that the '784 patent was duly and legally issued. Seoul Semiconductor USA is without information sufficient to admit or deny the remaining allegations of Paragraph 13, and therefore denies them.

14. Seoul Semiconductor USA admits that, on its face, the Claim of U.S. Patent No. D490,784 states "I claim the ornamental design for a light emitting diode, as shown and described," but otherwise denies the allegations of Paragraph 14.

15. Seoul Semiconductor USA admits that Exhibit 3 to the Complaint is a copy of U.S. Patent No. D503,388 ("the '388 patent"), appearing to bear an issue date of March 29, 2005. Seoul Semiconductor USA denies that the '388 patent was duly and legally issued. Seoul Semiconductor USA is without information sufficient to admit or deny the remaining allegations of Paragraph 15, and therefore denies them.

16. Seoul Semiconductor USA admits that, on its face, the Claim of U.S. Patent No. D503,388 states "I claim the ornamental design for a light emitting diode, as shown and described," but otherwise denies the allegations of Paragraph 16.

17. Seoul Semiconductor USA admits that Exhibit 4 to the Complaint is a copy of U.S. Patent No. D499,385 ("the '385 patent"), appearing to bear an issue date of December 7, 2004. Seoul Semiconductor USA denies that the '385 patent was duly and legally issued. Seoul Semiconductor USA is without information sufficient to admit or deny the remaining allegations of Paragraph 17, and therefore denies them.

18. Seoul Semiconductor USA admits that, on its face, the Claim of U.S. Patent No. D499,385 states "I claim the ornamental design for a light emitting diode, as shown and described," but otherwise denies the allegations of Paragraph 18.

19. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 19, and therefore denies them.

20. Seoul Semiconductor USA denies that it imports and distributes into the United States light emitting diodes ("LEDs") manufactured by Seoul Semiconductor Co., Ltd. Seoul Semiconductor USA admits that it markets LEDs manufactured by Seoul Semiconductor Co., Ltd. in this Judicial District, in California, and throughout the United States, but denies that it distributes LEDs manufactured by Seoul Semiconductor Co., Ltd. in this Judicial District, in California, or throughout the United States.

21. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 21, and therefore denies them.

22. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 22, and therefore denies them.

23. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 23, and therefore denies them.

SEOUL SEMICONDUCTOR USA'S ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIMS
SF/21660789.7/3004554-0000319036

**FIRST COUNT – PATENT INFRINGEMENT  ('538 Patent)**

24.    No response is required to Paragraph 24.  Seoul Semiconductor USA incorporates by reference Paragraphs 1-23 of this Answer.

25.    Seoul Semiconductor USA denies the allegations of Paragraph 25 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 25 with respect to the other Defendants, and therefore denies them.

26.    Seoul Semiconductor USA denies the allegations of Paragraph 26 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 26 with respect to other Defendants, and therefore denies them.

27.    Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 27, and therefore denies them.

28.    Seoul Semiconductor USA denies the allegations of Paragraph 28 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 28 with respect to other Defendants, and therefore denies them.

**SECOND COUNT – PATENT INFRINGEMENT  ('784 Patent)**

29.    No response is required to Paragraph 29.  Seoul Semiconductor USA incorporates by reference Paragraphs 1-28 of this Answer.

30.    Seoul Semiconductor USA denies the allegations of Paragraph 30 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 30 with respect to the other Defendants, and therefore denies them.

31.    Seoul Semiconductor USA denies the allegations of Paragraph 31 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is

without information sufficient to admit or deny the allegations of Paragraph 31 with respect to other Defendants, and therefore denies them.

32.   Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 32, and therefore denies them.

33.   Seoul Semiconductor USA denies the allegations of Paragraph 33 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 33 with respect to other Defendants, and therefore denies them.

**THIRD COUNT – PATENT INFRINGEMENT  ('388 Patent)**

34.   No response is required to Paragraph 34.  Seoul Semiconductor USA incorporates by reference Paragraphs 1-33 of this Answer.

35.   Seoul Semiconductor USA denies the allegations of Paragraph 35 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 35 with respect to the other Defendants, and therefore denies them.

36.   Seoul Semiconductor USA denies the allegations of Paragraph 36 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 36 with respect to other Defendants, and therefore denies them.

37.   Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 37, and therefore denies them.

38.   Seoul Semiconductor USA denies the allegations of Paragraph 38 to the extent that they are directed to Seoul Semiconductor USA.  Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 38 with respect to other Defendants, and therefore denies them.

