| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
| | JUDITH S. H. HOM (SBN 203482) |
| 3 | judith.hom@bingham.com |
| | CHI SOO KIM (SBN 232346) |
| 4 | chisoo.kim@bingham.com |
| | Three Embarcadero Center |
| 5 | San Francisco, California  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 6 | Facsimile:   (415) 393-2286 |
| 7 | Attorneys for Defendants |
| | Seoul Semiconductor, Inc. and |
| 8 | Seoul Semiconductor Co., Ltd. |

**ADDITIONAL COUNSEL
LISTED ON NEXT PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **STIPULATION EXTENDING TIME FOR 1) NICHIA CORPORATION TO REPLY TO SEOUL SEMICONDUCTOR, INC.'S COUNTERCLAIMS; AND 2) SEOUL SEMICONDUCTOR CO., LTD. TO FILE INITIAL DISCLOSURES** |
| v. | |
| Seoul Semiconductor Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc., | |
| Defendants. | [~~PROPOSED~~] ~~FORM OF~~ ORDER |
| | Place:    Courtroom 7, 19th Floor |
| | Judge:    Hon. Maxine M. Chesney |

SF/21666267.1

Case No. 3:06-CV-0162 (MMC)

STIPULATION EXTENDING TIME FOR 1) NICHIA CORP. TO REPLY TO SEOUL SEMICONDUCTOR USA'S
COUNTERCLAIMS; AND 2) SEOUL SEMICONDUCTOR KOREA TO FILE INITIAL DISCLOSURES

| | |
|---|---|
| 1 | FOLEY & LARDNER LLP |
|   | E. PATRICK ELLISEN (SBN 142033) |
| 2 | pellisen@foley.com |
|   | JASON M. JULIAN (SBN 215342) |
| 3 | jjulian@foley.com |
|   | One Maritime Plaza, Sixth Floor |
| 4 | San Francisco, CA 94111-3404 |
|   | Telephone:  (415) 434-4484 |
| 5 | Facsimile:   (415) 434-4507 |
| 6 | FOLEY & LARDNER LLP |
|   | MICHAEL D. KAMINSKI (admitted *pro hac vice*) |
| 7 | mkaminski@foley.com |
|   | KENNETH E. KROSIN (admitted *pro hac vice*) |
| 8 | kkrosin@foley.com |
|   | Washington Harbour |
| 9 | 3000 K Street, N.W., Suite 500 |
|   | Washington, D.C. 20007-5143 |
| 10 | Telephone:  (202) 672-5300 |
|   | Facsimile:   (202) 672-5399 |
| 11 | |
| 12 | Attorneys for Plaintiff |
|   | Nichia Corporation |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

I. STIPULATION TO EXTEND TIME FOR NICHIA'S REPLY TO SEOUL SEMICONDUCTOR USA'S COUNTERCLAIMS

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Nichia Corporation and Defendant Seoul Semiconductor, Inc. ("Seoul Semiconductor USA"), through their respective undersigned counsel, hereby stipulate to the following: the time for Nichia to reply to Seoul Semiconductor USA's Counterclaims is extended to and includes May 2, 2006.

II. STIPULATION TO EXTEND TIME FOR SEOUL SEMICONDUCTOR KOREA'S INITIAL DISCLOSURES

Pursuant to Civil Local Rules 6-2(a) and 7-12, Nichia and Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor Korea"), through their respective undersigned counsel, hereby stipulate to the following: the time for Seoul Semiconductor Korea to file its initial disclosures under Fed. R. Civ. P. 26(a)(1) is extended to and includes June 2, 2006.

DATED: April 21, 2006

BINGHAM McCUTCHEN LLP

By:  /s/ Beth H. Parker
Beth H. Parker
Attorneys for Defendants
Seoul Semiconductor, Inc. and
Seoul Semiconductor Co., Ltd.

DATED: April 21, 2006

FOLEY & LARDNER LLP

By:  /s/ Michael D. Kaminski
Michael D. Kaminski
Attorneys for Plaintiff Nichia Corporation

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED: April _26_, 2006

4  _____

5  HONORABLE MAXINE M. CHESNEY

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION EXTENDING TIME FOR 1) NICHIA CORP. TO REPLY TO SEOUL SEMICONDUCTOR USA'S COUNTERCLAIMS; AND 2) SEOUL SEMICONDUCTOR KOREA TO FILE INITIAL DISCLOSURES