E. Patrick Ellisen (CA Bar No. 142033)
Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
pellisen@foley.com
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com

Attorneys for Plaintiff Nichia Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| Nichia Corporation | Case No: 3:06-CV-0162 (MMC) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR NICHIA TO REPLY OR OTHERWISE RESPOND TO THE CREATIVE DEFENDANTS' COUNTERCLAIMS** |
| vs. | |
| Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | |
| | Judge: Maxine M. Chesney |
| Defendants. | |

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff Nichia Corporation ("Nichia") and Defendants Creative Technology, Ltd., Creative Labs, Inc. and Creative Holdings, Inc. (collectively the "Creative Defendants"), through their respective undersigned counsel, hereby stipulate that the time for Nichia to reply or otherwise respond to the Creative Defendants' Counterclaims is extended to and includes June 15, 2006. Nichia further agrees that if it intends

Stipulated Motion to Extend Time For Nichia to Reply or Otherwise Respond to Creative's Counterclaims        3:06-CV-0162 (MMC)

WASH_1628017.1

1 | to file a motion to dismiss/strike, it will advise the Creative Defendants before doing so to
2 | provide the Creative Defendants' an opportunity to amend and avoid unnecessary motion
3 | practice.

5 | DATED: June 12, 2006

GORDON & REES LLP

By: /s/ Karineh Khachatourian
KARINEH KHACHATOURIAN

Attorneys for Defendants Creative Technology, Ltd., Creative Labs, Inc. and Creative Holdings, Inc.

DATED: June 12, 2006

FOLEY & LARDNER LLP

By: /s/ Jason M. Julian
JASON M. JULIAN

Attorneys for Plaintiff Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 13, 2006

_____
HONORABLE MAXINE M. CHESNEY

---

2

Stipulated Motion to Extend Time For Nichia to Reply or Otherwise Respond to Creative's Counterclaims          3:06-CV-0162 (MMC)

WASH_1628017 1