IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff<br>  v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>    Defendants<br>_____/ | No. C 06-0162 MMC<br><br>**ORDER DIRECTING CREATIVE DEFENDANTS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On May 23, 2006, defendants Creative Technology, Ltd., Creative Labs Inc., and Creative Holdings, Inc. (collectively, "Creative Defendants") each electronically filed an answer to plaintiff's complaint. On June 13, 2006, Creative Defendants each electronically filed an amended answer to plaintiff's complaint. On June 15, 2006, Creative Technology, Ltd. electronically filed a corrected amended answer to plaintiff's complaint. Creative Defendants have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Creative Defendants are hereby ORDERED to comply with General Order 45 and

1 the Court's Standing Orders by immediately submitting a chambers copy of the above-
2 referenced documents.  Creative Defendants are hereby advised that if they fail in the
3 future to comply with the Court's Standing Order to provide chambers copies of
4 electronically-filed documents, the Court may impose sanctions, including, but not limited
5 to, striking from the record any electronically-filed document of which a chambers copy has
6 not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: June 22, 2006

MAXINE M. CHESNEY
United States District Judge