Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
pellisen@foley.com
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com

Attorneys for Plaintiff Nichia Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation | Case No:  3:06-CV-0162 (MMC) |
| Plaintiff, | **MOTION TO EXTEND TIME FOR NICHIA TO REPLY TO THE SEOUL DEFENDANTS' OPPOSITION TO NICHIA'S MOTIONS TO STRIKE** |
| vs. | |
| Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | Date:   July 21, 2006 Time:  9:00 a.m. Place:  Courtroom 7 |
| Defendants. | |
| | Judge:  Maxine M. Chesney |

///

///

///

///

///

1  Plaintiff Nichia Corporation ("Nichia") filed Motions to Strike the Answer and

2  Counterclaims of defendant Seoul Semiconductor, Inc. and Seoul Semiconductor, Ltd.

3  (collectively referred to herein as the "Seoul Defendants") on June 15, 2006, with the hearing

4  date set for July 21, 2006.  The Seoul Defendants filed their Opposition to the motions to strike

5  on June 30, 2006.  Pursuant to Local Rule 7-3(c), Nichia's Reply to the Oppositions is due for

6  filing and service on July 7, 2006.

7  Pursuant to Civil L.R. 6-3, Nichia hereby moves the Court for an order extending the

8  time for filing and service of Nichia's Reply to the Seoul Defendants' Opposition to Nichia's

9  Motions to Strike to July 11, 2006.

10

11  DATED:  July 6, 2006

12  FOLEY & LARDNER LLP

13

14  By:_____/s/_____

15  JASON M. JULIAN

16  Attorneys for Plaintiff Nichia Corporation

17

18

19

20

21

22

23

24

25

26

27

Motion to Extend Time for Nichia to Reply                    3:06-CV-0162 (MMC)

SFCA_389642.1