Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
pellisen@foley.com
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com

Attorneys for Plaintiff Nichia Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nichia Corporation<br><br>       Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>       Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR NICHIA TO REPLY TO THE SEOUL DEFENDANTS' OPPOSITION TO NICHIA'S MOTIONS TO STRIKE**<br><br>Date: July 21, 2006<br>Time: 9:00 a.m.<br>Place: Courtroom 7<br>Judge: Maxine M. Chesney |

///

///

///

///

///

Having considered Nichia Corporation's ("Nichia") Motion to Extend Time for Nichia to Reply to the Seoul Defendants' Opposition to Nichia's Motions to Strike, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

Nichia is granted leave to file and serve its Reply to the Seoul Defendants' Opposition to Nichia's Motions to Strike on <u>July 11, 2006</u>.

IT IS SO ORDERED.

DATED: July 7, 2006

_____
HONORABLE MAXINE M. CHESNEY