Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
pellisen@foley.com
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com

Attorneys for Plaintiff Nichia Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation | Case No: 3:06-CV-0162 (MMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NICHIA AND SEOUL DEFENDANTS TO HOLD MEDIATION** |
| vs. | |
| Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | Judge: Maxine M. Chesney |
| Defendants. | |

Pursuant to Civil L.R. 6-2(a) and 7-12 and ADR L.R. 6-5, Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. (collectively the "Seoul Defendants"), through their respective undersigned counsel, hereby stipulate that the time for Nichia and the Seoul Defendants to hold mediation is extended to and includes January 27, 2007. Nichia, the Seoul Defendants, and the mediator, Mr. Samuel Miller, agree that mediation is premature at this stage of the case.

---

Stipulated to Extend Time for Nichia and Seoul Defendants to   3:06-CV-0162 (MMC)
Hold Mediation

WASH_1636983.1

DATED: June 30, 2006

BINGHAM McCUTCHEN LLP

By: _____
    BETH H. PARKER

Attorneys for Defendants Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc.,

DATED: June 28, 2006

FOLEY & LARDNER LLP

By: _____
    JASON M. JULIAN

Attorneys for Plaintiff Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~June~~ July 7, 2006

_____
HONORABLE MAXINE M. CHESNEY