IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>    Defendants<br>_____/ | No. C-06-0162 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PORTIONS OF SEOUL SEMICONDUCTOR, INC'S AMENDED ANSWER AND COUNTERCLAIMS; ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PORTIONS OF SEOUL SEMICONDUCTOR CO., LTD'S ANSWER AND COUNTERCLAIMS; GRANTING DEFENDANTS' REQUESTS FOR LEAVE TO AMEND; VACATING HEARING** |

Before the Court are two motions filed June 15, 2006 by plaintiff Nichia Corporation ("Nichia"): (1) Nichia's motion to strike, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, portions of the Amended Answer of Defendant Seoul Semiconductor, Inc. to Plaintiff Nichia Corporation's Complaint and Amended Counterclaims; and (2) Nichia's motion to strike, pursuant to Rule 12(f), portions of the Answer of Defendant Seoul Semiconductor Co., Ltd. to Plaintiff Nichia Corporation's Complaint and Counterclaims. Seoul Semiconductor, Inc., ("Seoul USA") and Seoul Semiconductor Co., Ltd. ("Seoul Korea") have filed a joint response, requesting leave to amend and submitting proposed

amended pleadings.[1]  Nichia has filed a single reply, stating therein it does not oppose the requests to amend.

Having reviewed the papers filed in support of and in response to the motions, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for July 21, 2006, and rules as follows:

1. Nichia's motion to strike portions of Seoul USA's amended answer and amended counterclaims is hereby GRANTED, without prejudice to Seoul USA's filing, no later than July 24, 2006, its proposed Second Amended Answer of Defendant Seoul Semiconductor, Inc. to Plaintiff Nichia Corporation's Complaint and Amended Counterclaims.

2. Nichia's motion to strike portions of Seoul Korea's answer and counterclaims is hereby GRANTED, without prejudice to Seoul Korea's filing, no later than July 24, 2006, its proposed Amended Answer of Defendant Seoul Semiconductor Co., Ltd. to Plaintiff Nichia Corporation's Complaint and Counterclaims.

**IT IS SO ORDERED.**

Dated: July 18, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] The joint response also argues that each defendant's affirmative defense and counterclaim alleging non-infringement are pleaded in conformity with Rule 8, and thus should not be stricken.  In reply, Nichia clarifies that its motions to strike do not seek an order striking such affirmative defenses and counterclaims.  Consequently, the Court does not further address the issue.