1  Jason M. Julian (CA Bar No. 215342)
   Foley & Lardner LLP
2  One Maritime Plaza, Sixth Floor
   San Francisco, CA 94111-3404
3  Telephone: (415) 434-4484
   Facsimile: (415) 434-4507
4  jjulian@foley.com

5  Michael D. Kaminski (admitted *pro hac vice*)
   Kenneth E. Krosin (admitted *pro hac vice*)
6  Shaun R, Snader (admitted *pro hac vice*)
   Foley & Lardner LLP
7  Washington Harbour
   3000 K Street, N.W., Suite 500
8  Washington, D.C. 20007-5143
   Telephone: (202) 672-5300
9  Facsimile: (202) 672-5399
   mkaminski@foley.com
10 kkrosin@foley.com
   ssnader@foley.com
11
   Attorneys for Plaintiff Nichia Corporation
12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15 | Nichia Corporation                     | Case No: 3:06-CV-0162 (MMC)

16 |              Plaintiff,                 | **STIPULATED REQUEST AND**
                                              **[PROPOSED] ORDER TO CONTINUE**
17 |      vs.                                | **HEARING ON NICHIA'S MOTION TO**
                                              **STRIKE THE CREATIVE**
18 | Seoul Semiconductor, Ltd., Seoul        | **DEFENDANTS' ANSWERS AND**
     Semiconductor, Inc., Creative Technology, | **COUNTERCLAIMS TO SEPTEMBER 1,**
19 | Ltd., Creative Labs, Inc., and Creative  | **2006**
     Holdings, Inc.
20
   |              Defendants.               | Date:  September 1, 2006
21                                            Time:  9:00 a.m.
                                              Place: Courtroom 7
22                                            Judge: Maxine M. Chesney

23      Pursuant to Civil L.R. 6-2(a) and 7-12, Plaintiff Nichia Corporation ("Nichia") and

24 Defendants Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.

25 (collectively the "Creative Defendants"), through their respective undersigned counsel, hereby

26 stipulate that the hearing on Nichia's Motion to Strike the Creative Defendants' Answers and

27

SFCA_390816.1

1  Counterclaims be continued from August 11, 2006 to **September 1, 2006**.  Nichia and the

2  Creative Defendants are pursuing mediation and settlement of this matter and agree that

3  additional time for mediation prior to the hearing on the motion to strike would be beneficial.

4

5  DATED: July 20 2006

6                                      GORDON & REES LLP

7

8                                      By: _____
                                              KARINEH KHACHATOURIAN
9

10                                     Attorneys for Defendants Creative Technology,
                                       Ltd., Creative Labs, Inc., and Creative Holdings,
11                                     Inc.

12  DATED: July 20, 2006

13                                     FOLEY & LARDNER LLP

14

15                                     By: _____s/Jason M. Julian_____
                                              JASON M. JULIAN
16

17                                     Attorneys for Plaintiff Nichia Corporation

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20  DATED:     July 21, 2006

21                                     _____
                                       HONORABLE MAXINE M. CHESNEY
22

23

24

25

26

27

                                              2