| | |
|---|---|
| 1 | Jason M. Julian (CA Bar No. 215342) |
| | Foley & Lardner LLP |
| 2 | One Maritime Plaza, Sixth Floor |
| | San Francisco, CA 94111-3404 |
| 3 | Telephone: (415) 434-4484 |
| | Facsimile: (415) 434-4507 |
| 4 | jjulian@foley.com |
| 5 | Michael D. Kaminski (admitted *pro hac vice*) |
| | Kenneth E. Krosin (admitted *pro hac vice*) |
| 6 | Shaun R. Snader (admitted *pro hac vice*) |
| | Foley & Lardner LLP |
| 7 | Washington Harbour |
| | 3000 K Street, N.W., Suite 500 |
| 8 | Washington, D.C. 20007-5143 |
| | Telephone: (202) 672-5300 |
| 9 | Facsimile: (202) 672-5399 |
| | mkaminski@foley.com |
| 10 | kkrosin@foley.com |
| | ssnader@foley.com |
| 11 | |
| | Michael J. Song (CA Bar No. 243675) |
| 12 | Foley & Lardner LLP |
| | 1530 Page Mill Road |
| 13 | Palo Alto, CA 94304-1125 |
| | Telephone: (650) 856-3700 |
| 14 | Facsimile: (650) 856-3710 |
| | msong@foley.com |

Attorneys for Plaintiff Nichia Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation | Case No: 3:06-CV-0162 (MMC) |
| Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON NICHIA'S MOTION TO STRIKE THE CREATIVE DEFENDANTS' ANSWERS AND COUNTERCLAIMS TO SEPTEMBER 15, 2006** |
| vs. | |
| Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | |
| Defendants. | Date: September 15, 2006 |
| | Time: 9:00 a.m. |
| | Place: Courtroom 7 |
| | Judge: Maxine M. Chesney |

Stipulated to Request to Continue Hearing    3:06-CV-0162 (MMC)

SFCA_392735.1

1  Pursuant to Civil L.R. 6-2(a) and 7-12, Plaintiff Nichia Corporation ("Nichia") and
2  Defendants Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.
3  (collectively the "Creative Defendants"), through their respective undersigned counsel, hereby
4  stipulate that the hearing on Nichia's Motion to Strike the Creative Defendants' Answers and
5  Counterclaims be continued from September 1, 2006 to **September 15, 2006**. Nichia and the
6  Creative Defendants are continuing to pursue mediation and settlement of this matter and agree
7  that additional time for mediation prior to the hearing on the motion to strike would be
8  beneficial.

9  DATED: August 7, 2006

GORDON & REES LLP

By: /s/ Karineh Khachatourian
KARINEH KHACHATOURIAN

Attorneys for Defendants Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.

DATED: August 7, 2006

FOLEY & LARDNER LLP

By: s/Jason M. Julian
JASON M. JULIAN

Attorneys for Plaintiff Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 9, 2006

HONORABLE MAXINE M. CHESNEY

---

Stipulated Request to Continue Hearing                              3:06-CV-0162 (MMC)

SFCA_392735.1