Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Shaun R, Snader (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
ssnader@foley.com

Michael J. Song (CA Bar No. 243675)
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone: (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Attorneys for Plaintiff Nichia Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Nichia Corporation<br><br>           Plaintiff,<br><br>      vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>           Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE HEARING ON NICHIA'S MOTION TO STRIKE THE CREATIVE DEFENDANTS' ANSWERS AND COUNTERCLAIMS TO SEPTEMBER 29, 2006**<br><br>Date:   September 29, 2006<br>Time:  9:00 a.m.<br>Place:  Courtroom 7<br>Judge:  Maxine M. Chesney |

---

Stipulated Request to Continue Hearing                                                3:06-CV-0162 (MMC)

1  Pursuant to Civil L.R. 6-2(a) and 7-12, Plaintiff Nichia Corporation ("Nichia") and
2  Defendants Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.
3  (collectively the "Creative Defendants"), through their respective undersigned counsel, hereby
4  stipulate that the hearing on Nichia's Motion to Strike the Creative Defendants' Answers and
5  Counterclaims be continued from September 15, 2006 to **September 29, 2006**. Nichia and the
6  Creative Defendants are continuing to pursue mediation and settlement of this matter and agree
7  that additional time for mediation prior to the hearing on the motion to strike would be
8  beneficial.

9  DATED: August 24, 2006

GORDON & REES LLP

By: _____
KARINEH KHACHATOURIAN

Attorneys for Defendants Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.

DATED: August 23, 2006

FOLEY & LARDNER LLP

By:    s/Jason M. Julian
          JASON M. JULIAN

Attorneys for Plaintiff Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 25, 2006

_____
HONORABLE MAXINE M. CHESNEY