IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION, | No. C-06-0162 MMC |
| Plaintiff, | **ORDER GRANTING JOINT ADMINISTRATIVE REQUEST FOR MAGISTRATE ASSIGNMENT** |
| v. | |
| SEOUL SEMICONDUCTOR LTD., et al., | |
| Defendants | |

    Before the Court is the parties' Joint Administrative Request for Magistrate Assignment, filed October 17, 2006, by which the parties request a referral to a Magistrate Judge for purposes of resolving discovery disputes that have arisen.

    Good cause appearing, the above-titled action is hereby REFERRED to a Magistrate Judge for purposes of resolving discovery disputes.

    The parties shall contact the chambers of the assigned Magistrate Judge upon receiving notice of such assignment, in order to determine the manner in which the assigned Magistrate Judge prefers the matter proceed.

**IT IS SO ORDERED.**

Dated: October 18, 2006

                                              MAXINE M. CHESNEY
                                              United States District Judge