1 | **ATTORNEYS FOR DEFENDANTS SEOUL SEMICONDUCTOR, INC. AND SEOUL SEMICONDUCTOR, LTD.**

Beth H. Parker (CA Bar No. 104773)
Judith S. H. Hom (CA Bar No. 203482)
Tom Clifford (CA Bar No. 233394)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
beth.parker@bingham.com
judith.hom@bingham.com
tom.clifford@bingham.com

**ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**

Michael J. Song (CA Bar No. 243675)
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone: (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Shaun R. Snader (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
ssnader@foley.com

| Administrative Request for Additional Time to File Joint Letter | 3:06-CV-0162 (MMC) |
|---|---|

SF/21691609.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>　　　　Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**ADMINISTRATIVE REQUEST FOR ADDITIONAL TIME TO FILE JOINT LETTER**<br><br>Judge: Joseph Spero |

　　　　Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor Inc., (collectively "Seoul"), file this joint administrative request for additional time to file a joint letter regarding certain discovery disputes pursuant to Local Rule 7-11 and Magistrate Judge Spero's October 20, 2006 Order Regarding Discovery Procedures ("Order").

　　　　Under Judge Spero's Order, the parties are required to file a joint letter within five business days of their in-person meet and confer. The parties conferred on November 2, 2006. Under this Order, the joint letter is due on Thursday, November 9, 2006.

　　　　The parties require an additional business day to confer with their respective clients, both of which are headquartered in Asia. The parties made headway towards resolution of several outstanding discovery issues, but a November 9 deadline may preempt further progress. Therefore, parties respectfully request one additional business day.

**1.　PROCEDURE**

　　　　To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under Local Rule 7-12 or, (b) by a

declaration explaining why a stipulation could not be reached.

## 2. ACTION REQUESTED

Plaintiff and Defendants respectfully request that this Court allow the parties one extra business day to file their joint discovery letter.

## 3. REASONS SUPPORTING THIS REQUEST

At the November 2, 2006 meet and confer, Counsel made headway towards resolution of several discovery issues. Counsel needs, however, some time to confer with their respective clients in order to finalize certain agreements. Both parties to this case are headquartered in Asia, which delays this consultation process. November 3 is also a national holiday in Japan.

A reprieve of one business day (Friday, November 10 is a Court holiday) will greatly assist the resolution process and more readily comport with the scheduling needs of both parties.

## 4. STIPULATION

By signing this joint administrative request, all parties act in concert in requesting an extension of time to file the joint discovery letter to Monday, November 13, 2006.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: November 3, 2006    By: _____
                                MICHAEL J. SONG
                                FOLEY & LARDNER LLP
                                Attorneys for Plaintiff Nichia Corp.

DATED: November 3, 2006    By: _____
                                TOM CLIFFORD
                                BINGHAM MCCUTCHEN LLP
                                Attorneys for Defendants Seoul
                                Semiconductor, Ltd. and Seoul
                                Semiconductor, Inc.

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The parties shall have until Monday, November 13, 2006 to file their Joint Discovery Letter regarding their November 2 meet and confer.

DATED: November 6, 2006           By: