1  **ATTORNEYS FOR DEFENDANTS CREATIVE TECHNOLOGY, LTD., CREATIVE LABS, INC., AND CREATIVE HOLDINGS, INC.**

2  Karineh Khachatourian (CA Bar No. 202634)
3  Jeffrey M. Ratinoff (CA Bar No. 197241)
   Gordon & Rees LLP
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111-3361
5  Telephone: (415) 986-5900
6  Facsimile: (415) 986-8054
   kkhachatourian@gordonrees.com
7  jratinoff@gordonrees.com

8  **ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**
   Michael Song (CA Bar No. 243675)
9  Foley & Lardner LLP
   1530 Page Mill Road
10 Palo Alto, CA 94304-1125
   Telephone: (650) 856-3700
11 Facsimile: (650) 856-3710
   msong@foley.com
12
   Jason M. Julian (CA Bar No. 215342)
13 Foley & Lardner LLP
   One Maritime Plaza, Sixth Floor
14 San Francisco, CA 94111-3404
   Telephone: (415) 434-4484
15 Facsimile: (415) 434-4507
   jjulian@foley.com
16
   Michael D. Kaminski (admitted *pro hac vice*)
17 Kenneth E. Krosin (admitted *pro hac vice*)
   Shaun R. Snader (admitted *pro hac vice*)
18 Foley & Lardner LLP
   Washington Harbour
19 3000 K Street, N.W., Suite 500
   Washington, D.C. 20007-5143
20 Telephone: (202) 672-5300
21 Facsimile: (202) 672-5399
   mkaminski@foley.com
22 kkrosin@foley.com
   ssnader@foley.com
23
24
25
26
27                          -1-
28   Stipulated Order Of Dismissal              Case No. 3:06-CV-0162 (MMC)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Nichia Corporation )
)
    Plaintiff, )
)
vs. ) Case No. 3:06-CV-0162 (MMC)
)
Seoul Semiconductor, Ltd., Seoul )
Semiconductor, Inc., Creative Technology, Ltd., )
Creative Labs, Inc., and Creative Holdings, Inc. ) **STIPULATED ORDER OF DISMISSAL**
)
    Defendants. ) Judge: Maxine M. Chesney
)

Plaintiff Nichia Corporation ("Nichia") and Defendants Creative Technology Ltd., Creative Labs Inc. and Creative Holdings Inc. (collectively "Creative") have executed a confidential settlement agreement dated November 2, 2006 ("Settlement Agreement") resolving Nichia's claims against Creative and Creative's counterclaims against Nichia. Accordingly, the Nichia and Creative hereby stipulate, through their respective undersigned counsel, that Nichia's claims against Creative and Creative's counterclaims against Nichia are **DISMISSED** in their entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c). Because there are no longer any claims or counterclaims against or by Creative, Nichia and Creative agree that Creative is no longer a party to this action. The Court shall retain jurisdiction to enforce the Settlement Agreement, including the arbitration provision.

For clarity, Nichia states that this stipulation in no way affects the claims made by Nichia against Defendants Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. (collectively "Seoul") or Seoul's counterclaims against Nichia.

-2-

Stipulated Order Of Dismissal             Case No. 3:06-CV-0162 (MMC)

As between Nichia and Creative, Nichia and Creative will each bear its own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: November 17, 2006

_____
MICHAEL J. SONG
FOLEY & LARDNER LLP
Attorneys for Plaintiff Nichia Corp.

Dated: November 17, 2006

_____
JEFFREY M. RASINOFF
GORDON & REES LLP
Attorneys for Defendants Creative Technology, Ltd., Creative Labs, Inc. and Creative Holdings, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                Judge Maxine M. Chesney
                                United States District Judge

-3-

Stipulated Order Of Dismissal           Case No. 3:06-CV-0162 (MMC)