**ATTORNEYS FOR DEFENDANTS CREATIVE TECHNOLOGY, LTD., CREATIVE LABS, INC., AND CREATIVE HOLDINGS, INC.**

Karineh Khachatourian (CA Bar No. 202634)
Jeffrey M. Ratinoff (CA Bar No. 197241)
Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111-3361
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
kkhachatourian@gordonrees.com
jratinoff@gordonrees.com

**ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**
Michael Song (CA Bar No. 243675)
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone: (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Jason M. Julian (CA Bar No. 215342)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
jjulian@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Shaun R. Snader (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
ssnader@foley.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:06-CV-0162 (MMC) |
| ) | |
| Seoul Semiconductor, Ltd., Seoul ) | |
| Semiconductor, Inc., Creative Technology, Ltd., ) | **STIPULATED ORDER OF DISMISSAL** |
| Creative Labs, Inc., and Creative Holdings, Inc. ) | |
| ) | Judge: Maxine M. Chesney |
| Defendants. ) | |
| ) | |

Plaintiff Nichia Corporation ("Nichia") and Defendants Creative Technology Ltd., Creative Labs Inc. and Creative Holdings Inc. (collectively "Creative") have executed a confidential settlement agreement dated November 2, 2006 ("Settlement Agreement") resolving Nichia's claims against Creative and Creative's counterclaims against Nichia. Accordingly, the Nichia and Creative hereby stipulate, through their respective undersigned counsel, that Nichia's claims against Creative and Creative's counterclaims against Nichia are **DISMISSED** in their entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c). Because there are no longer any claims or counterclaims against or by Creative, Nichia and Creative agree that Creative is no longer a party to this action. The Court shall retain jurisdiction to enforce the Settlement Agreement, including the arbitration provision.

For clarity, Nichia states that this stipulation in no way affects the claims made by Nichia against Defendants Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. (collectively "Seoul") or Seoul's counterclaims against Nichia.

1  As between Nichia and Creative, Nichia and Creative will each bear its own attorneys'
2  fees and costs associated with this action.
3  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

Dated: November 17, 2006

_____
MICHAEL J. SONG
FOLEY & LARDNER LLP
Attorneys for Plaintiff Nichia Corp.

Dated: November 17, 2006

_____
JEFFREY M. RATINOFF
GORDON & REES LLP
Attorneys for Defendants Creative Technology, Ltd., Creative Labs, Inc. and Creative Holdings, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 20, 2006

_____
Judge Maxine M. Chesney
United States District Judge

-3-

Stipulated Order Of Dismissal                          Case No. 3:06-CV-0162 (MMC)