| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>BETH H. PARKER (SBN 104773)<br>beth.parker@bingham.com<br>JUDITH S. H. HOM (SBN 203482)<br>judith.hom@bingham.com<br>CHI SOO KIM (SBN 232346)<br>chisoo.kim@bingham.com<br>THOMAS S. CLIFFORD (SBN 233394)<br>tom.clifford@bingham.com<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Attorneys for Defendants<br>Seoul Semiconductor, Ltd. And Seoul Semiconductor, Inc. | FOLEY & LARDNER LLP<br>JASON M. JULIAN (SBN 215342)<br>jjulian@foley.com<br>One Maritime Plaza, Sixth Floor<br>San Francisco, CA 94111-3404<br>Telephone: (415) 434-4484<br>Facsimile: (415) 434-4507<br><br>MICHAEL J. SONG (SBN 243675)<br>msong@foley.com<br>1530 Page Mill Road<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 251-1157<br>Facsimile: (650) 856-3710<br><br>MICHAEL D. KAMINSKI (Admitted *pro hac vice*)<br>mkamisnki@foley.com<br>KENNETH E. KROSIN (Admitted *pro hac vice*)<br>kkrosin@foley.com<br>SHAUN R. SNADER (Admitted *pro hac vice*)<br>ssnader@foley.com<br>Washington Harbour<br>3000 K Street, N.W. Suite 5000<br>Washington, D.C. 20007-5143<br>Telephone: (202) 672-5300<br>Facsimile: (202) 672-5399<br><br>Attorneys for Plaintiff Nichia Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>Seoul Semiconductor, Co., Ltd., Seoul Semiconductor, Inc.,<br><br>      Defendants. | No. 3:06-CV-0162 (MMC) (JCS)<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR NICHIA CORPORATION AND SEOUL SEMICONDUCTOR, INC., AND SEOUL SEMICONDUCTOR, LTD. TO HOLD MEDIATION |

PA/52193566.1

1  WHEREAS, on January 10, 2006, this action for patent infringement was
2  commenced in the United States District Court, Northern District of California, San Francisco
3  Division;
4  WHEREAS, the original date for mediation was extended to January 27, 2007, by
5  this Court in its order of July 7, 2006;
6  WHEREAS, the undersigned parties, through their counsel, have met and
7  conferred in conjunction with the mediator, Mr. Samuel Miller, and agreed to stipulate to extend
8  the date of mediation to occur on January 30, 2007;
9  WHEREAS, good cause exists for this extension to January 30th because (1)
10 representatives from both parties with settlement authority would be able to attend the mediation
11 from Japan and South Korea, respectively; (2) counsel for Nichia would be able to attend from
12 the East Coast; (3) counsel for Seoul Semiconductor would be available to attend; and (4)
13 mediator, Mr. Samuel Miller, would be available on that date to mediate.
14 NOW THEREFORE, it is STIPULATED, AGREED AND ORDERED as
15 follows:
16 Pursuant to Civil L.R. 6-2(a) and 7-12 and ADR L.R. 6-5, Plaintiff Nichia
17 Corporation and Defendants Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc., through
18 their respective counsel, hereby stipulate that the mediation is to take place on January 30, 2007,
19 and that the Court order setting the deadline by which mediation could occur be extended to and
20 including January 30, 2007.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | DATED: December 19, 2006 | BINGHAM MCCUTCHEN LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Judith S.H. Hom |
| 4 | | Attorneys for Defendants |
| | | Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. |
| 5 | | |
| 6 | DATED: December 19, 2006 | FOLEY & LARDNER LLP |
| 7 | | |
| 8 | | By: _____ |
| | | Michael J. Song |
| 9 | | Attorneys for Plaintiff Nichia Corporation |

11  PURSUANT TO STIPULATION, IT IS SO ORDERED.

12  DATED: December 20, 2006

13  By: _____
14  THE HONORABLE MAXINE M. CHESNEY

PA/52193566.1

3

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO HOLD MEDIATION,
CASE NO. 3:06-CV-0162 (MMC) (JCS)