Kenneth E. Krosin
Foley & Lardner LLP
3000 K St., N.W., Suite 500
Washington, DC 20007-5143
Direct Phone: (202) 672-5332
Direct Fax: (202) 672-5399
kkrosin@foley.com

Beth H. Parker
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Direct Phone: (415) 393-2556
Direct Fax: (415) 393-2286
beth.parker@bingham.com

December 18, 2006

**VIA ELECTRONIC FILING AND HAND DELIVERY**

United States Magistrate Judge Joseph C. Spero
Courtroom A, 15th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

    Re: *Nichia Corp. v. Seoul Semiconductor, Ltd., et al.*,
          Case No. 3:06-CV-0162-MMC (JCS) (N.D. Cal.)

Dear Judge Spero:

    Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor Inc., (collectively "Seoul"), jointly request additional time to file a joint letter regarding (1) the categories of documents within the foreign sales and marketing materials that will be produced, and (2) proposed dates for the completion of all production of documents in this case.

    Under your December 11, 2006 Order, the parties are required to file a joint letter by December 18, 2006. The parties made some headway towards resolution of these outstanding discovery issues, but a December 18 deadline may preempt further progress. Therefore, the parties respectfully request three additional business days, until Thursday, December 21, 2006, to finalize their discussions and file a joint letter with the Court.

                            Respectfully,

DATED: December 18, 2006      By:        /s/ Kenneth E. Krosin
                                         KENNETH E. KROSIN
                                         FOLEY & LARDNER LLP
                                         Attorneys for Plaintiff Nichia Corp.

DATED:  December 18, 2006          By:          /s/ Beth H. Parker
                                          BETH H. PARKER
                                          BINGHAM MCCUTCHEN LLP
                                          Attorneys for Defendants Seoul
                                          Semiconductor, Ltd. and Seoul
                                          Semiconductor, Inc.

**IT IS SO ORDERED.**

Dated: _December 19, 2006_____          _____
                                          Magistrate Judge Joseph C. Spero
                                          United States Magistrate Judge

2

*Nichia Corp. v. Seoul Semiconductor, Co., et al.,*
Case No. 3:06-CV-0162-MMC (JCS) (N.D. Cal.)