**ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**

Nancy J. Geenen (CA Bar No. 135968)
Jason M. Julian (CA Bar No. 215342)
Michael J. Song (CA Bar No. 243675)
Foley & Lardner LLP
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
ngeenen@foley.com
jjulian@foley.com
msong@foley.com

Michael D. Kaminski (admitted *pro hac vice*)
Kenneth E. Krosin (admitted *pro hac vice*)
Shaun R, Snader (admitted *pro hac vice*)
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
ssnader@foley.com

**ATTORNEYS FOR DEFENDANT S SEOUL SEMICONDUCTOR, INC. AND SEOUL SEMICONDUCTOR, LTD.**

Beth H. Parker (CA Bar No. 104773)
Judith S. H. Hom (CA Bar No. 203482)
Tom Clifford (CA Bar No. 233394)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
beth.parker@bingham.com
judith.hom@bingham.com
tom.clifford@bingham.com

---

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY        3:06-CV-0162-MMC (JCS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>         Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>         Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCOVERY**<br><br>Judge: Maxine M. Chesney |

Pursuant to Magistrate Judge Spero's recommendations and Civil L.R. 6-1(b), 6-2(a), and 7-12, Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. ("Seoul"), through their respective undersigned counsel, hereby stipulate and respectfully request an order extending the deadlines for discovery as follows:

1.   Deadline to Propound Discovery Requests on Parties: March 2, 2007.

2.   Deadline to Propound Discovery Requests on Non-Parties: March 13, 2007.

3.   Non-Expert Discovery Cutoff: April 13, 2007.

4.   Deadline for Expert Disclosures: April 27, 2007.

5.   Deadline for Rebuttal Expert Disclosures: May 18, 2007.

6.   Expert Discovery Cutoff: June 1, 2007.

I.   **REASONS SUPPORTING THE REQUEST**

The parties stipulate and agree that good cause exists to extend the discovery deadlines because the parties cannot reasonably complete discovery, including third-party discovery, despite their diligence.  In addition, the parties stipulate and agree that good cause exists because the proposed stipulated request will not prejudice or harm the parties or the Court because it will not effect any other pretrial deadlines or the date for trial.

## II. PRIOR MODIFICATIONS AND REQUESTS

The May 2, 2006 Pretrial Preparation Order has not yet been modified by the Court. Nichia and Seoul have each filed notices withdrawing their respective motions requesting extension of discovery deadlines, filed on January 3, 2007.

## III. CONCLUSION

The parties stipulate and respectfully request an Order extending discovery deadlines.

Respectfully submitted,

DATED: January 19, 2007                     BINGHAM MCCUTCHEN LLP


By:_____/s/_____
BETH H. PARKER
Attorneys for Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.

DATED: January 19, 2007                     FOLEY & LARDNER LLP


By:_____/s/_____
MICHAEL J. SONG
Attorneys for Plaintiff Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 22, 2007

_____
HONORABLE MAXINE M. CHESNEY

STIPULATED REQUEST AND [PROPOSED] ORDER TO           3:06-CV-0162-MMC (JCS)
EXTEND DEADLINES FOR DISCOVERY

3

WASH_1793338.1