```
 1  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
 2  ONE MARITIME PLAZA, SIXTH FLOOR
    SAN FRANCISCO, CA 94111-3404
    TELEPHONE: (415) 434-4484
 3  FACSIMILE: (415) 434-4507

 4  NANCY J. GEENEN (CA BAR NO. 135968)
    JASON M. JULIAN (CA BAR NO. 215342)
    MICHAEL J. SONG (CA BAR NO. 243675)
 5  ngeenen@foley.com
    jjulian@foley.com
    msong@foley.com

 6  FOLEY & LARDNER LLP
    ATTORNEYS AT LAW
 7  3000 K ST., N.W., SUITE 500.
    WASHINGTON, DC 20007
    TELEPHONE: (202) 672-5300
 8  FACSIMILE: (202) 672-5399

 9  KENNETH E. KROSIN (ADMITTED PRO HAC VICE)
    MICHAEL D. KAMINSKI (ADMITTED PRO HAC VICE)
    ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
10  C. EDWARD POLK (ADMITTED PRO HAC VICE)
    SHAUN R. SNADER (ADMITTED PRO HAC VICE)
    kkrosin@foley.com
11  mkaminski@foley.com
    ason@foley.com
12  epolk@foley.com
    ssnader@foley.com
```

Attorneys for Plaintiffs
Nichia Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>　　　　　Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE REQUEST FOR ADDITIONAL TIME TO FILE JOINT LETTER OR IN THE ALTERNATIVE, MOTION TO COMPEL<br><br>Judge: Maxine M. Chesney<br>Magistrate Judge: Joseph C. Spero |

//

//

---

[Proposed] Order Granting Plaintiff Nichia Corporation's   　　3:06-CV-0162-MMC (JCS)
Administrative Request For Additional Time To File Joint Letter,
Or In The Alternative, Motion To Compel

1  Pursuant to Civil Local Rule 7-11, Plaintiff Nichia Corporation has moved the Court to
2  issue an administrative Order extending the time for Nichia to file a letter outlining its objections
3  to Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor Inc.'s document
4  production, or in the alternative, a motion to compel.
5  After considering the papers and arguments submitted in support of Nichia's motion, and
6  finding good cause therefore,

8  IT IS HEREBY ORDERED that Nichia's administrative motion is granted ~~and Nichia~~
9  ~~may file a letter or motion to compel Seoul to produce documents.~~
10  The parties shall file a joint letter on or before March 14, 2007. JCS

13  DATED: March 9, 2007   By: _____
   HON. [signature] Judge Joseph C. Spero
14  UNITED STATES MAGISTRATE JUDGE