UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SEOUL SEMICONDUCTOR, LTD., ET AL.,<br><br>        Defendant(s). | No. C-06-00162 MMC (JCS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL** [Docket No. 198]<br><br>(E-FILING CASES) |

      The Court has received a joint letter from the parties dated March 14, 2007 [Docket No. 198]. The Court interprets the joint letter as a motion by Plaintiff, Nichia Corporation to compel production of documents from Defendants, Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc. (the "Motion").

      Good cause appearing, IT IS HEREBY ORDERED that the Motion is DENIED. Plaintiff has not met its burden of demonstrating that Defendants have failed to comply with this Court's December 22, 2006 Order.

      IT IS SO ORDERED.

Dated: March 19, 2007

                                                  JOSEPH C. SPERO<br>
                                                  United States Magistrate Judge