IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION, | No. C-06-0162 MMC |
| Plaintiff, | **ORDER REFERRING TO MAGISTRATE JUDGE IN PART AND DEFERRING IN PART RULING ON PLAINTIFF'S MOTION FOR MODIFICATION OF PRETRIAL PREPARATION ORDER** |
| v. | |
| SEOUL SEMICONDUCTOR LTD., et al., | |
| Defendants | |

Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Modification of Pretrial Preparation Order, filed March 15, 2007, is hereby REFERRED to Magistrate Judge Joseph C. Spero, to whom all discovery disputes have been referred, for purposes of determining whether good cause exists to extend the discovery deadlines, and, if so, to reset the discovery deadlines. To the extent plaintiff additionally seeks to continue other pretrial deadlines and dates, as well as the trial date, the Court hereby DEFERS ruling thereon until after Judge Spero has ruled on plaintiff's request to extend the discovery deadlines.

**IT IS SO ORDERED.**

Dated: March 20, 2007

MAXINE M. CHESNEY
United States District Judge