IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>   Plaintiff,<br> v.<br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>   Defendants<br>_____/ | No. C-06-0162 MMC<br><br>**ORDER DENYING DEFERRED PORTION OF PLAINTIFF'S MOTION FOR MODIFICATION OF PRETRIAL PREPARATION ORDER** |

  By order filed March 20, 2007, the Court referred plaintiff's Motion for Modification of Pretrial Preparation Order, filed March 15, 2007, to Magistrate Judge Joseph C. Spero, for purposes of determining whether good cause exists to extend the discovery deadlines, and, if so, to reset the discovery deadlines. By the same order, the Court deferred ruling on plaintiff's motion, to the extent plaintiff also sought to continue other pretrial deadlines and dates, as well as the trial date, until after Magistrate Judge Spero had ruled on plaintiff's request to extend the discovery deadlines.

  By order filed March 26, 2007, Magistrate Judge Spero found sufficient cause existed to extend by ten days the non-expert discovery cutoff, for the limited purpose of taking depositions, and to extend by ten days the deadline for initial expert disclosures; in all other respects, plaintiff's request to extend discovery deadlines was denied. Magistrate Judge Spero further noted that because, under the deadlines set in his order of March 26,

2007, all discovery would still be completed by the June 1, 2007 deadline set in this Court's order dated January 22, 2007, "the date for dispositive motions and trial may remain the same." (See Order Granting in Part and Denying in Part Pl.'s Mot. for Modification of Pretrial Preparation Order at 2:11-12.)

Having reviewed plaintiff's motion, defendant's opposition thereto, and Magistrate Judge Spero's order of March 26, 2007, the Court hereby DENIES the deferred portion of plaintiff's motion, for the reason that good cause does not exist to extend the deadline to file dispositive motions or to continue the pretrial conference and trial dates.

**IT IS SO ORDERED.**

Dated: March 28, 2007

MAXINE M. CHESNEY
United States District Judge