UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., and Seoul Semiconductor, Inc.,<br><br>    Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**JOINT ADMINISTRATIVE REQUEST TO EXTEND TIME FOR DAMAGES DISCOVERY**; ORDER THEREON<br><br>Judge: Maxine M. Chesney |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this joint administrative request for extension of certain damages discovery deadlines pursuant to The United States District Court for the Northern District of California Local Rule ("Local Rule") 7-11.

### 1. **PROCEDURE**

To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under Local Rule 7-12 or, (b) by a declaration explaining why such a stipulation could not be reached.

### 2. **ACTION REQUESTED**

Plaintiff and Defendants respectfully request that the District Court allow for a brief reprieve in the discovery deadlines for *damages only*. Specifically, the parties jointly request that this court move several dates.

First, the parties request an extension of the deadline to file damages-related motions to compel documents from today (April 4, 2007) to Tuesday, April 10, 2007. There are several

issues of contention between the parties right now, but a few extra days to work them out may obviate the need for a joint letter or motion.

Second, the parties respectfully request that this court move *damages* expert discovery deadlines in the following manner: move the deadline to disclose damages experts (and produce their opening report) from May 7 to May 18; move the deadline to rebut the damages report to from May 18 to June 8; and move the deadline to complete damages expert depositions from June 1 to June 23. This alteration *will not* affect other previously calendared dates, such as the dates for dispositive motions, dates for pre-trial filings or the trial date.

### 3.   REASONS SUPPORTING THIS REQUEST

Both parties have been working diligently to identify and produce damages documents responsive to the latest sets of Requests for Production, and to generally produce all necessary damages documents. This is a slow process, as the parties are in Japan and Korea, respectively. Translation and review of thousands of documents in many different languages have caused delay in this process. The parties have reached agreement on most issues surrounding the production of damages documents, but need just a bit more time.

### 4.   STIPULATION

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge move the *damages discovery* dates only as described above in Section 2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

DATED: April 4, 2007        By:        /s/ Shaun Snader
                                       SHAUN SNADER
                                       FOLEY & LARDNER LLP
                                       Attorneys for Plaintiff Nichia Corp.

DATED: April 4, 2007                    By: _____
                                            TOM CLIFFORD
                                            BINGHAM MCCUTCHEN LLP
                                            Attorneys for Defendants Seoul
                                            Semiconductor, Ltd. and Seoul
                                            Semiconductor, Inc.

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline to file motions to compel or joint letters regarding damages documents shall be extended to Tuesday, April 10, 2007. Moreover, the deadline to disclose damages experts (and produce their opening report) is extended to May 18, 2007, the deadline to rebut the damages report to June 8, 2007 and the deadline to complete damages expert depositions is extended to June 23, 2007.

DATED: April 5, ~~2006~~ 2007          By: _____
                                            HONORABLE MAXINE M. CHESNEY
                                            United States District Judge