1

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

2

3

NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
jjulian@foley.com
msong@foley.com

4

5

6

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500.
WASHINGTON, DC 20007
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

7

8

9

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
C. EDWARD POLK (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
mkaminski@foley.com
ason@foley.com
epolk@foley.com
ssnader@foley.com

10

11

12

13

ATTORNEYS FOR PLAINTIFFS
NICHIA CORPORATION

14

15

# UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA

17

### SAN FRANCISCO DIVISION

18

Nichia Corporation

Case No:  3:06-CV-0162-MMC (JCS)

19

Plaintiff,

**ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL UNREDACTED VERSIONS OF PLAINTIFF NICHIA CORPORATION'S OBJECTION TO THE MAGISTRATE'S ORDER OF MARCH 19, 2007 AND DECLARATION OF JASON M. JULIAN IN SUPPORT OF PLAINTIFF'S OBJECTION**

20

vs.

21

Seoul Semiconductor, Ltd., Seoul
Semiconductor, Inc., Creative Technology,
Ltd., Creative Labs, Inc., and Creative
Holdings, Inc.

22

23

Defendants.

Judge: Maxine M. Chesney
Magistrate Judge:  Joseph C. Spero

24

25

26

27

1       Pursuant to Civil Local Rule 79-5, Nichia Corporation has moved the Court to issue an

2  administrative Order that authorizes the sealing of The Uredacted Versions of Plaintiff Nichia

3  Corporation's Objection to The Magistrate's Order of March 19, 2007 and Declaration of Jason

4  M. Julian in Support of Plaintiff's Objection.

5       After considering the papers and arguments submitted in support of Nichia Corporation's

6  motion, and finding good cause therefore,

7       IT IS HEREBY ORDERED that Nichia Corporation's administrative motion is

8  GRANTED, and the Unredacted Versions of Plaintiff Nichia Corporation's Objection to The

9  Magistrate's Order of March 19, 2007 and Declaration of Jason M. Julian in Support of

10  Plaintiff's Objection shall be filed under seal.

11

12

13  Dated: April 12, 2007

14  _____
        Judge Maxine M. Chesney

15

16

17

18

19

20

21

22

23

24

25

26

27