**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   NICHIA CORPORATION,                      No. C-06-0162 MMC
12               Plaintiff,                    **ORDER AFFORDING DEFENDANTS**
        v.                                     **OPPORTUNITY TO FILE RESPONSE TO**
13                                             **PLAINTIFF'S OBJECTION TO ORDER**
     SEOUL SEMICONDUCTOR LTD., et al.,         **OF MARCH 19, 2007**
14
15               Defendants
                                         /
16
17       Before the Court is plaintiff's objection, filed April 2, 2007, by which plaintiff has

18   objected to the Magistrate Judge's Order of March 19, 2007.  Having reviewed the

19   objection, the Court hereby affords defendants the opportunity to file, no later than April 27,

20   2007, a response to the objection.  See Civil L.R. 72-2.

21       As of April 27, 2007, the Court will take the objection and any response thereto

22   under submission.

23       **IT IS SO ORDERED.**

24

25   Dated:  April 12, 2007
                                             MAXINE M. CHESNEY
26                                           United States District Judge

27

28