COUNSEL LISTED ON LAST PAGES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc.,<br><br>　　　　Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**JOINT ADMINISTRATIVE REQUEST TO EXTEND TIME TO FILE MOTION TO COMPEL DAMAGES DOCUMENTS**; ORDER THEREON<br><br>Judge: Maxine M. Chesney |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this joint administrative request for extension of the deadline to file motions to compel damages-related documents pursuant to The United States District Court for the Northern District of California Local Rule ("L.R.") 7-11.

**1.　PROCEDURE**

To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under L.R. 7-12 or, (b) by a declaration explaining why such a stipulation could not be reached.

**2.　ACTION REQUESTED**

Plaintiff and Defendants respectfully request that the District Court allow for a brief reprieve in the discovery deadline to file motions to compel or Joint Letters regarding damages documents only. Specifically, the parties jointly request an extension of the deadline to file motions to compel damages-related documents from today (April 10, 2007) to Friday, April 20, 2007. There are several issues of contention between the parties, but a few extra days to work them out may obviate the need for a joint letter or motion.

### 3. REASONS SUPPORTING THIS REQUEST

Both parties have been working diligently to identify and produce all of the damages documents responsive to the latest sets of Requests for Production, and to generally produce all necessary damages documents. This is a slow process, as the parties are in Japan and Korea, respectively. Translation and review of thousands of documents in many different languages have caused delay in this process. The parties have reached agreement on most issues surrounding the production of damages documents, but need just a bit more time.

### 4. STIPULATION

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge move the deadline to file motions to compel *damages documents* only as described above in Section 2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated: April 10, 2007

By:     /s/ Michael J. Song

    Michael J. Song (CA Bar No. 243675)
    Foley & Lardner LLP
    1530 Page Mill Road
    Palo Alto, CA 94304-1125
    Telephone: (650) 856-3700
    Facsimile: (650) 856-3710
    msong@foley.com

    Kenneth E. Krosin (admitted *pro hac vice*)
    Michael D. Kaminski (admitted *pro hac vice*)
    Shaun R. Snader (admitted *pro hac vice*)
    Foley & Lardner LLP
    3000 K Street, N.W., Suite 500
    Washington, D.C. 20007-5143
    Telephone: (202) 672-5300
    Facsimile: (202) 672-5399
    kkrosin@foley.com
    mkaminski@foley.com
    ssnader@foley.com

    Attorneys for Plaintiff Nichia Corporation

| | | |
|---|---|---|
| DATED: April 10, 2007 | By: | /s/ Tom Clifford |

        Beth H. Parker (CA Bar No. 104773)
        Judith S. H. Hom (CA Bar No. 203482)
        Tom Clifford (CA Bar No. 233394)
        Bingham McCutchen LLP
        Three Embarcadero Center
        San Francisco, California  94111-4067
        Telephone:  (415) 393-2000
        Facsimile:   (415) 393-2286
        beth.parker@bingham.com
        judith.hom@bingham.com
        tom.clifford@bingham.com

        Attorneys for Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor Inc.

~~PROPOSED~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline to file motions to compel or joint letters regarding damages documents shall be extended to Friday, April 20, 2007.

DATED:  April 12, 2007          By: _____
                                     HONORABLE MAXINE M. CHESNEY
                                     United States District Judge