UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION, | No. C-06-00162 MMC (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART MOTIONS TO COMPEL [Docket No. 212]** |
| SEOUL SEMICONDUCTOR, LTD., ET AL., | |
| Defendant(s). | (E-FILING CASES) |

On April 4, 2007, the parties filed a Joint Letter [Docket No. 212], which the Court construes as a Motion to Compel. Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Nichia is ORDERED to produce documents regarding the Taiwanese litigations, *Nichia v. Everlight Electronic Co.*, *Nichia v. Havartek Co.*, and *Nichia v. Advanced Optoelectronic Technology Inc.* As described by the parties, those litigations concern a patent that is "virtually" identical to the patent-in-suit here.

2. The request to compel production by Nichia of the documents regarding litigation in the United States is DENIED. Those litigations pertain to patents that are sufficiently different from the patents at issue such that the production would not lead to the discovery of admissible evidence.

3. Nichia is ORDERED to produce the prosecution history for the foreign patent applications referenced in Nichia's cease and desist letter and for the Japanese patents, which are the genesis of the family of patents to which the United States

patent-in-suit in this litigation belongs. These documents are reasonably calculated to lead to the discovery of admissible evidence.

IT IS SO ORDERED.

Dated: April 20, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2