COUNSEL LISTED ON LAST PAGES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Nichia Corporation | Case No:  3:06-CV-00162-MMC (JCS) |
| Plaintiff, | **JOINT ADMINISTRATIVE REQUEST TO EXTEND TIME TO FILE MOTION TO COMPEL DAMAGES DOCUMENTS** AND ORDER THEREON |
| vs. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | Judge:  Maxine M. Chesney<br>Magistrate Judge: Joseph C. Spero |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this joint administrative request for extension of the deadline to file motions to compel damages-related documents pursuant to The United States District Court for the Northern District of California Local Rule ("L.R.") 7-11.

1.     **PROCEDURE**

To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion.  Such a motion must be accompanied by either (a) a stipulation of parties under L.R. 7-12 or, (b) by a declaration explaining why such a stipulation could not be reached.

2.     **ACTION REQUESTED**

Plaintiff and Defendants respectfully request that the District Court allow for a brief reprieve in the discovery deadlines for *damages only*.  Specifically, the parties jointly request an extension of the deadline to file motions to compel damages-related documents from today (April 20, 2007) to Tuesday, April 24, 2007.  There are several issues of contention between the parties, but a few extra days to work them out may obviate the need for a joint letter or motion.

3. **REASONS SUPPORTING THIS REQUEST**

Both parties have been working diligently to identify and produce all of the damages documents responsive to the latest sets of Requests for Production, and to generally produce all necessary damages documents.  This is a slow process, as the parties are in Japan and Korea, respectively.  Translation and review of thousands of documents in many different languages have caused delay in this process.   The parties have reached agreement on most issues surrounding the production of damages documents, but need just a bit more time.

4. **STIPULATION**

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge move the deadline to file motions to compel *damages discovery* only as described above in Section 2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:  April 20, 2007

By:              /s/  Michael J. Song
_____

Michael J. Song (CA Bar No. 243675)
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone:  (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Kenneth E. Krosin (admitted *pro hac vice*)
Michael D. Kaminski (admitted *pro hac vice*)
Linda E.B. Hansen (admitted *pro hac vice*)
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
kkrosin@foley.com
mkaminski@foley.com
ssnader@foley.com

Attorneys for Plaintiff Nichia Corporation

1

2   DATED:  April 20, 2007          By:              /s/  Beth H. Parker

3                                       Beth H. Parker (CA Bar No. 104773)
                                        Judith S. H. Hom (CA Bar No. 203482)
4                                       Tom Clifford (CA Bar No. 233394)
                                        Bingham McCutchen LLP
5                                       Three Embarcadero Center
                                        San Francisco, California  94111-4067
6                                       Telephone:  (415) 393-2000
                                        Facsimile:  (415) 393-2286
7                                       beth.parker@bingham.com
                                        judith.hom@bingham.com
8                                       tom.clifford@bingham.com

9                                       Attorneys for Defendants Seoul Semiconductor Co.,
                                        Ltd. and Seoul Semiconductor Inc.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

WASH_1859693.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline to file motions to compel or joint letters regarding damages shall be extended to Tuesday, April 24, 2007.


DATED:  April __23__, 2007          By:  _____

HONORABLE MAXINE M. CHESNEY
United States District Judge

Joint Administrative Request To Extend Time to File          3:06-CV-00162-MMC (JCS)
Motion to Compel Damages Documents

WASH_1859693.1