COUNSEL LISTED ON LAST PAGES

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>　　　　Defendants. | Case No: 3:06-CV-00162-MMC (JCS)<br><br>**JOINT ADMINISTRATIVE REQUEST TO EXTEND TIME TO FILE MOTIONS TO COMPEL** AND ORDER THEREON<br><br>Judge: Maxine M. Chesney<br>Magistrate Judge: Joseph C. Spero |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this joint administrative request for extension of the deadline to file motions to compel documents pursuant to The United States District Court for the Northern District of California Local Rule ("L.R.") 7-11.

### 1. PROCEDURE

To make an administrative request under Local Rule 7-11, a moving party or parties must set forth specifically the action requested, and the reasons supporting the motion. Such a motion must be accompanied by either (a) a stipulation of parties under L.R. 7-12 or, (b) by a declaration explaining why such a stipulation could not be reached.

### 2. ACTION REQUESTED

Plaintiff and Defendants respectfully request that the District Court allow for a brief reprieve in the discovery deadlines. Specifically, the parties jointly request an extension of the deadline to file motions to compel documents from today (April 24, 2007) to Wednesday, April 25, 2007. There are several issues of contention between the parties, but one more day to work them out may obviate the need for a joint letter or motion.

The Court has previously modified the deadline to file motions to compel documents

related to damages only to April 24, 2007.  *See* Orders (Dkt. Nos. 210, 218 and 228).  Whether the deadline to file motions to compel non-damages related documents has passed is one issue in contention between the parties.  The parties jointly make this request expressly reserving their right to address the deadline to file motions to compel non-damages related documents.

### 3.     REASONS SUPPORTING THIS REQUEST

Both parties have been working diligently to identify and produce all necessary documents.  This is a slow process, as the parties are in Japan and Korea, respectively.  Translation and review of thousands of documents in many different languages have caused delay in this process.   The parties have reached agreement on most issues surrounding the production of documents, but need just a bit more time.

### 4.     STIPULATION

By signing this joint administrative request, all parties act in concert in requesting the District Court Judge move the deadline to file motions to compel documents only as described above in Section 2.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:  April 24, 2007

By:                /s/  Michael J. Song

Michael J. Song (CA Bar No. 243675)
Foley & Lardner LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125
Telephone:  (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Kenneth E. Krosin (admitted *pro hac vice*)
Michael D. Kaminski (admitted *pro hac vice*)
Linda E.B. Hansen (admitted *pro hac vice*)
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5143
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
kkrosin@foley.com

mkaminski@foley.com
ssnader@foley.com

Attorneys for Plaintiff Nichia Corporation

DATED: April 24, 2007     By:          /s/  Beth H. Parker

Beth H. Parker (CA Bar No. 104773)
Judith S. H. Hom (CA Bar No. 203482)
Tom Clifford (CA Bar No. 233394)
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286
beth.parker@bingham.com
judith.hom@bingham.com
tom.clifford@bingham.com

Attorneys for Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor Inc.

~~**PROPOSED**~~ **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline to file motions to compel or joint letters shall be extended to Wednesday, April 25, 2007.

DATED:  April 25, 2007                By:  _____
                                                          H<small>ONORABLE</small> M<small>AXINE</small> M. C<small>HESNEY</small>
                                                          United States District Judge