IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>SEOUL SEMICONDUCTOR, LTD., et al.,<br><br>    Defendant | No. 06–0162 MMC<br><br>**ORDER GRANTING DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF** |

    Before the Court is the Supplemental Declaration of Judith S. H. Hom, filed May 14, 2007, submitted in support of the deferred portion of plaintiff's administrative motion, filed April 17, 2007, by which plaintiff seeks leave to file certain documents under seal.

    Having reviewed said declaration, the Court finds that the portions of documents identified by defendants therein as confidential are sealable. Accordingly, the deferred portion of plaintiff's motion is hereby GRANTED, and the Clerk is DIRECTED to file under seal the unredacted version of "Confidential Letter and Supporting Exhibits to the Declaration of Kenneth E. Krosin in Support of Plaintiff Nichia Corporation's Motion for Reconsideration Supplemental."

    In that regard, however, defendants do not assert that the entirety of the subject letter and supporting exhibits are confidential. Accordingly, plaintiff is hereby DIRECTED to file in the public record, no later than May 21, 2007, a redacted version of said letter and

1  exhibits, such that only the material identified as confidential by defendants, in the above-
2  referenced Supplemental Declaration of Judith S. H. Hom, has been redacted therefrom.  If
3  plaintiff fails to timely file such redacted version of the letter and supporting exhibits, the
4  Court will strike the unredacted version thereof from the record.

5  **IT IS SO ORDERED.**

7  Dated: May 16, 2007

_____
MAXINE M. CHESNEY
United States District Judge