IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br>  v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>    Defendants | No. C-06-0162 MMC<br><br>**ORDER DENYING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER OF APRIL 30, 2007** |

   Before the Court is plaintiff's objection, filed May 14, 2007, by which plaintiff objects to the portion of the Magistrate Judge's Order Re Motion to Compel, filed April 30, 2007, in which the Magistrate Judge denies plaintiff's motion to compel "post-filing documents" from defendants.

   Having fully considered the matter, the Court hereby DENIES the objection, for the reason plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

   **IT IS SO ORDERED.**

Dated: May 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge