IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

        Plaintiff,

  v.

SEOUL SEMICONDUCTOR LTD., et al.,

        Defendants

                                              /

No. C-06-0162 MMC

**ORDER DENYING PLAINTIFF'S OBJECTION TO MAGISTRATE JUDGE'S ORDER OF MARCH 19, 2007**

       Before the Court is plaintiff's objection, filed April 2, 2007, by which plaintiff objects to the Magistrate Judge's Order Denying Plaintiff's Motion to Compel, filed March 19, 2007. By order filed April 12, 2007, the Court afforded defendants the opportunity to file a response, which defendants filed on April 27, 2007.

       Having fully considered the matter, the Court hereby DENIES the objection, for the reason plaintiff has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law).

       In so ruling, the Court has not considered plaintiff's letter and attachments filed April 17, 2007. In said letter, plaintiff makes an argument based on events occurring after March 19, 2007. Such new arguments must be directed to the Magistrate Judge in the first instance, in the event the parties are unable to resolve any new disputes upon conclusion

of a meet and confer process.  See Civil L.R. 7-9(b)(2) (providing motion for leave to file motion for reconsideration of order may be appropriate in light of "emergence of new material facts . . . after the time of such order").

**IT IS SO ORDERED.**

Dated:  May 25, 2007

                            MAXINE M. CHESNEY
                            United States District Judge