UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORP., ) | |
| )  Plaintiff(s), ) | No.  C06-0162 MMC (BZ) |
| ) | |
| v. ) | **ORDER SCHEDULING TELEPHONIC** |
| ) | **CONFERENCE RE DEVISING A** |
| SEOUL SEMICONDUCTOR LTD., et) | **SETTLEMENT CONFERENCE** |
| al., ) | **SCHEDULE FOR PATENT CASE** |
| ) | |
| Defendant(s). ) | |
| ) | |

This case has been assigned to me to conduct a settlement conference. **IT IS HEREBY ORDERED** that a telephonic hearing is scheduled for **Thursday, May 31, 2007 @ 9:00 a.m.** to discuss the settlement process. Plaintiff's counsel shall initiate the call and get all interested parties on the line and call chambers at **415-522-4093.** In preparation for that conference, the parties shall familiarize themselves with my form of settlement conference order for patent cases which can be found on the court's website at **www.cand.uscourts.gov.**

Dated: May 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.07\nichia.patentcase.teleconf.wpd

1