1   BINGHAM McCUTCHEN LLP
    BETH H. PARKER (SBN 104773)
2   beth.parker@bingham.com
    MONTY AGARWAL (SBN 191568)
3   monty.agarwal@bingham.com
    JUDITH S. H. HOM (SBN 203482)
4   judith.hom@bingham.com
    CHI SOO KIM (SBN 232346)
5   chisoo.kim@bingham.com
    THOMAS S. CLIFFORD (SBN 233394)
6   tom.clifford@bingham.com
    Three Embarcadero Center
7   San Francisco, California  94111-4067
    Telephone:  (415) 393-2000
8   Facsimile:  (415) 393-2286

9   Attorneys for Defendants
    Seoul Semiconductor Co., Ltd. and
10  Seoul Semiconductor, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  Nichia Corporation,                    No. 3:06-CV-0162 (MMC)

17          Plaintiff,                      DECLARATION OF CHI SOO KIM IN
                                            SUPPORT OF SEOUL
18     v.                                   SEMICONDUCTOR DEFENDANTS'
                                            MOTION FOR CLAIM
19  Seoul Semiconductor Co., Ltd., Seoul    CONSTRUCTION AND FOR
    Semiconductor, Inc.,                    SUMMARY JUDGMENT
20
            Defendants.                     Date:     July 27, 2007
21                                          Time:     9:00 a.m.
                                            Place:    Courtroom 7, 19th Floor
22                                          Judge:    Hon. Maxine M. Chesney

23

24                  **REDACTED VERSION**

25              **ORIGINAL SUBMITTED UNDER SEAL**

26

ACTIVE/72044803.2                                    No. 3:06-CV-0162 (MMC)

DECLARATION OF CHI SOO KIM IN SUPPORT OF SEOUL SEMICONDUCTOR DEFENDANTS'
MOTION FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT

1                  I, Chi Soo Kim, declare as follows:

2            1.      I am a member of the State Bar of California and an attorney at Bingham

3 McCutchen LLP, counsel of record for defendants Seoul Semiconductor Co., Ltd., and Seoul

4 Semiconductor, Inc. (collectively, "Seoul") in this action.  I have personal, firsthand knowledge

5 of the matters stated in this declaration.  If called and sworn as a witness, I could and would

6 competently testify to such matters.  I make this Declaration in support of Seoul's Motion for

7 Summary Judgment.

8           2.      Attached as Exhibit "A" is a list of all the deponents cited by Seoul in its

9 Motion for Summary Judgment.  For ease of reference, the excerpted deposition transcripts are

10 organized alphabetically by deponent.  All references to exhibits to the Kim Declaration use the

11 abbreviations of the deponent's name in Exhibit A.

12           3.      Attached as Exhibit "B" is a true and correct copy of Plaintiff Nichia

13 Corporation's Responses to Defendant Seoul Semiconductor, Inc. and Seoul Semiconductor,

14 Co., Ltd.'s Second Set of Request for Admission (Dated March 2, 2007), which were served on

15 April 2, 2007.  [Confidential Exhibit Partially Filed Under Seal]

16           4.      Attached as Exhibit "C" is a true and correct copy of excerpts of the

17 transcript of the deposition of Daniel Doxee held on March 14, 2007, at the offices of Bingham

18 McCutchen LLP, located in San Francisco, California.  [Confidential Exhibit Entirely Filed

19 Under Seal]

20           5.      Attached as Exhibit "D" is a true and correct copy of excerpts of the

21 transcript of the deposition of Richard A. Flasck, held on May 31, 2007, at the offices of Foley &

22 Lardner LLP, located in San Francisco, California.

23           6.      Attached as Exhibit "E" is a true and correct copy of excerpts of the

24 transcript of the deposition of Sang Bae Han, held on May 8-9, 2007, at the offices of Bingham

25 McCutchen LLP , located in San Francisco, California.  [Confidential Exhibit Partially Filed

26 Under Seal]

DECLARATION OF CHI SOO KIM IN SUPPORT OF SEOUL SEMICONDUCTOR DEFENDANTS'
MOTION FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT

