Byeong Kook Kim                                  Volume 1

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                 SAN FRANCISCO DIVISION

4

5   NICHIA CORPORATION,

6         Plaintiff,

7         vs.              NO. 3:06-CV-0612
                              (MMC)(JCS)

8   SEOUL SEMICONDUCTOR, LTD.,

    SEOUL SEMICONDUCTOR, INC.,

9

         Defendants.

10

    ------------------------------/

11

12      DEPOSITION OF SEOUL SEMICONDUCTOR CO., LTD.

13             BY BYEONG KOOK KIM

14           WEDNESDAY, APRIL 4, 2007

15             VOLUME 1, PAGES 1-114

16

17     THIS TRANSCRIPT IS DESIGNATED HIGHLY CONFIDENTIAL

18          PURSUANT TO THE PROTECTIVE ORDER

19

20

21

22

23

24

25

Byeong Kook Kim					Volume 1

1           **REDACTED**

2

3        Q. Do you know which of these choices is not

4    accurate?

5        A. So are you looking for my personal

6    knowledge in this?

7        Q. Yes.

8        A. Just by looking at these four choices, I

9    wouldn't know what the correct answer might be.

10       Q. If I understand your earlier testimony,

11   you're saying that this was -- Exhibit 173 was used

12   to test Seoul's sales personnel?

13       A. Yes.

14       Q. So were the salespeople trained by Seoul

15   to understand that the Seoul 902 series LED was

16   similar to Nichia's 335 LED?

17           MR AGARWAL: Object to the question as

18   vague.

19           THE WITNESS: Well, in your question, you

20   used the term "trained," and I just told you that

21   this is for testing purposes, and the way I see it, I

22   wonder if training is something that is different

23   from testing.

24   BY MR. KROSIN:

25       Q. Well, were Seoul's sales personnel

Byeong Kook Kim                    Volume 1

1    supposed to understand that Seoul's 902 series LEDs

2    was similar to Nichia's 335 series LED?

3           MR AGARWAL:  Object to the question as

4    vague.

5           THE WITNESS:  When you say they're

6    supposed to understand that, does that, by any

7    chance, mean that they're required to understand

8    that?  I mean, how am I supposed to understand your

9    question exactly?

10   BY MR. KROSIN:

11       Q.  Well, if they said that the 902 LED was

12   not similar to the 335 LED, would they get that

13   question wrong?

14          MR AGARWAL:  Objection.  The question

15   mischaracterizes the document.

16          THE WITNESS:  If I could hear the question

17   one more time, please?

18   BY MR. KROSIN:

19       Q.  If one of the salespersons taking this

20   evaluation test answered question No. 2 by stating

21   that the 902 series LED was not similar to Nichia's

22   335 LED, would that be an incorrect answer?

23          MR AGARWAL:  Objection.  Calls for

24   speculation.  If you have an answer, you may answer.

25          THE WITNESS:  I apologize.  I forget what

Byeong Kook Kim                                             Volume 1

1

2          I, the undersigned, a Certified Shorthand

3     Reporter of the State of California, do hereby

4     certify:

5          That the foregoing proceedings were taken

6     before me at the time and place herein set forth;

7     that any witnesses in the foregoing proceedings,

8     prior to testifying, were placed under oath; that a

9     verbatim record of the proceedings was made by me

10    using machine shorthand which was thereafter

11    transcribed under my direction; further, that the

12    foregoing is an accurate transcription thereof.

13         I further certify that I am neither

14    financially interested in the action nor a relative

15    or employee of any attorney of any of the parties.

16    IN WITNESS WHEREOF, I have this date subscribed my

17    name.

18

19    Dated:

20

21

22

                    DEIRDRE F. CRAM, RPR
23                  CSR No. 9339

24

25

Byeong Kook Kim                           Volume 2

1              UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                  SAN FRANCISCO DIVISION

4

5    NICHIA CORPORATION,

6            Plaintiff,

7        vs.              NO. 3:06-CV-0612

                              (MMC)(JCS)

8    SEOUL SEMICONDUCTOR, LTD.,

     SEOUL SEMICONDUCTOR, INC.,

9

             Defendants.

10   ------------------------------/

11

12        CONTINUED 30(b)(6) DEPOSITION OF

13   SEOUL SEMICONDUCTOR CO., LTD. BY BYEONG KOOK KIM

14            THURSDAY, APRIL 5, 2007

15            VOLUME II, Pages 115-241

16

17

18

19

20

21

22

23

24

25

Byeong Kook Kim                               Volume 2

1           THE WITNESS:  When you say "where" in your

2      question, what do you mean by that?

