Jeong Ju Kim

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN FRANCISCO DIVISION

4

5    Nichia Corporation,              )

6              Plaintiff,          )

7        v.                  )No. 3:06-CV-0162(MMC)

8    Seoul Semiconductor, Co., Ltd., )

9    Seoul Semiconductor, Inc.,      )

10   Creative Technology, Ltd.,      )

11   Creative Labs, Inc., and        )

12   Creative Holdings, Inc.,        )

13           Defendants.        )

14   _____)

15

16          VIDEOTAPED DEPOSITION

17           OF JEONG-JU KIM

18      Taken on behalf of Defendant SEOUL SEMICONDUCTOR,

19   LTD., at the law offices of Shin & Kim, Ace Tower,

20   4th Floor, 1-170, Soonhwa-Dong, Chung-ku, Seoul

21   100-712, Korea, commencing at 9:14 a.m., Wednesday,

22   April 11, 2007, pursuant to Notice.

23

24   BEFORE:  ELSIE TERADA, CSR NO. 437

25       Certified Shorthand Reporter

Jeong Ju Kim

1     Q    What was your first job after completing your

2     studies?

3     A    I worked at LG Electronics air-con

4     development department.

5     Q    What did you do there?

6     A    Well, I was in charge of the overall process,

7     starting from the product design to the product sales.

8     Q    How long did you stay in that position?

9     A    Nine years and eight months, so approximately

10    that would be ten years.

11    Q    And when did you leave LG Electronics?

12    A    It was at the end of November 2003.

13    Q    What was your next job?

14    A    I worked at NAMOTEK from that time, onwards.

15    Q    When you joined NAMOTEK in November 2003,

16    what was your position?

17    A    It was general manager.

18    Q    What were your responsibilities when you

19    first joined NAMOTEK?

20    A    I was in charge of development.

21    Q    What was your next position at NAMOTEK?

22    A    Director.

23    Q    When did you become a director?

24    A    I became a director in June 2006.

25    Q    And are you still a director?

Jeong Ju Kim

1      A   Yes.

2      Q   Do you have any other titles?

3      A   Well, I'm in charge of overall

4   responsibilities relating to sales, production,

5   manufacturing technology, and component technology.

6   And that also includes development.

7      Q   Basically, everything but finance.

8      A   That is excluding production, management, and

9   purchase-related responsibilities.

10     Q   What does NAMOTEK do?

11     A   NAMOTEK largely produces BLUs, which is an

12   abbreviation for backlight unit.

13     Q   What is a backlight unit?

14     A   Maybe if I could use some materials to help

15   in explaining what a BLU is.

16     Q   Why don't you hand this to me.

17     MS. PARKER:  Why don't we have the court reporter

18   mark this as Exhibit -- they're the same, right?  247.

19        (Exhibit No. 247 was marked

20        for identification.)

21     Q   (BY MS. PARKER):  Mr. Kim, I show you what's

22   been marked as Exhibit 247, which is a color document.

23   It has "NAMOTEK" in the upper right-hand corner.

24   First, could you tell us what this document is?

25     A   Well, the BLU, what it is, is, since the LCD

Jeong Ju Kim

1       Q    (BY MS. PARKER):  You can answer the

2    question.

3       A    100 percent.  And that's for the entity that

4    is in charge of the windows, that is a subsidiary of

5    NAMOTEK.

6       Q    And what is the facility -- what do the

7    facilities in China do for NAMOTEK?

8       A    It's in charge of assembling the BLUs and

9    supplying it to the customers.

10      Q    Does NAMOTEK manufacture any BLUs in Korea?

11      A    Yes.

12      Q    Other than Korea and China, does NAMOTEK

13    manufacture BLUs in any other country?

14      A    No.

15      Q    Is NAMOTEK a publicly listed company?

16      A    Yes, it is.

17      Q    Now, let's get back to our discussion of the

18    backlight units.  I believe you indicated that it

19    provides the light source for the LCD; is that right?

20      A    Yes.

21      Q    What is an LCD?

22      A    Well, LCD, well, you take a glass, and you

23    inject liquid crystals in that glass and use it for --

24    and use a color filter for reproducing color on the

25    display.

Jeong Ju Kim

1    Q   What are LCDs used in?

2    A   Well, in the case of LCD, they are deployed

3    on handsets, it's also used in PN -- PN --

4    A   (In English) PMP.

5    THE WITNESS:  -- PNP (sic) and for many other

6    applications.

7    Q   (BY MS. PARKER):  Are BLUs, backlight units,

8    used for anything other than as a component in a liquid

9    crystal display unit?

10   A   No.

11   Q   How many BLUs does NAMOTEK manufacture a

12   month?

13   A   At present, around 3 million per month.

14   Q   Does NAMOTEK manufacture LCDs?

15   A   No.

16   Q   Does NAMOTEK sell its backlight units to

17   anyone other than LCD manufacturers?

18   A   No.

19   Q   Now, I take it you're familiar with

20   light-emitting diodes?

21   MR. SNADER:  Object -- objection; form.

22   Q   (BY MS. PARKER):  You can answer the

23   question.

24   A   Yes.

25   Q   Are you familiar with side-view LEDs?

4/11/2007                                                    Page  12

Jeong Ju Kim

1     A   Yes.

2     Q   What is a side-view LED?

3     A   You can consider that as another light source

4   inserted into a backlight unit.

5     Q   If you could look at Exhibit 247, which was

6   the color presentation of an LCD and a BLU; do you see

7   that?

