United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

NICHIA CORPORATION,

No. C 06-0162 MMC

12

                    Plaintiff,

**ORDER AFFORDING PLAINTIFF OPPORTUNITY TO SUPPLEMENT MOTION TO FILE DOCUMENTS UNDER SEAL**

13

        v.

14

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

15

                    Defendants

16

_____/

17
18

        The Court is in receipt of plaintiff's "Administrative Motion to File Documents Under Seal," filed June 15, 2007.

19
20
21
22

        "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civil L.R. 79-5(a).  "The request must be narrowly tailored to seek sealing only of sealable material."  Id.

23
24
25
26
27
28

        In support of the instant motion, plaintiff offers the Declaration of Jason M. Julian, who asserts, inter alia, that fourteen specified exhibits offered in support of plaintiff's motion for summary judgment should be filed under seal because "they were designated as confidential" by plaintiff.  (See Julian Decl. ¶ 4.)  Such conclusory statement does not establish that any part of said exhibits is privileged, protectable as a trade secret, or otherwise entitled to protection from public disclosure, let alone that the entirety of each

1    such exhibit constitutes sealable material.

2         Accordingly, the Court will afford plaintiff the opportunity to file, no later than June

3    27, 2007, a supplemental declaration setting forth, as to each of said fourteen exhibits, an

4    explanation for plaintiff's designation, and, specifically, to demonstrate why each such

5    exhibit, in its entirety or in part, is "privileged or protectable as a trade secret or otherwise

6    entitled to protection under the law."  See Civil L.R. 79-5(a).

7         **IT IS SO ORDERED**.

8

9    Dated:  June 20, 2007                                    _____
                                                             MAXINE M. CHESNEY
10                                                           United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28