IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>   Defendants<br>_____ / | No. C-06-0162 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE (1) PLAINTIFF'S MOTION TO BAR OBVIOUSNESS DEFENSE AND TO STRIKE OBVIOUSNESS DEFENSE FROM EXPERT REPORTS AND (2) PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL EXPERT REPORT** |

   Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Bar the Seoul Defendants' Obviousness Defense; and to Strike the Seoul Defendants' Obviousness Defense from the Expert Reports of Richard A. Flasck Pursuant to Fed. R. Civ. Proc. 26(A)(2)," filed June 15, 2007, and plaintiff's "Motion to Strike the Supplemental Expert Report of Richard A. Flasck Pursuant to Fed. R. Civ. Proc. 26(A)(2)," filed June 15, 2007, are hereby REFERRED to Magistrate Judge Joseph C. Spero, to whom all discovery disputes have been referred.

   The hearings on said motions noticed for July 27, 2007 before the undersigned are hereby VACATED.[1]

   **IT IS SO ORDERED.**

Dated: June 20, 2007

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's motion to file under seal its motion to bar the obviousness defense, as well as exhibits filed in support of both of the above-referenced motions, remains pending before the undersigned.