Bingham McCutchen LLP
BETH H. PARKER (SBN 104773)
JUDITH S. H. HOM (SBN 203482)
TOM CLIFFORD (SBN 233394)
HODDY POTTER (SBN 238507)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
Email: beth.parker@bingham.com
       judith.hom@bingham.com
       tom.clifford@bingham.com
       hoddy.potter@bingham.com

Attorneys for Defendants
Seoul Semiconductor, Inc., and Seoul Semiconductor, Ltd.

Foley & Lardner LLP
NANCY J. GEENEN (SBN 135968)
JASON M. JULIAN (SBN 215342)
MICHAEL J. SONG (SBN 243675)
One Maritime Plaza, Suite 600
San Francisco, CA 94111-3404
Telephone: (415) 434-4484
Facsimile: (415) 434-4507
Email: ngeenen@foley.com
       jjulian@foley.com
       msong@foley.com

Foley & Lardner LLP
MICHAEL D. KAMINSKI (*Admitted Pro Hac Vice*)
KENNETH E. KROSIN (*Admitted Pro Hac Vice*)
LINDA E.B. HANSEN (*Admitted Pro Hac Vice*)
SHAUN R. SNADER (*Admitted Pro Hac Vice*)
3000 K Street, N.W., Suite 500
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
ssnader@foley.com

Attorneys for Plaintiff
Nichia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITCHIA CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>SEOUL SEMICONDUCTOR, LTD., SEOUL SEMICONDUCTOR, INC., CREATIVE TECHNOLOGY, LTD., CREATIVE LABS, INC., AND CREATIVE HOLDINGS, INC.,<br><br>        Defendants. | No. 3:06-CV-0162-MMC (JCS)<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES TO COMPLETE DAMAGES EXPERT DEPOSITIONS**<br><br>Judge:   Maxine M. Chesney |

ACTIVE/72069360.1/3004554-0000319036                                                  CASE NO.: 3:06-CV-0162-MMC (JCS)

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINES TO
COMPLETE DAMAGES EXPERT DEPOSITIONS

Pursuant to Civil L.R. 6-1(b), 6-2(a) and 7-12, Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. ("Seoul"), through their respective undersigned counsel, hereby stipulate and respectfully request an order extending deadline for damages expert discovery to July 20, 2007 for the limited purpose of completing damages expert depositions.

## I. REASONS SUPPORTING THE REQUEST

The parties stipulate and agree that good cause exists to extend the discovery deadlines because the parties cannot reasonably complete damages expert depositions, despite their diligence, due to scheduling conflicts on both sides. In addition, the parties stipulate and agree that good cause exists because the proposed stipulated request will not prejudice or harm the parties or the Court because it will not affect any other pretrial deadlines or the date for trial.

## II. PRIOR MODIFICATIONS AND REQUESTS

The Court has twice previously modified the deadline to complete expert discovery. *See* Order dated January 22, 2007 (Dkt. No. 176) (extending deadline to June 1, 2007) and Order dated April 5, 2007 (Dkt. No. 213) (extending deadline to complete damages expert depositions to June 23, 2007).

## III. CONCLUSION

The parties stipulate and respectfully request an Order extending the deadline to complete damages expert depositions to July 20, 2007.

DATED: June 22, 2007

Respectfully submitted,

Bingham McCutchen LLP

By: _____/s/_____
Hoddy Potter
Attorneys for Defendants
Seoul Semiconductor, Inc., and Seoul
Semiconductor, Ltd.

DATED: June 22, 2007

Foley & Lardner LLP

By: _____/s/_____
Linda Hansen (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff
Nichia Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June __25__, 2007    _____/s/ Maxine M. Chesney_____
Honorable Maxine M. Chesney