Bingham McCutchen LLP
BETH H. PARKER (SBN 104773)
MONTY AGARWAL (SBN 191568)
JUDITH S. H. HOM (SBN 203482)
TOM CLIFFORD (SBN 233394)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email:  beth.parker@bingham.com
         monty.agarwal@bingham.com
         judith.hom@bingham.com
         tom.clifford@bingham.com

Attorneys for Defendants
Seoul Semiconductor, Inc., and Seoul Semiconductor, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NITCHIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SEOUL SEMICONDUCTOR, LTD., SEOUL SEMICONDUCTOR, INC.,<br><br>Defendants. | No. 3:06-CV-0162-MMC (JCS)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OF PATENT INFRINGEMENT, VALIDITY, AND SEOUL'S EQUITABLE DEFENSES**<br><br>Date:     July 27, 2007<br>Time:    9:00 a.m.<br>Place:    Courtroom 7, 19th Floor<br>Judge:    Maxine M. Chesney |

Pursuant to Local Rules 56-1 and 7-2 and to this Court's standing orders, Defendants Seoul Semiconductor Co. Ltd. and Seoul Semiconductor, Inc. (collectively "Seoul") request that the Court issue an order denying Plaintiff Nitchia Corporation's motion for summary judgment. A hearing was held on both parties' motions on July 27, 2007.

After considering the papers and arguments submitted in support of and against Seoul's opposition and oral argument, the Court finds as follows.

**IT IS HEREBY ORDERED** that:

**1.** Nichia's motion for summary judgment on its direct infringement claim is **DENIED.** There are material issues in dispute regarding whether there is substantial similarity between the patents-in-suit and the accused products.

**2.** Nichia's motion for summary judgment that its designs are not anticipated is **DENIED.** There are material issues in dispute as to whether Plaintiffs' '388 and '385 patents are anticipated by the SC70 semiconductor package and the D336,106 patent.

**3.** Nichia's motion for summary judgment that its design patents are not invalid due to obviousness is **DENIED.** There are material issues in dispute as to: (a) whether the patents at issue are an obvious solution to creating thinner, brighter side view LEDs; (b) whether the '538 and '784 patents are obvious in light of the prior art of the 215 LED; and (c) whether the '388 and '385 patents are obvious in light of the prior art of the SC70 LED package.

**4.** Nichia's motion for summary judgment that its design patents are not invalid due to functionality is **DENIED.** There are material issues in dispute as to whether (a) each of the elements, as well as the overall appearance, are functional; and (b) whether Nichia intended for the chosen designs to have aesthetic considerations.

**5.** Nichia's motion for summary judgment on Seoul's unclean hands defense is **DENIED.** There are disputed material issues as to whether Nichia has acted fraudulently, deceitfully, or unfairly.

**6.** Nichia's motion for summary judgment on Seoul's *de minimis* defense is **DENIED.** There are disputed issues of fact as to whether Seoul's sales to GDLS and NanoScience Exchange were *de minimis* sales.

DATED: June _____, 2007

_____
Hon. Maxine M. Chesney