1  Bingham McCutchen LLP
   BETH H. PARKER (SBN 104773)
2  JUDITH S. H. HOM (SBN 203482)
   TOM CLIFFORD (SBN 233394)
3  AMY MELAUGH (SBN 240931)
   Three Embarcadero Center
4  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
5  Facsimile:  415.393.2286
   Email:  beth.parker@bingham.com
6          judith.hom@bingham.com
           tom.clifford@bingham.com
7          amy.melaugh@bingham.com

8  Attorneys for Defendants
   Seoul Semiconductor, Inc., and Seoul
9  Semiconductor Co., Ltd.

10 Foley & Lardner LLP                              Foley & Lardner LLP
   NANCY J. GEENEN (SBN 135968)                    MICHAEL D. KAMINSKI  (*Admitted Pro Hac Vice*)
11 JASON M. JULIAN (SBN 215342)                    KENNETH E. KROSIN (*Admitted Pro Hac Vice*)
   MICHAEL J. SONG (SBN 243675)                    LINDA E. B. HANSEN (*Admitted Pro Hac Vice*)
12 One Maritime Plaza, Suite 600                   SHAUN R. SNADER (*Admitted Pro Hac Vice*)
   San Francisco, CA  94111-3404                   3000 K Street, N.W., Suite 500
13 Telephone:  (415) 434-4484                      Washington, D.C. 20007
   Facsimile:  (415) 434-4507                      Telephone:  (202) 672-5300
14 Email:  ngeenen@foley.com                       Facsimile:  (202) 672-5399
          jjulian@foley.com                        mkaminski@foley.com
15        msong@foley.com                          kkrosin@foley.com
                                                   lhansen@foley.com
16 Attorneys for Plaintiff                         ssnader@foley.com
   Nichia Corporation
17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20

21 NICHIA CORPORATION,                             No. 3:06-CV-0162-MMC (JCS)

22         Plaintiff,                              **STIPULATED REQUEST AND
       v.                                          [PROPOSED] ORDER TO SHORTEN
23                                                 TIME TO HEAR DEFENDANTS'
   SEOUL SEMICONDUCTOR CO., LTD., and              MOTION TO EXCLUDE THE
24 SEOUL SEMICONDUCTOR, INC.,                      TESTIMONY OF COOPER C.
                                                   WOODRING**
25         Defendants.
                                                   Judge:     Maxine M. Chesney
26

27

28

A/72076892.1                                                    CASE NO.: 3:06-CV-0162-MMC (JCS)

STIPULATED REQUEST AND [PROPOSED] ORDER TO SHORTEN TIME TO HEAR
DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF COOPER C. WOODRING

1  Pursuant to Civil L.R. 6-1(b), 6-2(a) and 7-12, Plaintiff Nichia Corporation
2  ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.
3  ("Seoul"), through their respective undersigned counsel, hereby stipulate and respectfully request
4  an order shortening the time to hear Seoul's Motion to Exclude Cooper C. Woodring ("Motion to
5  Exclude") to July 27, 2007 so it may be heard prior to or contemporaneously with Nichia's
6  Motion for Summary Judgment. Seoul's Motion to Exclude will be filed June 29, 2007.
7  Additionally, the parties respectfully request that the court set the briefing schedule as follows:
8  Nichia's Opposition due July 10, 2007 and Seoul's Reply due July 16, 2007.

**I.     REASONS SUPPORTING THE REQUEST**

The parties stipulate and agree that good cause exists to shorten the time to hear Seoul's Motion to Exclude because it is directly relevant to and may affect the outcome of Nichia's Motion for Summary Judgment - set for hearing July 27, 2007. Nichia relies on the testimony and reports of Mr. Woodring in its Motion for Summary Judgment. Granting this motion would permit the Court to rule on the sufficiency of an expert relied upon by Nichia *prior* to ruling on Nichia's underlying motion. In addition, the parties stipulate and agree that good cause exists because the proposed stipulated request will not prejudice or harm the parties or the Court because it will not affect any other pretrial deadlines, including the hearing for motions for summary judgment, or the date for trial.

**II.    PRIOR MODIFICATIONS AND REQUESTS**

The Court has not previously set or modified dates associated with Seoul's Motion to Exclude.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

III.   **CONCLUSION**

The parties stipulate and respectfully request an Order shortening the time to hear Seoul's Motion to Exclude to July 27, 2007 and setting the briefing schedule as follows: Nichia's Opposition due July 10, 2007 and Seoul's Reply due July 16, 2007.

DATED: June 29, 2007

Foley & Lardner LLP

By: _____/s/_____
Linda Hansen (*Admitted Pro Hac Vice*)
Attorneys for Plaintiff
Nichia Corporation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

DATED: June 29, 2007

Respectfully submitted,

Bingham McCutchen LLP

By: _____/s/_____
Amy Melaugh
Attorneys for Defendants
Seoul Semiconductor, Inc., and Seoul Semiconductor Co., Ltd.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ~~June~~ July \_\_2\_\_, 2007      _____
Honorable Maxine M. Chesney