**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
jjulian@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500.
WASHINGTON, DC 20007
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
C. EDWARD POLK (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
gbest@foley.com
mkaminski@foley.com
ason@foley.com
epolk@foley.com
ssnader@foley.com

Attorneys for Plaintiffs
Nichia Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>　　　　　Defendants. | Case No:  3:06-CV-0162-MMC (JCS)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING  DEADLINE FOR SEOUL SEMICONDUCTOR TO FILE AND SERVE REPLY BRIEF REGARDING ITS CLAIM CONSTRUCTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date:　　　July 27, 2007<br>Hearing Time:　　　9:00 am<br>Judge:　　　　　　　Maxine M. Chesney<br>Magistrate Judge:　　Joseph C. Spero |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this Stipulation and Proposed Order to extend the time for Seoul to serve and file its Reply Brief regarding its Motion for Claim Construction and for Summary Judgment.

## RECITALS

1.	On May 18, 2007, the parties attended the Case Management Conference before this Court.  At that conference, the Court set the hearing date and briefing schedule for any and all motions for summary judgment.

2.	The hearing on the parties' motions for summary judgment is set for 9:30 am on July 27, 2007.  The parties agreed to a modified briefing schedule in order to provide the Court with additional time to read and analyze the briefs and supporting papers.  Opposition briefs and supporting papers were due on June 29, 2007, and reply briefs are due on July 6, 2007.  Finally, the parties agreed to serve the briefs and supporting papers directly by e-mail transmission in order to preserve the confidentiality of certain facts and exhibits set forth in the papers.

3.	Seoul properly and timely served and filed its opposition on June 29, 2007.  Nichia experienced significant technical difficulties and was unable to make a complete electronic filing of the redacted, non-confidential portions of its opposition and supporting papers on June 29, 2007.  Nichia served Seoul with Nichia's unredacted opposition and supporting declarations on June 29 and completed that service on June 30, 2007, but was unable to serve a redacted version of the papers and served an incomplete version of the Declaration of Michael Song in Support of the Opposition.

4.	On July 2, 2007, Nichia will serve Seoul with a redacted copy of its Opposition and a Corrected Declaration of Michael Song and a redacted version of the Corrected Declaration of Michael Song.

5.	In order to avoid any undue prejudice or delay, Nichia proposes that Seoul shall have until July 9, 2007 to prepare, file and serve Seoul's Reply brief and supporting papers.

///

///

## **STIPULATION**

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. Seoul shall file and serve its reply and any supporting papers on or before July 9, 2007.

DATED: July 2, 2007          Foley & Lardner LLP
                             Nancy J. Geenen

                             /s/
                             _____
                             Attorneys for Plaintiffs, Nichia Corporation

DATED: July 2, 2007          Bingham McCutchen LLP
                             Beth H. Parker

                             /s/
                             _____
                             Attorneys for Defendants, Seoul
                             Semiconductor Co., Ltd., Seoul
                             Semiconductor, Inc.

## **ORDER**

IT IS SO ORDERED.

DATED: July 3, 2007          *[signature]*
                             _____
                             Maxine M. Chesney,
                             Judge, United States District Court