**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500
WASHINGTON, DC 20007
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
mkaminski@foley.com

ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>            Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc.<br><br>            Defendants. | Case No:  3:06-CV-0162-MMC<br><br>**ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT (DOCKET NUMBER 369)**<br><br>Judge: Maxine M. Chesney |

After considering the papers and arguments submitted in support of Nichia Corporation's Motion to Remove Incorrectly Filed Document, and finding good cause therefore,

**IT IS HEREBY ORDERED** that Nichia's Motion to Remove Memorandum in Opposition to Seoul's Motions for Summary Judgment, which currently appears under DOCKET NO. 369 in the above-captioned case, is **GRANTED**.  Nichia's electronically filed Corrected Memorandum in Opposition to Seoul's Motions for Summary Judgment (DOCKET NO. 439) shall be deemed as the replacement for the removed item.

DATE:  JULY 24, 2007

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE