1  BINGHAM McCUTCHEN LLP
   BETH H. PARKER (SBN 104773)
2  beth.parker@bingham.com
   MONTY AGARWAL (SBN 191568)
3  monty.agarwal@bingham.com
   JUDITH S. H. HOM (SBN 203482)
4  judith.hom@bingham.com
   CHI SOO KIM (SBN 232346)
5  chisoo.kim@bingham.com
   KEVIN M. BOVARD (SBN 247521)
6  kevin.bovard@bingham.com
   Three Embarcadero Center
7  San Francisco, California  94111-4067
   Telephone:  (415) 393-2000
8  Facsimile:  (415) 393-2286

9  Attorneys for Defendants
   Seoul Semiconductor Co., Ltd. and
10 Seoul Semiconductor, Inc.

11

12 UNITED STATES DISTRICT COURT

13 NORTHERN DISTRICT OF CALIFORNIA

14 SAN FRANCISCO DIVISION

15

16 Nichia Corporation,                    No. 3:06-CV-0162 (MMC)

17        Plaintiff,                     **ORDER SEALING PORTIONS OF SEOUL SEMICONDUCTOR DEFENDANTS' MOTION TO STRIKE THE DECLARATIONS OF AKIRA ONIKIRI AND HIDEHIKO NAETE FROM NICHIA'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND PORTIONS OF THE SUPPORTING DECLARATION OF CHI SOO KIM**

18    v.

19 Seoul Semiconductor Co., Ltd., Seoul
   Semiconductor, Inc.,
20
          Defendants.
21
                                          Judge:    Hon. Maxine M. Chesney
22

23

24

25

26

No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER SEALING PORTIONS OF DEFENDANTS' MOTION TO STRIKE THE DECLARATIONS OF ONIKIRI AND NAETE FROM NICHIA'S SUMMARY JUDGMENT REPLY BRIEF AND SUPPORTING KIM DECL.

A/72089437.1

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
2  Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
3  an administrative Order that authorizes the sealing of portions of Seoul's Motion To Strike The
4  Declarations Of Akira Onikiri And Hidehiko Naete From Nichia's Reply Brief In Support Of Its
5  Motion For Summary Judgment ("Motion to Strike") and portions of the supporting Declaration
6  of Chi Soo Kim.
7    After considering the papers submitted in support of Seoul's administrative
8  motion, and finding good cause therefrom,
9    IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED,
10  and the Clerk of the Court is DIRECTED to file under seal unredacted versions of Seoul's
11  Motion to Strike and the Declaration of Chi Soo Kim in support thereof.

DATED:  July 25, 2007

_____
Maxine M. Chesney
Judge, United States District Court

[PROPOSED] ORDER SEALING PORTIONS OF DEFENDANTS' MOTION TO STRIKE THE DECLARATIONS OF ONIKIRI AND NAETE FROM NICHIA'S SUMMARY JUDGMENT REPLY BRIEF AND SUPPORTING KIM DECL.

A/72089437.1