1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   ONE MARITIME PLAZA, SIXTH FLOOR
2  SAN FRANCISCO, CA 94111-3404
   TELEPHONE: (415) 434-4484
3  FACSIMILE: (415) 434-4507

4  NANCY J. GEENEN (CA BAR NO. 135968)
   JASON M. JULIAN (CA BAR NO. 215342)
   MICHAEL J. SONG (CA BAR NO. 243675)
5  ngeenen@foley.com
   jjulian@foley.com
   msong@foley.com

6  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
7  3000 K ST., N.W., SUITE 500
   WASHINGTON, DC 20007
   TELEPHONE:  (202) 672-5300
8  FACSIMILE:  (202) 672-5399

9  KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
   MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
   GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
10 ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
   C. EDWARD POLK (ADMITTED *PRO HAC VICE*)
   SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
11 kkrosin@foley.com
   mkaminski@foley.com
12 gbest@foley.com
   ason@foley.com
   epolk@foley.com
13 ssnader@foley.com

14 ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 18  Nichia Corporation | Case No:  3:06-CV-0162-MMC (JCS) |
| 19           Plaintiff, | **ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |
| 20           vs. | |
| 21  Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | Judge:  Maxine M. Chesney |
| 24           Defendants. | |

25

26

27

[PROPOSED] ORDER GRANTING NICHIA CORP'S ADMINISTRATIVE
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO: 3:06-CV-0162-MMC(JCS)

Pursuant to Civil Local Rule 79-5, Nichia Corporation has moved the Court to issue an administrative Order that authorizes the sealing of the following documents:

1. Confidential Exhibit C to the Declaration of Kenneth E. Krosin in Support of Nichia Corporation's Opposition Brief to Seoul's Motion to Exclude the Testimony of Copper C. Woodring.

After considering the papers and arguments submitted in support of Nichia Corporation's motion, and finding good cause therefore,

IT IS HEREBY ORDERED that Nichia Corporation's administrative motion is GRANTED, and the Clerk of the Court is DIRECTED to file the above-referenced document under seal.

Dated: July 25, 2007

_____
Judge Maxine M. Chesney

1

[PROPOSED] ORDER GRANTING NICHIA CORP'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO: 3:06-CV-0162-MMC(JCS)