IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SEOUL SEMICONDUCTOR CO.,LTD., et al.,<br><br>    Defendants / | No. C 06-0162 MMC<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL NOTICE OF ERRATA; DIRECTIONS TO CLERK** |

    Before the Court is defendants' "Administrative Motion to Seal Notice of Errata to Declaration of Chi Soo Kim in Support of Seoul Semiconductor Defendants' Motion for Claim Construction and for Summary Judgment," filed June 22, 2007.

    Because plaintiff has withdrawn its designation of confidentiality as to the sole document attached to the Notice of Errata, (see Julian Decl., filed July 6, 2007, ¶ 12), the motion is hereby DENIED, and the Clerk of the Court is hereby DIRECTED to file the Notice of Errata in the public record.

    **IT IS SO ORDERED**.

Dated: July 25, 2007

                                                  MAXINE M. CHESNEY<br>
                                                  United States District Judge