IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants
                                  /

No. C 06-0162 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF MOTION TO EXCLUDE UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS**

      Before the Court is defendants' "Administrative Motion to File Portions of Seoul Semiconductor Defendants' Motion to Exclude the Testimony of Cooper C. Woodring and Supporting Declaration of Hoddy Potter," filed June 29, 2007. Having reviewed the motion and the declarations offered in support thereof, the Court rules as follows:

      1. The motion is hereby GRANTED in part, and the Clerk is hereby DIRECTED to file under seal unredacted versions of the following two documents:

           a. Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.'s Motion to Exclude the Testimony of Cooper C. Woodring; and

           b. Declaration of Hoddy Potter in Support of Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.'s Motion to Exclude the Testimony of Cooper C. Woodring.

      2. Because plaintiff has denied having designated as confidential two exhibits attached to the above-described Potter Declaration, (see Julian Decl., filed July 6, 2007,

1  ¶ 6), defendants are hereby DIRECTED to file in the public record, no later than July 30,
2  2007, Exhibits A and B to the Potter Declaration.  If defendants fail to timely file such
3  exhibits in the public record, the Court will not consider them in ruling on defendants'
4  motion to exclude.

5  **IT IS SO ORDERED**.

7  Dated:  July 25, 2007

MAXINE M. CHESNEY
United States District Judge