**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
jjulian@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500.
WASHINGTON, DC 20007
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
C. EDWARD POLK (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
gbest@foley.com
mkaminski@foley.com
ason@foley.com
epolk@foley.com
ssnader@foley.com

ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>Defendants. | Case No:  3:06-CV-0162-MMC (JCS)<br><br>**ORDER SEALING EXHIBITS 1, 2, 3 & 4 TO THE DECLARATION OF JASON M. JULIAN IN SUPPORT OF PLAINTIFF NICHIA CORPORATION'S OPPOSITION BRIEF TO DEFENDANT SEOUL'S MOTION TO STRIKE THE DECLARATIONS OF AKIRA ONIKIRI AND HIDEHIKO NAETE FROM PLAINTIFF NICHIA CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:  Maxine M. Chesney |

**Error! Unknown document property name.**

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nichia Corporation. ("Nichia") has moved this Court to issue an administrative Order that authorizes the sealing certain Exhibits to the Declaration of Jason M. Julian in Support of Plaintiff Nichia Corporation's Opposition Brief to Defendant Seoul's Motion  to Strike the Declarations of Akira Onikiri and Hidehiko Naete from Plaintiff Nichia Corporation's Reply Brief in Support of its Motions for Summary Judgment ("Julian Declaration").

After considering the papers and arguments submitted in support of the Nichia's administrative motion, and finding good cause therefore,

IT IS HEREBY ORDERED that the Nichia's administrative motion is GRANTED, and Exhibits 1, 2, 3 & 4 to the Julian Declaration shall be filed under seal.

Dated: July 26, 2007

_____

Judge Maxine M. Chesney

1

**Error! Unknown document property name.**