IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

    v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants

No. C 06-0162 MMC

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE PORTIONS OF MOTION AND DECLARATION UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS; DIRECTIONS TO PLAINTIFF**

    The "Order Granting in Part and Denying in Part Defendants' Administrative Motion to File Portions of Motion and Declaration Under Seal; Directions to Clerk; Directions to Defendants; Directions to Plaintiff," filed July 25, 2007, is hereby AMENDED to delete the denial as to Exhibit P to the Declaration of Chi Soo Kim; plaintiff has adequately shown such exhibit should be filed under seal, (see Julian Responsive Decl., filed July 6, 2007, ¶ 11):

    Before the Court is defendants' "Administrative Motion to File Portions of Seoul Semiconductor Defendants' Motion for Claim Construction and for Summary Judgment and Supporting Declaration of Chi Soo Kim Under Seal," filed June 15, 2007. Having reviewed the motion and the declarations offered in support thereof, the Court rules as follows:

    1. The motion is hereby GRANTED in part, and the Clerk is hereby DIRECTED to file under seal unredacted versions of the following two documents:

        a. Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.'s Motion for Claim Construction and for Summary Judgment; and

        b. Declaration of Chi Soo Kim in Support of Seoul Semiconductor