**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
jjulian@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500.
WASHINGTON, DC 20007
TELEPHONE:  (202) 672-5300
FACSIMILE:  (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
ANTHONY H. SON (CA BAR NO. BAR NO. 190478)
C. EDWARD POLK (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
gbest@foley.com
mkaminski@foley.com
ason@foley.com
epolk@foley.com
ssnader@foley.com

ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation | Case No:  3:06-CV-0162-MMC (JCS) |
| Plaintiff, | **ORDER SEALING EXHIBIT 21 TO THE SUPPORTING DECLARATION OF MICHAEL J. SONG** |
| vs. | |
| Seoul Semiconductor, Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc. | |
| Defendants. | |

[PROPOSED] ORDER GRANTING
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO: 3:06-CV-0162-MMC(JCS)

SFCA_474586.1

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nichia Corporation. ("Nichia") has
2 moved this Court to issue an administrative Order that authorizes the sealing of portions of
3 Plaintiff Nichia Corporation's Opposition to Seoul's Motions for Summary Judgment and
4 Supporting Declaration of Michael J. Song.
5  After considering the Notice of Errata filed regarding Exhibit 21 to the Supporting
6 Declaration of Michael J. Song, and finding good cause therefore,
7  IT IS HEREBY ORDERED that the Nichia's administrative motion is GRANTED, and
8 Exhibit 21 to the Supporting Declaration of Michael J. Song shall be filed under seal.

Dated: July 27, 2007



Judge Maxine M. Chesney

1

[PROPOSED] ORDER GRANTING
MOTION TO FILE DOCUMENTS UNDER SEAL
CASE NO: 3:06-CV-0162-MMC(JCS)

SFCA_474586.1