IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>              Defendants | No. C-06-0162 MMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION TO STRIKE DECLARATIONS OF AKIRA ONIKIRI AND HIDEHIKO NAETE** |

   Before the Court is defendants' "Motion to Shorten Time to Hear Defendants' Motion to Strike the Declarations of Akira Onikiri and Hidehiko Naete from Plaintiff Nichia Corporation's Reply Brief in Support of its Motions for Summary Judgment," filed July 11, 2007.  Plaintiff filed opposition on July 16, 2007.  Having considered the papers filed in support of and in opposition to the motion, the Court rules as follows.

   Plaintiff's opposition to the motion to shorten time is based on the argument that insufficient time would exist for plaintiff to file opposition to the motion to strike.  Plaintiff, however, subsequently filed its opposition to the motion to strike on July 24, 2007, and defendants thereafter, on July 26, 2007, filed their reply thereto.

   Accordingly, because the motion to strike has been fully briefed, the Court hereby GRANTS the motion to hear the motion to strike on shortened time, and deems the motion to strike under submission.

   **IT IS SO ORDERED.**

Dated: July 27, 2007

MAXINE M. CHESNEY
United States District Judge