IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants

No. C 06-0162 MMC

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE EXHIBITS IN SUPPORT OF REPLY UNDER SEAL; DIRECTIONS TO PLAINTIFF**

    Before the Court is plaintiff's "Administrative Motion to File Documents Under Seal," filed July 6, 2007, by which plaintiff seeks leave to file under seal "Confidential Exhibits to the Declaration of Michael D. Kaminski in Support of Plaintiff Nichia Corporation's Reply Brief." Having reviewed the motion, and defendants' response thereto, the Court rules as follows:

    1. The motion is hereby GRANTED in part, and the Clerk is hereby DIRECTED to file under seal the unredacted version of the document titled "Confidential Exhibits to the Declaration of Michael D. Kaminski in Support of Plaintiff Nichia Corporation's Reply Brief."

    2. Because defendants have denied they designated as confidential Exhibits 3 and 6 to the Kaminski Declaration, the motion is hereby DENIED as to such exhibits and plaintiff is hereby DIRECTED to file them in the public record, no later than August 6, 2007. If plaintiff fails to timely file such exhibits in the public record, the Court will not consider

them in ruling on plaintiff's motions for summary judgment.

**IT IS SO ORDERED**.

Dated: August 1, 2007

_____
MAXINE M. CHESNEY
United States District Judge