United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

      Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

      Defendants
                         /

No. C 06-0162 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFERRED PORTION OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL OPPOSITION AND CONFIDENTIAL EXHIBITS IN SUPPORT THEREOF**

     Before the Court is the deferred portion of plaintiff's Administrative Motion to File Documents Under Seal, filed June 30, 2007, specifically, plaintiff's request to file under seal Exhibits 13 and 14 to the Corrected Declaration of Michael J. Song in Support of Plaintiff Nichia Corporation's Brief in Opposition to Seoul's Claim Construction and Motion for Summary Judgment.  Having reviewed the Supplemental Declaration of Heddy Potter, filed July 27, 2007, and the letter filed July 30, 2007 by plaintiff, the Court rules as follows.

     The deferred portion of plaintiff's motion to seal is hereby GRANTED as it pertains to Exhibit 13, and DENIED as it pertains to Exhibit 14.  (<u>See</u> Supp. Potter Decl., filed July 27, 2007, ¶¶ 2-3.)  Because plaintiff filed Exhibit 14 in the public record on July 30, 2007, no further action need be taken by either party with respect to either Exhibits 13 or 14. Likewise, with respect to Exhibits 40 and 43, plaintiff need not take any additional action.

     **IT IS SO ORDERED**.

Dated:  August 1, 2007

                                   MAXINE M. CHESNEY
                                   United States District Judge