UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>            Plaintiff(s),<br><br>   v.<br><br>SEOUL SEMICONDUCTOR LTD, et al.,<br><br>            Defendant(s). | No. C06-0162 MMC (BZ)<br><br>**ORDER SCHEDULING FURTHER SETTLEMENT DISCUSSIONS** |

Having read the recent exchange of settlement correspondence and having talked to counsel for both sides, **IT IS HEREBY ORDERED** as follows:

1. Absent further order of court, the CEOs of the parties shall meet within the next two weeks in Japan in an effort to negotiate a global resolution of the disputes between the parties. If a global resolution is not possible, they shall focus on a resolution of this lawsuit.

2. By **10:00 a.m. on Monday August 13, 2007**, counsel for Seoul shall advise counsel for Nichia of the dates when the CEO

1 | of Seoul is available to meet with the CEO of Nichia in Japan.
2 |     3.  By **10:00 a.m. on Wednesday, August 15, 2007**, counsel
3 | for Nichia shall advise counsel for Seoul when and where the
4 | meeting will occur.
5 | Dated: August 10, 2007
6 |                                   Bernard Zimmerman
7 |                         United States Magistrate Judge
8 | g:\bzall\-refs\refs.07\nichia.sc.wpd

2