BINGHAM McCUTCHEN LLP
BETH H. PARKER (SBN 104773)
beth.parker@bingham.com
MONTY AGARWAL (SBN 191568)
monty.agarwal@bingham.com
JUDITH S.H. HOM (SBN 203482)
judith.hom@bingham.com
AMY MELAUGH (SBN 240931)
amy.melaugh@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    (415) 393-2000
Facsimile:    (415) 393-2286

Attorneys for Defendants
Seoul Semiconductor Co., Ltd. and
Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>        Defendants. | No. 3:06-CV-0162 (MMC)<br><br>**STIPULATION TO FILE OMNIBUS MOTIONS *IN LIMINE*; ORDER DENYING STIPULATION**<br><br>**No hearing requested**<br><br>Pretrial Conference:    August 28, 2007<br>Judge:    Maxine M. Chesney |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this Stipulation and Proposed Order to permit the parties to each file an omnibus motion *in limine*.

/ / /

/ / /

**RECITALS**

1. On May 2, 2007, this Court issued its Pretrial Preparation Order that specifies that ten court days before the pretrial conference, the parties shall file and serve motions *in limine*. See section A(6) of the Pretrial Preparation Order.

2. The parties intend to exchange motions *in limine* August 14, 2007, but seek the Court's permission to do so as Plaintiff's omnibus motion *in limine* and Defendant's omnibus motion *in limine*.

**STIPULATION**

Accordingly, the parties stipulate as follows:

1. Each party will file one omnibus motion *in limine*.

DATED: August 13, 2007

Foley & Lardner LLP
Nancy J. Geenen
/s/

Attorneys for Plaintiffs, Nichia Corporation

DATED: August 13, 2007

Bingham McCutchen LLP
Beth H. Parker
/s/

Attorneys for Defendants, Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc.

**ORDER**

The stipulation to file omnibus motions is DENIED. Each motion in limine shall be separately filed and numbered, and any opposition thereto shall be separately filed and numbered in corresponding fashion.

DATED: August 13, 2007

*[signature]*
Maxine M. Chesney,
Judge, United States District Court