BINGHAM McCUTCHEN LLP
BETH H. PARKER (SBN 104773)
beth.parker@bingham.com
MONTY AGARWAL (SBN 191568)
monty.agarwal@bingham.com
WILLAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
JUDITH S. H. HOM (SBN 203482)
judith.hom@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:     (415) 393-2000
Facsimile:      (415) 393-2286

Attorneys for Defendants
Seoul Semiconductor Co., Ltd. and
Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>                Plaintiff,<br>     v.<br><br>Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc.,<br><br>                Defendants. | No. 3:06-CV-0162 (MMC)<br><br>**DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.,'S LISTING OF NICHIA CORP.'S DISCOVERY ADMISSIONS** |

1  The following are Nichia's admissions which Seoul intends to introduce at trial pursuant to Rule
2  36(b).
3

4  **SSC AND SSI REQUEST FOR ADMISSION NO. 20:**
5  *Admit that side view LEDs, including the Seoul Semiconductor's 902 series LED and*
6  *Nichia series 335 LED, are a component in back lighting units.*
7  **RESPONSE TO REQUEST FOR ADMISSION NO. 20:**
8  Admitted, to the extent that is one of the uses of such side view LEDs.
9  **SSC AND SSI REQUEST FOR ADMISSION NO. 21:**
10  *Admit that back lighting units are a further component of liquid crystal display modules*
11  *in which side view LEDs, including the Seoul Semiconductor's 902 series LED and Nichia series*
12  *335 LED, are a component within the back lighting units.*
13  **RESPONSE TO REQUEST FOR ADMISSION NO. 21:**
14  Admitted, to the extent that side view LEDs can be a component within the backlighting
15  units and that Seoul Semiconductor 902 series LED and the Nichia series 335 LED are example
16  [sic] of side view LEDs.  Denied as to the remainder, as it is not known whether all liquid crystal
17  display modules contain backlighting units.
18  **SSC AND SSI REQUEST FOR ADMISSION NO. 22:**
19  *Admit that liquid crystal display modules are a further component of larger consumer*
20  *end products such as cellular phones, personal digital assistants, and MP3 players in which side*
21  *view LEDs, including the Seoul Semiconductor's 902 series LED and Nichia series 335 LED, are*
22  *a component within the back lighting units that go into the liquid crystal display modules.*
23  **RESPONSE TO REQUEST FOR ADMISSION NO. 22:**
24  Admitted, to the extent that one use of liquid crystal displays is as a component of larger
25  consumer end products.  Admitted, to the extent that one use of Seoul Semiconductor's 902
26  series LED and the Nichia 335 series LED, is as a further component of larger consumer end
27  products.
28

1 **SSC AND SSI REQUEST FOR ADMISSION NO. 34:**

2 *Admit Nichia's Korean Design Patent Number 0294490 was invalidated.*

3 **RESPONSE TO REQUEST FOR ADMISSION NO. 34:**

4 Nichia objects to this Request, because it lacks relevance.  Subject to the foregoing and
5 the General Objections, admitted.

6
7 DATED:  August 14, 2007

8                              Bingham McCutchen LLP
9
10
11 By:_____/s/_____
    Judith S. H. Hom
12    Attorneys for Defendants
    Seoul Semiconductor Co., Ltd.
13    and Seoul Semiconductor, Inc.

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28