**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500.
WASHINGTON, DC 20007
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
mkaminski@foley.com
ssnader@foley.com

Attorneys for Plaintiffs
Nichia Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>    Plaintiff,<br><br>    vs.<br><br>Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., Creative Technology, Ltd., Creative Labs, Inc., and Creative Holdings, Inc.<br><br>    Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING DEADLINE FOR PARTIES' EXCHANGE OF DEMONSTRATIVE EXHIBITS**<br><br>**No Hearing Requested**<br><br>Pretrial Conference:  August 28, 2007<br>Judge:                       Maxine M. Chesney |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this Stipulation and Proposed Order to extend the time for the parties to exchange demonstrative exhibits as set forth in that certain Pretrial Preparation Order dated May 2, 2007.

## RECITALS

1. On May 2, 2007, this Court issued its Pretrial Preparation Order that specifies that ten court days before the pretrial conference, the parties shall exchange copies of proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used in the case in chief, together with a complete list of all such proposed exhibits. See section 4.a. of the Pretrial Preparation Order.

2. The parties intend to exchange a list of those exhibits on August 14, 2007, but will not be prepared to exchange any charts, schedules, summaries, diagrams or other materials that will be used as demonstratives in the case in chief until August 23, 2007.

## STIPULATION

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. The parties shall exchange any charts, schedules, summaries, diagrams or other materials that will be used as demonstratives in the case in chief on or before August 23, 2007.

DATED: August 13, 2007         Foley & Lardner LLP
                               Linda E.B. Hansen

                                       /s/
                               Attorneys for Plaintiffs, Nichia Corporation

DATED: August 13, 2007         Bingham McCutchen LLP
                               Beth H. Parker

                                       /s/
                               Attorneys for Defendants, Seoul
                               Semiconductor Co., Ltd., Seoul
                               Semiconductor, Inc.

-2-

1                                           **ORDER**

2     IT IS SO ORDERED.

4     DATED:   August 16, 2007                     _/s/ Maxine M. Chesney_

5                                                               Maxine M. Chesney,
                                                              Judge, United States District Court