United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

v.

SEOUL SEMICONDUCTOR LTD., et al.,

    Defendants

No. C-06-0162 MMC

**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE AMENDED SUMMARY JUDGMENT MOTION**

    Before the Court is defendants' "Administrative Motion Pursuant to L.R. 7-11 by Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. for Leave to File Amended Summary Judgment Motion Subsequent to Court's Ruling on Claim Construction," filed August 8, 2007. Plaintiff has filed opposition.

    Having considered the parties' submission filed in support of and in opposition to the motion, the Court, for the reasons stated by plaintiff, hereby DENIES the motion.

    **IT IS SO ORDERED.**

Dated: August 16, 2007

MAXINE M. CHESNEY
United States District Judge