IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR LTD., et al.,

    Defendants
_____/

No. C-06-0162 MMC

**ORDER DIRECTING PLAINTIFF TO COMPLY WITH COURT'S ORDER OF AUGUST 13, 2007**

By order filed August 13, 2007, the Court ordered that "[e]ach motion in limine shall be separately filed and numbered." (See Order Denying Stipulation at 2:21-22.)

On August 14, 2007, plaintiff filed nine separate motions in limine, but did not, with one exception, number the motions.[1] Plaintiff is hereby DIRECTED to comply with the Court's order of August 13, 2007, specifically, by filing, no later than August 20, 2007 by noon, a list containing the title of each motion in limine and assigning a number to each such motion.

**IT IS SO ORDERED.**

Dated: August 17, 2007

                MAXINE M. CHESNEY
                United States District Judge

---

[1] One motion in limine is captioned "Plaintiff Nichia Corporation's Motion in Limine No. 5 to Exclude Testimony and Evidence Regarding Reliance on Opinion of Counsel."