| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 3 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 4 | judith.hom@bingham.com |
|   | CHI SOO KIM (SBN 232346) |
| 5 | chisoo.kim@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | Three Embarcadero Center |
| 7 | San Francisco, California  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 8 | Facsimile:  (415) 393-2286 |
| 9 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 10 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| 17 | Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO FILE EXHIBITS UNDER SEAL** |
| 18 | v. | |
| 19 | Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., | Trial Date: Sept. 10, 2007 |
|   |   | Time:        9:00 a.m. |
| 20 | Defendants. | Place:       Courtroom 7, 19th Floor |
|   |   | Judge:       Hon. Maxine M. Chesney |

No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER ALLOWING PUBLIC FILING OF EXHIBITS E AND I TO THE DECLARATION OF MICHAEL J. SONG

A/72163499.1/3004554-0000319036

1  Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff Nichia Corporation has
2  moved the Court to issue an administrative order that authorizes the sealing of Exhibits E and I
3  to the Declaration of Michael Song in Support of Nichia's Motions in Limine.  Defendants have
4  filed opposition.
5  For the reasons stated by defendants, the motion is hereby DENIED.
6  Plaintiff is hereby DIRECTED to file in the public record, no later than August
7  22, 2007, Exhibits E and I to the Declaration of Michael Song in Support of Nichia's Motions in
8  Limine.
9
10  DATED:  August 17, 2007
11
12  _____
13  Maxine M. Chesney
    Judge, United States District Court
14
15
16
17
18
19
20
21
22
23
24
25
26