## FOURTH COUNT – PATENT INFRINGEMENT ('385 Patent)

39. No response is required to Paragraph 39. Seoul Semiconductor USA incorporates by reference Paragraphs 1-38 of this Answer.

40. Seoul Semiconductor USA denies the allegations of Paragraph 40 to the extent that they are directed to Seoul Semiconductor USA. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 40 with respect to the other Defendants, and therefore denies them.

41. Seoul Semiconductor USA denies the allegations of Paragraph 41 to the extent that they are directed to Seoul Semiconductor USA. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 41 with respect to other Defendants, and therefore denies them.

42. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 42, and therefore denies them.

43. Seoul Semiconductor USA denies the allegations of Paragraph 43 to the extent that they are directed to Seoul Semiconductor USA. Seoul Semiconductor USA is without information sufficient to admit or deny the allegations of Paragraph 43 with respect to other Defendants, and therefore denies them.

## AFFIRMATIVE DEFENSES

Seoul Semiconductor USA alleges the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint fails to state a claim against Seoul Semiconductor USA upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Non-Infringement)

Seoul Semiconductor USA has not infringed and does not infringe, has not

contributed and does not contribute to the infringement of, has not actively induced and does not actively induce others to infringe, and has not been induced by others to infringe, directly or indirectly, willfully or otherwise, any valid and enforceable claim of the '538, '784, '388, or '385 patents.

### THIRD AFFIRMATIVE DEFENSE
### (Invalidity)

Each and every claim of the '538, '784, '388, and '385 patents is invalid and/or unenforceable for failing to meet one or more of the requirements of patentability specified in Title 35 of the United States Code, including but not limited to, 35 U.S.C. §§ 102, 103, 119, and/or 171.

### FOURTH AFFIRMATIVE DEFENSE
### (Not a Proper Party to the Action)

Seoul Semiconductor USA does not make, use, sell, or offer for sale, the accused products in the United States and is therefore not a proper party to this action.

### FIFTH AFFIRMATIVE DEFENSE
### (Failure to Mark or Provide Notice)

Plaintiff's claims for relief are barred, in whole or in part, by failure to comply with the notice requirements of 35 U.S.C. § 287(a).

### SIXTH AFFIRMATIVE DEFENSE
### (Laches, Waiver, Estoppel, Unclean Hands)

Plaintiff's claims for relief are barred, in whole or in part, by equitable doctrines of laches, waiver, estoppel, and/or unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE
### (Inequitable Conduct)

Plaintiff's claims for relief are barred, in whole or in part, because the '538, '784, '388, and '385 patents are unenforceable for inequitable conduct by the Patentee and/or others

involved in the prosecution of the application of these patents.

## EIGHTH AFFIRMATIVE DEFENSE

### (Additional Defenses)

Seoul Semiconductor USA intends to rely upon any additional affirmative defenses and/or counterclaims that become available or apparent during discovery and reserves its right to amend this Answer to assert additional affirmative defenses and counterclaims and/or to modify the affirmative defenses and counterclaims contained herein, as discovery proceeds.

## COUNTERCLAIMS

For its counterclaims against Nichia Corporation ("Nichia"), Seoul Semiconductor, Inc. ("Seoul Semiconductor USA") alleges as follows:

## JURISDICTION AND VENUE

1. This Court has supplemental jurisdiction over the subject matter of this Counterclaim pursuant to 28 U.S.C. § 1367(a) because it consists of claims that are related to the transaction or occurrence that is the subject of the underlying action. This Court also has independent jurisdiction over the subject matter of this Counterclaim pursuant to 28 U.S.C. §§ 1331 and 1338(a) and may declare the rights of interested parties pursuant to 28 U.S.C. § 2201.

2. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(d) and because Nichia commenced this action in this Judicial District.

## PARTIES

3. Seoul Semiconductor USA is a corporation organized and existing under the laws of California, and has its principal place of business at 5122 Katella Avenue, Suite 302, Los Alamitos, California 90720.

4. Upon information and belief, Nichia is a corporation organized and existing under the laws of Japan, and has its principal place of business at 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima, Japan 774-8601.