1    7.    Attached as Exhibit "F" is a true and correct copy of the document entitled

2    ".8mm Side Light Emitting SMD Material for DR2" which was introduced as Exhibit 310 in the

3    deposition of Hiroshi Tominaga.  [Confidential Exhibit Entirely Filed Under Seal]

4    8.    Attached as Exhibit "G" is a true and correct copy of excerpts of the

5    transcript of the deposition of Masashi Ishida, held on April 12-13, 2007, at the offices of Foley

6    & Lardner LLP, located in San Francisco, California.  [Confidential Exhibit Entirely Filed Under

7    Seal]

8    9.    Attached as Exhibit "H" is a true and correct copy of excerpts of the

9    transcript of the deposition Jamie Jun, held on April 6, 2007, at the offices of Foley & Lardner

10   LLP, located in San Francisco, California.

11   10.    Attached as Exhibit "I" is a true and correct copy of excerpts of the

12   transcript of the deposition Bang Gun Kim, held on March 30, 2007, at the offices of Bingham

13   McCutchen LLP, located in San Francisco, California.

14   11.    Attached as Exhibit "J" is a true and correct copy of excerpts of the

15   transcript of the deposition Byeong Kook Kim, held on April 4-5, 2007, at the offices of Foley &

16   Lardner LLP, located in San Francisco, California.  [Confidential Exhibit Partially Filed Under

17   Seal]

18   12.    Attached as Exhibit "K" is a true and correct copy of excerpts of the

19   transcript of the deposition Jeong Ju Kim, held on April 11, 2007, at the offices of Shin & Kim,

20   located in Seoul, Korea.

21   13.    Attached as Exhibit "L" is a true and correct copy of excerpts of the

22   transcript of the deposition Jung Wook Kim, held on April 27-28, 2007, at the offices of Foley &

23   Lardner LLP, located in San Francisco, California.  [Confidential Exhibit Partially Filed Under

24   Seal]

25   14.    Attached as Exhibit "M" is a true and correct copy of excerpts of the

26   transcript of the deposition of Akihito Kishi held on March 22-23, 2007, at the offices of

1    Bingham McCutchen LLP, located in San Francisco, California.  [Confidential Exhibit Partially

2    Filed Under Seal]

3                    15.      Attached as Exhibit "N" is a true and correct copy of excerpts of the

4    transcript of the deposition of Dong-Hwan Lee held on June 1, 2007, at the offices of Shin &

5    Declaration, located in Seoul, Korea.  [Confidential Exhibit Entirely Filed Under Seal]

6                    16.      Attached as Exhibit "O" is a true and correct copy of excerpts of the

7    transcript of the deposition of Hidehiko Naete, held on March 23, 2007, at the offices of

8    Carlsmith Ball LLP, located in Hagatna, Guam.  [Confidential Exhibit Entirely Filed Under Seal]

9                    17.      Attached as Exhibit "P" is a true and correct copy of excerpts of the

10   transcript of the deposition of Akira Onikiri, held on March 22, 2007, at the offices of Carlsmith

11   Ball LLP, located in Hagatna, Guam.  [Confidential Exhibit Entirely Filed Under Seal]

12                   18.      Attached as Exhibit "Q" is a true and correct copy of excerpts of the

13   transcript of the deposition of Takashi Sakamoto, held on April 26-27, 2007, at the offices of

14   Bingham McCutchen LLP, located in San Francisco, California, and Washington, D.C.

15   [Confidential Exhibit Entirely Filed Under Seal]

16                   19.      Attached as Exhibit "R" is a true and correct copy of excerpts of the

17   transcript of the deposition of E. Fred Schubert, held on June 8, 2007, at the offices of Bingham

18   McCutchen LLP, located in Washington, D.C.  [Confidential Exhibit Entirely Filed Under Seal]

19                   20.       Attached as Exhibit "S" is a true and correct copy of excerpts of the

20   transcript of the deposition of Randolph Smith, held on March 13, 2007, at the offices of

21   Bingham McCutchen, located in Washington, D.C.  [Confidential Exhibit Entirely Filed Under

22   Seal]

23                   21.      Attached as Exhibit "T" is a true and correct copy of excerpts of the