3           BY MR. KROSIN:

4

5

6

7                              **REDACTED**

8

9

10

11

12

13

14                             **REDACTED**

15

16

17

18

19

20

21

22

23                             **REDACTED**

24

25

Byeong Kook Kim                    Volume 2

2    REDACTED

5    THE WITNESS: Well, as I indicated to you
6    earlier, our company is not interested in finding out
7    where those products are sold to. That was the
8    answer that I gave you earlier.
9        Now, your question -- your present
10   question is asking me whether there is anyone in our
11   company who would know about that. To that question,
12   what I can say is that, occasionally, among the
13   working level people, they might get to hear some
14   information about that, although it might not be
15   accurate. So some hearsay, they might have access
16   to, as to where those products might be sold to.
17       To that extent, they should have such
18   information, but the answer that I gave you earlier
19   was, in general, from our company's perspective, our
20   company is not interested in finding out where
21   products might be sold to, nor do we trace where the
22   products might be sold in. So this would be my
23   answer to your present question.
24   BY MR. KROSIN:
25   REDACTED

Byeong Kook Kim                                    Volume 2

1

2

3                    **REDACTED**

4

5

6

7

8

9

10                   **REDACTED**

11

12

13

14       THE WITNESS:  My understanding is that

15   these LCD modules are made or manufactured mostly in

16   Asia, mostly in Korea, China and Taiwan.  And the

17   members of our company would know where those

18   products are sold that, be that America or wherever,

19   that's something that we would not know.

20        (Deposition Exhibit No. 218 was marked

21         for identification.)

22   BY MR. KROSIN:

23   Q.  Mr. Kim, Exhibit 218 is an e-mail dated

24   March 22, 2005, Bates number SSC 24001 through 24002.

25   Have you seen this document before?

1    Has Seoul's GM team sold any 902s to

2    mobile phone companies?

3        MR. KROSIN:  Objection to form.  Asked and

4    answered.

5        THE WITNESS:  Seoul's GM team has not sold

6    any 902s to any mobile phone companies.

7    BY MR. AGARWAL:

8        Q.  Let me have you pull up Exhibit 206.

9            (Previously marked Exhibit 206 was

10            shown to the witness.)

11    BY MR. AGARWAL:

12        Q.  Let me have you turn to what is marked at

13    SSC 2587.  Counsel for Nichia asked you about this

14    page and pointed you to a column with the heading

15    "E-User."

16        A.  Yes.

17

18            **REDACTED**

19

20

21        As part of responding to his question, you

22    noted to that question, "What I can say is that

23    occasionally, among the working-level people that

24    might get to hear some information about that,

25    although it might not be accurate.  So some hearsay

1   they might have access to as to where those products

2   might be sold. To that extent, they should have such

3   information, but the answer that I gave you earlier

4   was, in general, from our company's perspective, our

5   company is not interested in finding out where

6   products might be sold to, nor do we trace where the

7   product might be sold in."

8         My question is, what did you mean by

9   "hearsay"?

10        A. What I said was rumors, basically. So

11  it's a common expression for those would be rumors.

12        Q. And what do you mean by rumors or hearsay

13  among working-level people?

14        A. What I meant by that is that as the

15  members working on the working level are engaged in

16  their activities, they would get to hear these rumors

17  or hearsay. So this is something that cannot be

18  verified because it's not something that we got to

19  hear directly or officially from the company itself.

20        So, in that regard, it is not accurate,

21  and it's also changeable at any time. So that is why

22  I gave you that answer.

23        Q. Let me ask you look at Exhibit 219.

24        (Previously marked Exhibit 219 was

25        shown to the witness.)

1

2      I, the undersigned, a Certified Shorthand

3  Reporter of the State of California, do hereby

4  certify:

5      That the foregoing proceedings were taken

6  before me at the time and place herein set forth;

7  that any witnesses in the foregoing proceedings,

8  prior to testifying, were placed under oath; that a

9  verbatim record of the proceedings was made by me

10 using machine shorthand which was thereafter

11 transcribed under my direction; further, that the

12 foregoing is an accurate transcription thereof.

13      I further certify that I am neither

14 financially interested in the action nor a relative

15 or employee of any attorney of any of the parties.

16      IN WITNESS WHEREOF, I have this date

17 subscribed my name.

18

19 Dated:

20

21

22

              DEIRDRE F. CRAM, RPR

23            CSR No. 9339

24

25