8     A   So you want me to --

9     Q   Could you show us on that, on Exhibit 247 --

10   strike that.  On Exhibit 247, is the LED depicted?

11     A   Yes.  Next to the light source, LED is

12   indicated on that material, in the parentheses.

13     Q   Could you tell us how a BLU is put together,

14   and where, in that process, the LED is placed?

15     A   Yes.  In order to help with my explanation,

16   I've brought along some sample BLUs, so I'll show it to

17   you.

18     MS. PARKER:  Let's mark one as Exhibit 249, which

19   is a model -- not a model -- an actual BLU; is that

20   right?

21     A   Yes.

22     (Exhibit No. 249 was marked

23       for identification.)

24     DEPOSITION OFFICER:  Where would you like me to

25   mark this?  On top?

Jeong Ju Kim

1    Q    There is a side, of the top diagram, that's

2    indented.  Shall we call this the back?

3        MR. SNADER:  Objection to form.

4        THE WITNESS:  Yes, this is the back area.

5    Q    (BY MS. PARKER):  Okay.  And the flat line is

6    the front area?

7        MR. SNADER:  Objection to form.

8        THE WITNESS:  Yes.

9    Q    (BY MS. PARKER):  And which side has the

10   window?

11       MR. SNADER:  Objection to form.

12       THE WITNESS:  By "window," what would you mean?

13   Q    (BY MS. PARKER):  Look at the picture right

14   below the top picture.  There's -- there's an oval

15   shape in the middle of that picture; do you see that?

16       MR. SNADER:  Objection to form.

17       THE WITNESS:  Yes.

18   Q    (BY MS. PARKER):  Okay.  And is that a window

19   or sort of a recess where a light is emitted from?

20       MR. SNADER:  Objection to form.

21       THE WITNESS:  Yes.

22   Q    (BY MS. PARKER):  And is that on the front of

23   the LED?

24       MR. SNADER:  Objection to form.

25       THE WITNESS:  Yes, it does.

Jeong Ju Kim

1      Q   (BY MS. PARKER):  And where are the electrode

2   leads on the diagram, on the top picture?

3      A   It's located on the -- they are located on

4   the sides, to the left and right of the body.

5      Q   And earlier I believe you testified that in

6   this side-view LED, these are facing backwards; is that

7   correct?

8      MR. SNADER:  Objection to form.

9      THE WITNESS:  Sorry, they are to the sides.

10     Q   (BY MS. PARKER):  Okay.  And are they facing

11   in a -- are they facing towards the window, or are they

12   facing away from the window?

13     MR. SNADER:  Objection to form.

14     THE WITNESS:  I'm not sure -- I'm not quite sure

15   what you mean by against the window, facing away from

16   the window.

17     Q   (BY MS. PARKER):  Okay.  Let's look at the

18   picture, to the right of the picture -- let's see.

19   There's three rows of diagrams.  There is the top

20   diagram we were discussing.  There's the diagram

21   immediately below it, that has the window.  And if you

22   look at the diagram to the right, is the electrode lead

23   depicted in that diagram?

24     A   Yes.

25     Q   Where is it depicted?

Jeong Ju Kim

1       A   It is depicted on the right-hand side.

2       Q   It's the L-shaped object?

3       INTERPRETER KIM:  L-shaped?

4       MS. PARKER:  Uh-huh.

5       THE WITNESS:  Yes.

6       Q   (BY MS. PARKER):  And which is the side that

7   would be facing into the light guide plate in NAMOTEK's

8   backlight unit?

9       MR. SNADER:  Objection to form.

10      THE WITNESS:  It's the window area.

11      Q   (BY MS. PARKER):  Okay.  And is the electrode

12  lead facing towards the window side or away from the

13  window side?

14      MR. SNADER:  Objection to form.

15      THE WITNESS:  They are located at the rear of the

16  left- and right-hand side of the window.

17      Q   (BY MS. PARKER):  And are the electrode lead

18  in the 902 side-view series facing away from the

19  window?

20      MR. SNADER:  Objection to form.

21      THE WITNESS:  Yes.

22      Q   (BY MS. PARKER):  And when NAMOTEK places the

23  LED in its backlight unit, is there any benefit to the

24  LED being -- facing away from the window?

25      MR. SNADER:  Objection to form.

Jeong Ju Kim

1       THE WITNESS:  Yes.

2       Q    (BY MS. PARKER):  What is that benefit?

3       A    Well, when the LED is stuck onto the light

4    guide plate, if we have electrodes at the front, we

5    cannot completely stick the LEDs to the light guide

6    plate, so it is more advantageous to have the electrode

7    leads facing away from the window.

8       Q    So it's a benefit in terms of the soldering

9    process?

10       MR. SNADER:  Objection to form.

11       THE WITNESS:  Well, it's not necessarily an

12    advantage in the soldering process.

13       Q    (BY MS. PARKER):  What is it an advantage to?

14       A    Well, when we assemble a BLU, we have to

15    stick the LED to the light guide plate, and that's

16    where the advantage is in.

17       Q    Okay.  And are there any other advantages in

18    addition to the ability just sticking it on the light

19    guide plate?

20       A    No.

21       Q    When you are placing the LEDs on the light

22    guide plate, do you want to maximize the light that is

23    emitted from the LEDs?

24       A    Yes.

25       Q    And how do you do that?

Jeong Ju Kim

1       A   Well, we stick it on, by hand.

2       Q   And are there benefits to doing it as close

3    to the edge as possible?