**FIRST COUNTERCLAIM**

**(Non-Infringement)**

5. Seoul Semiconductor USA re-alleges and incorporates the allegations set forth in Paragraphs 1-4 of its Counterclaims.

6. There exists an actual case or controversy between Seoul Semiconductor USA and Nichia concerning the alleged infringement of the '538, '784, '388, and '385 patents by virtue of the Complaint and Answer in this action.

7. Seoul Semiconductor USA has not infringed and does not infringe, has not contributed and does not contribute to the infringement of, has not actively induced and does not actively induce others to infringe, and has not been induced by others to infringe, directly or indirectly, willfully or otherwise, any valid and enforceable claim of the '538, '784, '388, or '385 patents.

8. Seoul Semiconductor USA seeks a declaration from this Court that Seoul Semiconductor USA does not infringe any claim of the '538, '784, '388, or '385 patents.

9. In the alternative, Seoul Semiconductor USA seeks a declaration from this Court that any alleged infringement by Seoul Semiconductor USA would not be actionable by Nichia by virtue of one or more of the Affirmative Defenses listed in its Answer.

**SECOND COUNTERCLAIM**

**(Invalidity)**

10. Seoul Semiconductor USA re-alleges and incorporates the allegations set forth in Paragraphs 1-9 of its Counterclaims.

11. There exists an actual case or controversy between Seoul Semiconductor USA and Nichia concerning the alleged infringement of the '538, '784, '388, and '385 patents by virtue of the Complaint and Answer in this action.

12. Each claim of the '538, '784, '388, and '385 patents is invalid and unenforceable for failing to meet one or more of the requirements of patentability specified in

1  Title 35 of the United States Code, including but not limited to, 35 U.S.C. §§ 102, 103, 119,
2  and/or 171.
3           13.     Seoul Semiconductor USA seeks a declaration from this Court that the
4  claims of the '538, '784, '388, and '385 patents are invalid and unenforceable.

## THIRD COUNTERCLAIM
### (Unenforceability)

7           14.     Seoul Semiconductor USA re-alleges and incorporates the allegations set
8  forth in Paragraphs 1-13 of its Counterclaims.
9           15.     There exists an actual case or controversy between Seoul Semiconductor
10 USA and Nichia concerning the alleged infringement of the '538, '784, '388, and '385 patents by
11 virtue of the Complaint and Answer in this action.
12          16.     Each claim of the '538, '784, '388, and '385 patents is unenforceable.
13          17.     Seoul Semiconductor USA seeks a declaration from this Court that the
14 claims of the '538, '784, '388, or '385 patents are unenforceable.
15          18.     The continued assertion of the '538, '784, '388, and '385 patents against
16 Seoul Semiconductor USA despite the non-infringement, invalidity, and unenforceability of the
17 claims of these patents makes this an exceptional case under 35 U.S.C. § 285.

## PRAYER FOR RELIEF

19     WHEREFORE, Seoul Semiconductor USA prays for a declaration and judgment in its
20 favor against Nichia for the following relief:
21          A.      For an Order declaring that Seoul Semiconductor USA has not infringed
22 and does not infringe, has not contributed and does not contribute to the infringement of, has not
23 actively induced and does not actively induce others to infringe, and has not been induced by
24 others to infringe, directly or indirectly, willfully or otherwise, the claims of the '538, '784, '388,
25 and '385 patents;
26          B.      For an Order declaring that the claims of the '538, '784, '388, and '385

| | | |
|---|---|---|
|1| |patents are invalid;|
|2|C.|For an Order declaring that the claims of the '538, '784, '388, and '385 patents are unenforceable;|
|4|D.|For an Order entering judgment in favor of Seoul Semiconductor USA;|
|5|E.|For an Order dismissing with prejudice Nichia's Complaint for patent infringement;|
|7|F.|For an Order declaring this case exceptional pursuant to 35 U.S.C. § 285, or any other applicable statute or rule, and awarding costs and attorneys' fees to Seoul Semiconductor USA;|
|10|G.|That Nichia take nothing from its Complaint; and|
|11|H.|For such other and further relief as this Court may deem just and proper.|

**DEMAND FOR JURY TRIAL**

Seoul Semiconductor USA demands a trial by jury of all issues that may be so tried.

**CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  April 5, 2006

BINGHAM McCUTCHEN LLP


By:_____/s/ Beth H. Parker_____
Beth H. Parker
Attorneys for Defendant
Seoul Semiconductor, Inc.

SEOUL SEMICONDUCTOR USA'S ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTERCLAIMS
SF/21660789.7/3004554-0000319036