24   transcript of the deposition of Hiroshi Tominaga, held on April 5-6, 2007, at the offices of

25   Bingham McCutchen LLP, located in San Francisco, California.  [Confidential Exhibit Entirely

26   Filed Under Seal]

DECLARATION OF CHI SOO KIM IN SUPPORT OF SEOUL SEMICONDUCTOR DEFENDANTS'
MOTION FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT

1    22.    Attached as Exhibit "U" is a true and correct copy of excerpts of the

2    transcript of the deposition of Cooper C. Woodring, held on May 30, 2007, at the offices of

3    Bingham McCutchen LLP, located in Washington, D.C.  [Confidential Exhibit Entirely Filed

4    Under Seal]

5    23.    Attached as Exhibit "V" is a true and correct copy of a document entitled

6    "Side View .75" which was introduced as Exhibit 135 in the deposition of Sang Min Lee.

7    [Confidential Exhibit Entirely Filed Under Seal]

8    24.    Attached as Exhibit "W" is a true and correct copy of excerpts of the

9    "Expert Report of Dr. E. Fred Schubert Regarding Infringement of the Nichia Design Patents,"

10   served May 6, 2007, which were introduced as Exhibit 277 in the deposition of Dr. E. Fred

11   Schubert.  [Confidential Exhibit Entirely Filed Under Seal]

12   25.    Attached as Exhibit "X" is a true and correct copy of Seoul's chart of 902

13   customers, erroneously bates labeled SSC00027472 for the entire document, which was

14   introduced as Exhibit 505 in the deposition of Jeong Soo Lee .  [Confidential Exhibit Entirely

15   Filed Under Seal]

16   26.    Attached as Exhibit "Y" is a true and correct copies of Nichia's U.S.

17   design patents at issue (D491,538; D490,784; D503,388; D499,385) which were introduced as

18   Exhibits 11, 13, 17, and 18 in the deposition of Randy Smith.

19   27.    Attached as Exhibit "Z" is a true and correct copies the document at issue

20   document entitled "Demand to cease and desist the infringement of design right," with the bates

21   range NC00011733 - NC00011735 and NC00011679 - NC00011682, which were introduced as

22   Exhibits 142 and 143 in the deposition of Sang Min Lee.  [Confidential Exhibit Entirely Filed

23   Under Seal]

24   28.    Attached as Exhibit "AA" is a true and correct copy of excerpts of the

25   document entitled "Namotek: Investor Relations 2005: Presentation Mobile Display

26   Component," which were introduced as Exhibits 601 in the deposition of Sang Bae Han.

DECLARATION OF CHI SOO KIM IN SUPPORT OF SEOUL SEMICONDUCTOR DEFENDANTS'
MOTION FOR CLAIM CONSTRUCTION AND FOR SUMMARY JUDGMENT

1             29.     Attached as Exhibit "BB" is a true and correct copy of the document

2    entitled "Specification: Chip LED Device SSC-HWTS902," which was introduced as Exhibit 75

3    in the deposition of Sang Bae Han.

4             30.     Attached as Exhibit "CC" is a true and correct copy of the document

5    entitled "Exemplary Products Sold In U.S. Using Infringing Seoul Semiconductor LEDs," with

6    the bates range NC00079715 - NC00079716 which was introduced as Exhibit 451 in the

7    deposition of Takashi Sakamoto.  [Confidential Exhibit Entirely Filed Under Seal]

8             31.     Attached as Exhibit "DD" is a true and correct copy of the document

9    entitled "Commercial Invoice," with the bates number SDI000089 was were introduced as

10   Exhibit 802 in the deposition of Dong-Hwan Lee.  [Confidential Exhibit Entirely Filed Under

11   Seal]  [Marked as such by Samsung SDI]

12            32.     Attached as Exhibit "EE" is a true and correct copy of excerpts of the

13   document entitled "Daily Report 2001 part 2," with the bates numbers NC00015482,