4       MR. SNADER:  Objection to form.

5       THE WITNESS:  Yes.

6       Q   (BY MS. PARKER):  And what are those

7    benefits?

8       A   Well, it increases the brightness.

9       Q   Now, I believe you testified a few moments

10   ago that when you insert the LEDs into the backlight

11   unit, they cannot be seen; is that right?

12      MR. SNADER:  Objection to form.

13      THE WITNESS: Yes.

14      Q   (BY MS. PARKER):  Why is that?

15      A   Well, in order to attach the BLU to the LCD

16   panel, we place what we call a black tape onto the --

17      INTERPRETER KIM:  Excuse me.

18        (Discussion held between Interpreter

19        Kim and the Witness.)

20      THE WITNESS:  We plaster a black tape along the

21   rims of the FPCB, and in the process, the black tape,

22   it serves to cover up the LEDs, so it's hidden from

23   view.

24      Q   (BY MS. PARKER):  And who do you sell the

25   backlight units to?

Jeong Ju Kim

1       A   We sell to LCM manufacturers.

2       Q   LCM manufacturers?

3       A   (In English) Yeah.

4       Q   What's an LCM manufacturer?

5       A   LCM manufacturers, they are the ones who take

6    a panel and enable that panel to display colors on it.

7       Q   Okay.  And when you sell your backlight units

8    to LCM manufacturers, can they see the LEDs inside your

9    backlight unit?

10      A   No, they cannot.

11      Q   Could they open up the backlight unit to see

12   the LEDs?

13      A   They can do that.

14      Q   Would they do that, typically?

15      A   No, they don't.

16      Q   Why not?

17      A   Because the moment that they open up the BLU,

18   that BLU being rendered defective.

19      Q   Do you know to whom the LCM manufacturers

20   sell their LCD modules?

21      A   On occasion I would know; on others I

22   wouldn't.

23      Q   And do you know whether the LEDs inside your

24   BLU could be seen by the customers of the LCM

25   manufacturers?

Jeong Ju Kim

1       A    Can I have the question once again?

2       MS. PARKER:  Sure.  I'll have the reporter reread

3       it.

4       (The record was read by the reporter

5       as follows:

6       "Q   And do you know whether the LEDs inside

7       your BLU could be seen by the customers of the LCM

8       manufacturers?")

9       THE WITNESS:  Well, I know that they may or may

10      not be able to see that, so it could work both ways.

11      Q    (BY MS. PARKER):  How could they see the LEDs

12      inside the BLUs that are incorporated into the LCDs?

13      A    Oh, they can -- well, in normal cases they

14      wouldn't be able to see that, but then once that

15      product has been marked as defective, then they may be

16      able to look inside.

17      Q    But in normal circumstances they would not be

18      able to see the LEDs?

19      MR. SNADER:  Objection to form.

20      THE WITNESS:  Sure.

21      Q    (BY MS. PARKER):  Could you describe how a

22      BLU is incorporated into a liquid crystal display unit?

23      A    Well, if you look at this BLU, we have on the

24      top surface, a protection sheet, which is there to

25      prevent any impurities of foreign matters from entering

Jeong Ju Kim

1    the BLU, and once you remove this protection sheet,

2    then it gets placed directly onto the LCD panel.

3       Q    And when the LCD panel is manufactured, the

4    BLU at that point is attached to the module?

5       A    Yes.

6       Q    And looking at Exhibit 247, which is the

7    drawing of an LCD module, could you describe where the

8    backlight unit is, and then what the different

9    components of an LCD module are?

10      A    The BLU sits on the rear surface of the LCD.

11   Well, my understanding of the components of the LCD is

12   that the liquid crystal will be injected into the

13   panel, through a TFT array, on top of which the color

14   filter will go.

15      Q    And approximately how many components or

16   parts are there, in NAMOTEK's backlight unit?

17      A    You could consider there to be around nine,

18   plus-minus one.

19      Q    Okay.  And do you know how many parts or

20   components there are, in a liquid crystal display

21   module?

22      A    I'm not quite sure about that.

23      Q    Okay.  But the BLU is just one of many

24   components in the liquid crystal display model?

25      MR. SNADER:  Objection to form.

Jeong Ju Kim

1       THE WITNESS:  Yes, it is.

2       Q    (BY MS. PARKER):  Approximately how many LEDs

3   are in each backlight unit?

4       A   It would be between three to five, in the

5   case of BLUs for handsets.

6       Q   And how big is an LED?

7       A   By -- you are meaning -- you mean the size?

8       Q   Yeah.  What is the size of a side-view LED

9   that goes into NAMOTEK's backlight unit?

10      A   It's smaller than one grain of rice.

11      Q   Can you see the individual features of a

12   side-view LED with your naked eye?

13      MR. SNADER:  Objection to form.

14      THE WITNESS:  It would be difficult to do so.

15      Q    (BY MS. PARKER):  Have you ever looked at a

16   side-view LED through a microscope?

17      A   Yes.

18      Q   And why?

19      A   Well, I would take a hard look at it whenever

20   we find, we discover a defective LED.

21      Q   And in your current role, you've indicated

22   that you worked with side-view LEDs; is that correct?

23      A   Yes.

24      Q   What work do you do with them?

25      A   I'm in charge of deciding what LEDs we are

Jeong Ju Kim

1   going to use to backlight, as a light source for the

2   BLU.

3       Q   How long have you been in charge of making

4   those decisions?

5       A   A little more than three years.

6       Q   So, are you responsible for the purchase of

7   the LEDs?