14   NC00015497, and NC00015499 which were introduced as Exhibit 260 in the deposition of

15   Masashi Ishida.  [Confidential Exhibit Entirely Filed Under Seal]

16            33.     Attached as Exhibit "FF" is a true and correct copy of excerpts of the

17   document entitled "Daily Report 2001 part 2," with the bates numbers NC00015436,

18   NC00015463-NC00015464 which were introduced as Exhibit 259 in the deposition of Masashi

19   Ishida.  [Confidential Exhibit Entirely Filed Under Seal]

20            34.     Attached as Exhibit "GG" is a true and correct copy of excerpts of the

21   document entitled "Product Evaluation Items Table for NSCWS335," with the bates numbers

22   NC00017683-NC00017684 which were introduced as Exhibit 270 in the deposition of Masashi

23   Ishida.  [Confidential Exhibit Entirely Filed Under Seal]

24            35.     Attached as Exhibit "HH" is a true and correct copy of the document

25   entitled "Regarding the Change of Shape of the End Terminals," with the bates numbers

26

1   NC00043555-NC00043556 which was introduced as Exhibit 78 in the deposition of Akihito

2   Kishi.  [Confidential Exhibit Entirely Filed Under Seal]

3                 36.     Attached as Exhibit "II" is a true and correct copy of excerpts of the

4   document entitled "Confirmation of product demand items," with the bates numbers

5   NC00020417-NC00020418 which were introduced as Exhibit 311 in the deposition of Hiroyoshi

6   Tominaga.  [Confidential Exhibit Entirely Filed Under Seal]

7                 37.     Attached as Exhibit "JJ" is a true and correct copy of excerpts of the

8   Patent Prosecution History for D491,538 with the bates numbers NC000000014, NC000000106-

9   NC000000137 which were introduced as Exhibit 22 in the deposition of Randy Smith.

10                 38.     Attached as Exhibit "KK" is a true and correct copy of the document

11   entitled "Specifications For Nichia Chip Type White LED Model: NSCW335T" which was

12   introduced as Exhibit 45 in the deposition of Randy Smith.

13                 39.     Attached as Exhibit "LL" is a true and correct copy of excerpts from the

14   document entitled "Report of Richard A. Flasck Pursuant to Fed. R. Civ. Proc. 26(a)(2) with the

15   following page numbers 27-28, 31, 33-35, 45, 49, 60."  [Confidential Exhibit Entirely Filed

16   Under Seal]

17                 40.     Attached as Exhibit "MM" is a true and correct copy of an email

18   document from April 17, 2003 entitled "Re: NSCW008," with the bates range NC00071874 that

19   was produced in this action.  [Confidential Exhibit Entirely Filed Under Seal]

20                 41.     Attached as Exhibit "NN" is a true and correct copy of excerpts from the

21   document entitled "Expert Report of Cooper C. Woodring on Validity of US Design Patents

22   D490,784, D491,538, D499,385 And D503,388."  [Confidential Exhibit Entirely Filed Under

23   Seal]

24                 42.     Attached as Exhibit "OO" is a true and correct copy of excerpts of the

25   document entitled "0.8 mm side light emitting SMD (NSCWS335) with the bates numbers

26

1   NC00016247-NC00016248, NC00016252, NC00016256, which were introduced as Exhibit 313

2   in the deposition of Hiroyoshi Tominaga.  [Confidential Exhibit Entirely Filed Under Seal]

3          43.    Attached as Exhibit "PP" is a true and correct copy of the document

4   entitled "Defendant Seoul Semiconductor's Notice of Deposition Pursuant to Fed. R. Civ. P.

5   30(b)(6)" which was introduced as Exhibit 300 in the deposition of Hiroyoshi Tominaga.

6          44.    Attached as Exhibit "QQ" is a true and correct copy of the document

7   entitled "Specification: SWTS902" which was introduced as Exhibit 160 in the deposition of

8   Bang Gun Kim.

9

10          I declare under penalty of perjury that the foregoing is true and correct and that

11   this declaration was executed on June 15, 2007 at San Francisco, California.

12

13

14                                         _____
                                                    /s/ Chi Soo Kim
                                                    Chi Soo Kim

15

16

17

18

19

20

21

22

23

24

25

26