8       A   No.  Because the BLU has been developed.

9       Q   Oh.  You're in charge of making the initial

10  decision as to what LEDs to use?

11      MR. SNADER:  Objection to form.

12      THE WITNESS:  Yes.

13      MS. PARKER:  Want to take a quick break, because

14  I'm going to go into a new area and we've been almost

15  an hour.

16      THE VIDEOGRAPHER:  This would be the end of

17  Tape 1.  We're going off the record at 10:09 a.m.

18      (Recess from 10:09 a.m. to 10:18 a.m.)

19      THE VIDEOGRAPHER:  This is start of Tape 2.  We

20  are on the record at 10:18 a.m.

21      Q   (BY MS. PARKER):  Mr. Kim, when I asked you

22  what your current responsibilities were, I believe you

23  also indicated sales; is that right?

24      A   Yes.

25      Q   Are you responsible for the sales of

Jeong Ju Kim

1      NAMOTEK's backlight units?

2      A   Yes.

3      Q   What are your responsibilities in that

4   regard?

5      A   Well, I'm responsible for getting the orders

6   in.

7      Q   To whom does NAMOTEK sell its BLUs?

8      A   We sell to LCM manufacturers.

9      Q   How many different LCM manufacturers?

10      A   Well, in Korea, it includes SDI and IDS.  We

11   also sell to VP's in foreign countries.  And in China,

12   we used to sell to ENE, but the business relationship

13   with the ENE has been discontinued at the moment.  And

14   in Japan, we sell to Mitsubishi.  And also VP, we sell

15   to VPs in China, as a clarification.

16      Q   Does NAMOTEK sell its backlight units to any

17   company located in the United States?

18      A   No.

19      Q   All of NAMOTEK's customers are in Korea,

20   China, or Japan; is that right?

21      A   Yes.

22      Q   How does NAMOTEK go about selling its

23   backlight units?

24      A   I don't quite understand the question.

25      Q   Okay.  Well, let's start with Samsung SDI.

Jeong Ju Kim

1    You indicated that was one of your customers?

2        A   Yes.

3        Q   Where is Samsung SDI located?

4        A   Samsung SDI is located in Yang San.

5        Q   Is that in South Korea?

6        A   Yes.

7        Q   How does NAMOTEK sell its BLUs to Samsung

8    SDI?

9        A   Well, if you ask how we sell to them, well,

10   we would make this product and sell it to them on an

11   as-is basis.

12       Q   What is meant by an "as-is basis"?

13       A   Well, the way we make BLUs would be, we would

14   purchase the components that make up the BLU, and then

15   we will assemble those components, and then we would

16   sell the finished BLU to the LCD manufacturers.

17       Q   And that's true for Samsung SDI, as well as

18   all the other LCD manufacturers that you listed?

19       MR. SNADER:  Objection to form.

20       THE WITNESS:  Yes.

21       Q   (BY MS. PARKER):  Do you know to whom Samsung

22   SDI sell its products?

23       A   For Samsung SDI, yes, I am aware.

24       Q   And do you know who they are?

25       A   Yes.

Jeong Ju Kim

1    Q    Do you know whether any of Samsung SDI's

2    customers are located in the United States?

3    A    That, I'm not sure of.

4    Q    Okay.  So, do you know if Samsung SDI sells

5    any of its products in the United States?

6    MR. SNADER:  Objection to form.

7    THE WITNESS:  No, I do not know.

8    Q    (BY MS. PARKER):  Has Samsung SDI ever told

9    you that they sell their products in the United States?

10    A    No.

11    Q    For the other customers of NAMOTEK, the other

12    LCD manufacturers, do you know to whom they sell their

13    products?

14    A    Well, for Samsung SDI, I know who their

15    customers are, but for the rest, I have no information.

16    Q    Do you know if any of the other customers of

17    NAMOTEK sell any of their products in the United

18    States?

19    A    No, I do not know.

20    Q    Have any of the other customers of NAMOTEK

21    ever told you that they sell products in the United

22    States?

23    A    No.

24    Q    Is there any way you can tell from the

25    products that NAMOTEK's customers incorporate your BLU

Jeong Ju Kim

1    into, whether it could be -- whether it is sold in the

2    United States?

3        MR. SNADER:  Objection to form.

4        THE WITNESS:  No.

5        Q    (BY MS. PARKER):  So, could NAMOTEK figure

6    out what countries its backlight units eventually end

7    up in?

8        MR. SNADER:  Objection to form.

9        THE WITNESS:  No.

10       Q    (BY MS. PARKER):  Does -- you also testified

11   previously that you were responsible for making the

12   decision about what LEDs NAMOTEK would use for the

13   backlight unit; is that right?

14       A    Yes.

15       Q    So you're responsible for making the

16   decisions at NAMOTEK, for what kinds of side-view LEDs

17   to purchase?

18       MR. SNADER:  Objection to form.

19       THE WITNESS:  Yes.

20       Q    (BY MS. PARKER):  Why does NAMOTEK buy

21   side-view LEDs?

22       A    Well, to make a BLU.

23       Q    As you previously explained to us?

24       A    Yes.

25       Q    By the way, where does NAMOTEK manufacture

Jeong Ju Kim

1    its BLUs?

2       A    In Korea we manufacture -- we manufacture the

3    BLUs in Ilsan.  In China, the facilities are located in

4    Tianjin and Nam Kyoung, so altogether there are three

5    places where the BLUs are manufactured.

6       Q    How many LEDs does NAMOTEK purchase a month?

7       A    Well, my guess is, it would be around

8    one million units.

9       Q    From whom does NAMOTEK buy its side-view

10    LEDs?

11       A    We buy from LED manufacturers.

12       Q    Who are those?

13       A    They would be -- they would include Nichia,

14    Toyoda Gosei, Samsung Electromechanics, and Seoul

15    Semiconductors.  So that would be those that we buy

16    from.

17       MS. KANG:  The formal name for Samsung, it would

18    be Samsung Electrics.

19       INTERPRETER KIM:  Samsung Electrics.  I make that

20    correction.

21       Q    (BY MS. PARKER):  When you are making the

22    decision about what kind of side-view LED to use, what

23    do you look for?

24       A    In general, it would be the thickness, the

25    brightness, color coordinates, and voltage.

Jeong Ju Kim

1      ·     INTERPRETER WHANG:  Just to clarify, rather than

2      brightness, I think it's luminous intensity.

3            MS. PARKER:  Could you just read those four

4      factors again, please?

5            (The record was read by the reporter

6             as follows:

7            "A   In general, it would be the thickness,

8             the brightness, color coordinates, and voltage.

9               "INTERPRETER WHANG:  Just to clarify, rather

10            than brightness, I think it's luminous intensity."

11           Q    (BY MS. PARKER):  Those four factors are all

12      the factors that NAMOTEK considers when it's making its

13      decision to purchase one LED over another?

14           MR. SNADER:  Objection to form.

15           THE WITNESS:  Yes.

16           Q    (BY MS. PARKER):  There are no other factors

17      you consider?

18           MR. SNADER:  Objection to form.

19           THE WITNESS:  Well, additionally, we would prefer

20      to have the LEDs whose leads are located on the front

21      of the body as opposed to the back of the body

22      because --

23           MS. KANG:  It was reversed.

24           INTERPRETER KIM:  Oh, sorry.  Can I just make the

25      correction?

Jeong Ju Kim

1     MS. PARKER:  Yeah.

2         INTERPRETER KIM:  "Additionally, we would prefer

3     to have LEDs that have the leads on the back of the

4     body as opposed to the front of the body, because if we

5     have the leads protruding frontways, then that could

6     interfere in the soldering process, when we put the

7     LEDs -- when we attach the LED onto the BLUs because

8     the wings, they would be getting in the way.

9         (Discussion held between Interpreters

10        Whang and Kim.)

11        INTERPRETER KIM:  Can I correct myself?  "Because

12    when we have the leads located on the front side of the

13    body, the leads rather than the wings would be getting

14    in the way.

15     Q    (BY MS. PARKER):  And how does NAMOTEK

16    evaluate the different factors it considers when it's

17    making the decision which LED to purchase?

18     A    I'm not quite sure what you mean by how we,

19    quote-unquote, evaluate.

20     Q    Do you look at any materials to make the

21    decision which LED to purchase?

22     A    Oh, as for the materials, if you look at the

23    drawings or the pictures that are provided by the

24    suppliers, those drawings define the luminosity and the

25    thickness, so based on those factors, we would make the

Jeong Ju Kim

1    purchase decision.

2        Q    If you could turn again to Exhibit 160, which

3    is the specifications for Seoul Semiconductors 902

4    series LED, and I take it NAMOTEK has purchased the

5    902; is that right?

6        A    Yes.

7        Q    Does NAMOTEK look at a company specifications

8    when making the purchasing decision?

9        A    Yes, we do.

10       Q    And what aspects of those specifications do

11   you look at?

12       A    If you turn to page 13-2, there's the voltage

13   and the luminous intensity.

14       Q    That's in Chart No. 3?

15       A    Yes.  And if you turn to page 13-5, we have

16   the color rank, so that's another thing that we refer

17   to.

18       Q    Is there anything else in the specifications

19   that you look at, when making a decision which LED to

20   purchase?

21       A    And as I said again, whether the lead is

22   located on the front or the back side of the LED body.

23       Q    And if multiple manufacturers meet NAMOTEK's

24   criteria for thickness, brightness, color coordinates,

25   and voltage, how does NAMOTEK make the decision as to

Jeong Ju Kim

1   which LED to purchase?

2      A   Price.

3      Q   Do you ever look at the aesthetic properties

4   of the side-view LED, when you're determining which LED

5   to purchase?

6      MR. SNADER:  Objection to form.

7      THE WITNESS:  Aesthetic?

8      Q   (BY MS. PARKER):  Aesthetic or the -- do you

9   care how the LED looks?

10      MR. SNADER:  Objection to form.

11      THE WITNESS:  That's not the case.

12      Q   (BY MS. PARKER):  I mean, do you ever

13   consider the shape of the LED, when you're determining

14   which one to purchase?

15      A   If you could be a bit more specific about

16   what you mean by "shape"?

17      Q   Would you care at all about the appearance of

18   the LED, when you're deciding which one to purchase?

19      MR. SNADER:  Objection to form.

20      DEPOSITION OFFICER:  He's been writing on the

21   exhibit.

22      MS. PARKER:  It's all right.

23      THE WITNESS:  The sole factors that I would

24   consider, would be the thickness and also where the

25   wings are located on the electrode leads.

Jeong Ju Kim

1     location?

2          MR. SNADER:  Objection to form.

3          THE WITNESS:  Yes.

4     Q     (BY MS. PARKER):  Is there anything other

5     than the functional aspects of the appearance that you

6     care about, when you're examining the LED, to decide

7     which ones to purchase for the backlight unit?

8          MR. SNADER:  Objection to form.

9          THE WITNESS:  Price and the ability to respond.

10    Q     (BY MS. PARKER):  What do you mean by "the

11    ability to respond"?

12    A     Delivery and, you know, the works.

13    Q     What do you mean by the "delivery"?  Can you

14    just describe it a little more completely?

15    A     Well, for example, you know when we are

16    supposed to furnish samples to our customers, there

17    would be a certain time limit or time line for doing

18    that, let's say for one week.  Then in order to meet

19    that time line, it would be essential that we have all

20    the components coming in; for example, like the LEDs

21    coming in by the necessary due date, so, by delivery, I

22    mean having all the things coming in at the right time.

23    Q     Do you care whether the LED is pretty at all?

24         MR. SNADER:  Objection to form.

25         THE WITNESS:  No.  That would not be of interest

Jeong Ju Kim

1     to me at all.

2         Q    (BY MS. PARKER):  Do you run tests on the

3     LEDs that you purchase?

4         A    Yes, we do.

5         Q    What types of tests?

6         A    We would run tests on the luminous intensity

7     and the VF, so we would be running tests on two items.

8         Q    What is the purpose of the tests that you run

9     for luminous intensity?

10        A    Well, if you turn to page 13-2 of

11    Exhibit 160, we have the chart for luminous intensity,

12    and the specification determined here, is between the

13    ranges of 800 and 900, so we run the tests to ensure

14    that the LEDs, they fall within the spec, to see if the

15    LED, they are out of spec or they fall within this

16    range.

17        Q    And what does luminous intensity test for?

18        A    We just measure the luminous intensity.

19        Q    How bright it is?

20        A    Yes.  Correct.

21        Q    Okay.  And the second test that you run is

22    called an RF test; is that right?

23        A    VF rather.

24        Q    VF.  What is that test?

25        A    It's a test on the voltage.

Jeong Ju Kim

1      Q    And what is the purpose of that test?

2      A    Well, there are certain voltage requirements

3    dictated by our customers, and it is important that the

4    LEDs, they meet the voltage -- the specified voltage

5    range, because if the voltage range falls out of spec,

6    then that can affect the brightness.  So that's the

7    purpose of carrying out the voltage test.

8      Q    You've indicated in Exhibit 160, which are

9    the specifications for Seoul Semiconductor's 902

10    series, what aspects of those specifications you

11    consider; is that right?  And you also testified that

12    you occasionally purchase LEDs from Nichia; is that

13    right?

14      MR. SNADER:  Objection to form.

15      THE WITNESS:  Yes.  Yes.

16      Q    (BY MS. PARKER):  Have you ever purchased

17    Nichia's 335 side-view LED?

18      A    Yes.

19      Q    Let me show you what's previously been marked

20    as Exhibit 45, which are the specifications for

21    Nichia's model NSCW335T side-view LED.  Have you seen

22    the specifications for Nichia's 335 LED before?

23      A    Yes.

24      Q    When did you see them previously?

25      A    In my recollection, I think I saw this since

Jeong Ju Kim

1    2005 -- no, 2004, I think.

2        Q    Okay.  And would you have looked at these

3    specifications -- strike that.  Why would you have

4    looked at Nichia's specifications for its 335 LED?

5        A    There are cases when we need to use Nichia's

6    products on occasion, so that's why.

7        Q    And what would those occasions be?

8        A    There are cases when our customers, they will

9    be specifying what particular LED we are to use.

10       Q    And on some occasions they've specified

11   Nichia's side-view LEDs?

12       A    Yes.

13       Q    And would you have reviewed Nichia's

14   specifications as part of that process?

15       A    Yes.

16       Q    What aspects of those specifications for the

17   335 LED did you look at, when you were determining

18   whether to purchase Nichia's LED?

19       A    If you look on page 1 -- if you look on

20   page 1, we have, next to the item No. 2, what is

21   entitled "Voltage," so we will be looking at that, as

22   well as the luminous intensity ranks and the color

23   ranks.

24       Q    Is there any other aspect of the

25   specification of Nichia's 335 that you looked at, when

Jeong Ju Kim

1    determining whether to purchase it?

2        A    Thickness and, as I alluded to before, the

3    location of the leads on the body.

4        Q    And if the specification had no drawings but

5    just technical information about the various factors

6    you considered, would you be able to make a decision

7    about whether to purchase Nichia's side-view LED?

8        A    Well, I think I would be able to make that

9    decision in that case because the quality, it would be

10   a given.  We would regard that as being guaranteed.

11       Q    And why is that?

12       A    I mean, I take it as a given because products

13   that are of sub quality, they cannot be used at all,

14   and they would be of no use.  So just to reiterate,

15   when I say quality, that is -- that basically means

16   having the necessary reliability.

17       Q    And what do you mean by "reliability"?

18       A    Well, reliability basically would be the

19   long-term life span.  So if you exposed the product to

20   a stress environment, whether the product itself would

21   be able to survive.

22       Q    If you turn to page 3 of Exhibit 45, the

23   specifications for Nichia's 335 product, at the top, it

24   says "Reliability."

25       A    Yes.

Jeong Ju Kim

1    trade shows?

2       MR. SNADER:  Objection to form.

3       THE WITNESS:  Well, they would present their spec

4    sheets, because what we do is go and see.

5       Q   (BY MS. PARKER):  Do the LED manufacturers

6    use pictures of their LEDs to market them?

7       INTERPRETER KIM:  By "pictures," do you mean

8    photos?

9       MS. PARKER:  Uh-huh.

10      THE WITNESS:  Well, I think that was the case, in

11   my recollection, because the catalogs, they contain

12   photos anyway.

13      Q   (BY MS. PARKER):  Do those photos of the LEDs

14   influence your decision whether to buy a particular

15   LED?

16      A   No, that is not necessarily the case.

17      Q   Is it ever the case?

18      A   No.

19      Q   In your industry, do the people who make the

20   decisions about which side-view LEDs to buy, ever

21   concern themselves with how the LEDs look as opposed to

22   the technical specifications?

23      MR. SNADER:  Objection to form.

24      THE WITNESS:  No, they don't.

25      Q   (BY MS. PARKER):  Do you have experience

Jeong Ju Kim

1     purchasing Seoul Semiconductor's 902 series LED?

2     A   Yes, I do.

3     Q   What experience do you have with the 902

4     series LED?

5     A   By "experience," could you -- what would you

6     mean?

7     Q   Well, have you considered purchasing Seoul

8     Semiconductor's 902 series LED?

9     A   Yes, of course.

10    Q   Have you recommended that the 902 series be

11    used in NAMOTEK's BLUs?

12    A   Although I didn't actually submit a formal --

13    I didn't necessarily submit a formal recommendation.

14    INTERPRETER KIM:  "Formal written recommendation,"

15    sorry.

16    Q   (BY MS. PARKER):  Do you know whether NAMOTEK

17    has ever purchased Seoul Semiconductor's 902 series

18    LED?

19    A   Yes, I do.

20    Q   And how did that come about?

21    A   Well, we came about to purchasing that

22    product because, first off, we liked their price and

23    delivery conditions.  And on top of that, their

24    specification regarding the thickness, the luminous

25    intensity, the color coordinates, and the voltage

Jeong Ju Kim

1    requirements were satisfactory.

2        Q    Before you purchased Seoul Semiconductor's

3    902 series LEDs, had you purchased other LEDs from

4    Seoul Semiconductor?

5        A    Yes.

6        Q    And why had you purchased Seoul

7    Semiconductor's LEDs?

8        A    Because they have no problems when it comes

9    to the aforementioned factors, including the thickness,

10   the luminous intensity, color coordinates, and voltage

11   requirements, and they have good price and delivery

12   terms.

13       Q    Does NAMOTEK still purchase Seoul's 902

14   series LED?

15       A    Yes, we do.

16       Q    Do you purchase it in the same quantities as

17   you used to?

18       MR. SNADER:  Objection to form.

19       THE WITNESS:  Well, we buy less than compared to

20   the past.

21       Q    (BY MS. PARKER):  Why is that?

22       A    Well, because, first off, our own production

23   has declined, the quantities that we produce has

24   declined, and also, increasingly these days we see a

25   migration towards the case where the LCM manufacturers,

Jeong Ju Kim

1      THE WITNESS:  Yes.

2      Q    (BY MS. PARKER):  What other companies are

3   making similar products?

4      A    Well, I suppose that could include Samsung

5   Electric and Luxpia, although we don't do business with

6   them anymore, and LumiMicro.

7      Q    Where is Samsung Electric located?

8      A    It's located in Korea.

9      Q    What about Luxpia?

10     A    Luxpia and Lumi, they all are located in

11   Korea.

12     Q    Do your customers, the LED manufacturers,

13   ever tell you what features in the LED they care about?

14     A    No.

15     Q    Do your customers, the LED manufacturers,

16   ever tell you that they care about what the LED looks

17   like, that resides in your BLU module?

18     MR. SNADER:  Objection to form.

19        (Mr. Kim entered the room.)

20     THE WITNESS:  No.

21     Q    (BY MS. PARKER):  How many years' experience

22   do you have, purchasing side-view LEDs?

23     A    Well, I'm not in charge of purchasing the

24   side-view LEDs.  I'm the one who makes the decision as

25   to what side-view LEDs the team is to purchase.

Jeong Ju Kim

1      Q    Okay.  Well, how many years' experience do

2    you have, making the decision about which side-view

3    LEDs NAMOTEK should purchase?

4      A    So since I started doing that when I first

5    joined the company and -- to present, that would be in

6    excess of three years.

7      Q    During that entire time, have you ever

8    considered the aesthetic appearance of the side-view

9    LED, in making that decision?

10     MR. SNADER:  Objection to form.

11     THE WITNESS:  Well, the thickness and -- the

12   thickness and the location of the leads, those would be

13   the factors that are included in my consideration set.

14   But when it comes to whether a particular LED is pretty

15   or not, that is definitely not -- that is not a factor

16   that I would consider.

17     Q    (BY MS. PARKER):  Do you think whether an LED

18   is pretty or not, matters to others who occupy roles

19   similar to yours within the industry?

20     MR. SNADER:  Objection to form.

21     THE WITNESS:  No.

22     Q    (BY MS. PARKER):  Have you ever heard anyone

23   in the industry remark that a particular LED is pretty?

24     A    No.

25     MS. PARKER:  Why don't we take a break.  I'm

Jeong Ju Kim

1    almost done, actually, so, if you give me a few

2    minutes, I'll look through my questions, then we can

3    wrap it up.

4        MR. SNADER:  Absolutely.

5        THE VIDEOGRAPHER:  Let's go off the record.  This

6    is end of Tape 2.  Off the record at 11:17 a.m.

7      (Recess from 11:17 a.m. to 11:34 a.m.)

8        (Mr. Kim left the proceedings.)

9        THE VIDEOGRAPHER:  This will be the start of

10   Tape 3.  We are on the record at 11:35 a.m.

11       Q    (BY MS. PARKER):  Mr. Kim, does NAMOTEK ever

12   tell its LCD suppliers who NAMOTEK's customers are?

13       INTERPRETER KIM:  LED suppliers?

14       MS. PARKER:  Yes.

15       THE WITNESS:  Can I have the question again?

16       Q    (BY MS. PARKER):  Sure.  Does NAMOTEK ever

17   tell its LED suppliers who its LCD manufacturer or

18   customers are?

19       A    In general, we wouldn't do that.

20       Q    Does NAMOTEK ever tell Seoul Semiconductor

21   who the LCD manufacturers to whom NAMOTEK sells its

22   BLUs are?

23       A    In general, no.

24       Q    Does NAMOTEK ever tell Seoul Semiconductor

25   where the end product that contains NAMOTEK's BLUs and

Jeong Ju Kim

1    Seoul Semiconductor's LEDs will be sold?

2        A    No, we don't.

3        Q    Does NAMOTEK know what countries in which its

4    BLUs and Seoul Semiconductor's LEDs will be sold?

5        A    No, we do not.

6        Q    Does NAMOTEK ever tell Seoul Semiconductor

7    whether the BLUs that contain Seoul's LEDs will be sold

8    in the Korean market or exported abroad?

9        MR. SNADER:  Objection to form.

10       THE WITNESS:  In general, we don't do that.

11       Q    (BY MS. PARKER):  So, do your side-view LED

12   suppliers know where NAMOTEK's BLU modules will end up?

13       MR. SNADER:  Objection to form.

14       THE WITNESS:  No, they do not know.

15       Q    (BY MS. PARKER):  So, to your knowledge,

16   could Seoul Semiconductor know where the LEDs it sells

17   to NAMOTEK would end up?

18       MR. SNADER:  Objection to form.

19       THE WITNESS:  They would have no idea.

20       Q    (BY MS. PARKER):  Does NAMOTEK sell BLUs

21   containing side-view LEDs to any customers in the

22   United States?

23       A    No.

24       Q    Does NAMOTEK sell BLUs containing Seoul's 902

25   series side-view LEDs to any customers in the United

Jeong Ju Kim

1      States?

2          MR. SNADER:  Objection to form.

3          THE WITNESS:  No.

4          Q    (BY MS. PARKER):  Before this lawsuit, did

5      you ever pay any attention to the shape of the window

6      in the side-view LED?

7          MR. SNADER:  Objection to form.

8          THE WITNESS:  By "shape of the window," you would

9      mean?

10         Q    (BY MS. PARKER):  I'm referring to the recess

11     from which the light emits in the side-view LED.  And

12     if you want, you could take a look at specification for

13     the 902 series, Exhibit 160, page 7, and it's this

14     second drawing down.

15         MR. SNADER:  Objection to form.

16         THE WITNESS:  No, I did not think it important.

17         MS. PARKER:  Okay.  I have no other questions

18     right now.

19         MR. SNADER:  Okay.  Thank you.

20             EXAMINATION

21         Q    (BY MR. SNADER):  Good afternoon -- or good

22     morning, still, Mr. Kim.

23         MS. PARKER:  It's in the middle of the night for

24     Mr. Snader.

25         Q    (BY MR. SNADER):  I know you are very busy,

Jeong Ju Kim

1    Q   Who are those LED manufacturers?

2    A   Currently, we have four suppliers including

3   Samsung Electrics, Seoul Semiconductor, Nichia, and

4   Toyoda Gosei.

5    Q   Who is the fourth?

6    A   Toyoda Gosei.  It's a Japanese manufacturer.

7    Q   Other than Samsung -- strike that.

8        Other than Samsung Electric, Seoul

9   Semiconductor, Toyoda Gosei, and Nichia, do you have

10  any other current LED suppliers?

11   A   At current, no.

12   Q   Do you currently purchase 902 series LEDs

13  from Seoul Semiconductor?

14   A   Yes.

15   Q   Do you currently purchase 335 series LEDs

16  from Nichia?

17   A   Yes.

18   Q   You said before, that Nichia LEDs tend to be

19  more expensive; is that correct?

20   A   Yes.

21   Q   Are Nichia 335 series LEDs more expensive

22  than Seoul 902 series LEDs?

23   A   Yes, they are more expensive.

24   Q   If Seoul Semiconductor could no longer sell

25  to you 902 series LEDs, would that increase NAMOTEK's

Jeong Ju Kim

1                C E R T I F I C A T E

2        STATE OF HAWAII            )

                        ) SS.

3        CITY AND COUNTY OF HONOLULU  )

4

5            I, ELSIE TERADA, do hereby certify;

6            That on April 11, 2007, at 9:14 a.m.

7        appeared before me JEONG-JU KIM, the witness

8        whose deposition is contained herein; that prior to

9        being examined he was by me duly sworn;

10           That the deposition was taken down by me in

11       machine shorthand and was thereafter reduced to

12       typewritten form under my supervision; that the

13       foregoing represents, to the best of my ability, a true

14       and correct transcript of the proceedings had in the

15       foregoing matter.

16           I further certify that I am not attorney

17       for any of the parties hereto, nor in any way concerned

18       with the cause.

19           DATED this 16th day of April, 2007, in

20       Honolulu, Hawaii.

21

22

23       _____

24       ELSIE TERADA, CSR NO. 437

         Notary Public, State of Hawaii

25       My Commission Expires:  4-07-2010