1    BINGHAM McCUTCHEN LLP
     BETH H. PARKER (SBN 104773)
2    beth.parker@bingham.com
     WILLIAM F. ABRAMS (SBN 88805)
3    william.abrams@bingham.com
     MONTY AGARWAL (SBN 191568)
4    monty.agarwal@bingham.com
     JUDITH S. H. HOM (SBN 203482)
5    judith.hom@bingham.com
     THOMAS S. CLIFFORD (SBN 233394)
6    tom.clifford@bingham.com
     AMY MELAUGH (SBN 240931)
7    amy.melaugh@bingham.com
     Three Embarcadero Center
8    San Francisco, CA  94111-4067
     Telephone:  415.393.2000
9    Facsimile:  415.393.2286

10   Attorneys for Defendants
     Seoul Semiconductor Co., Ltd. and
11   Seoul Semiconductor, Inc.

12
                        UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                          SAN FRANCISCO DIVISION
15

16
     Nichia Corporation,                    No. 3:06-CV-0162 (MMC)
17
                  Plaintiff,                 ORDER GRANTING SEALING OF
18        v.                                 PORTIONS OF SEOUL
                                             SEMICONDUCTOR DEFENDANTS'
19   Seoul Semiconductor Co., Ltd. and Seoul MOTION *IN LIMINE* NO. 5:  MOTION
     Semiconductor, Inc.,                    *IN LIMINE* TO EXCLUDE HIDEHIKO
20                                           NAETE AND AKIRA ONIKIRI AS
                  Defendants.                WITNESSES
21

22

23

24

25

26

1

2     Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor

3   Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue

4   an administrative Order that authorizes the sealing of portions of Seoul's Motion *in limine* to

5   Exclude Hidehiko Naete and Akira Onikiri as Witnesses and portions of the supporting

6   Declaration of Amy Melaugh.

7     After considering the papers and arguments submitted in support of Seoul's

8   administrative motion, and finding good cause therefore,

9     IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED.

10   The Clerk is DIRECTED to file under seal unredacted versions of the following documents:

11     1.     Seoul Semiconductor Defendants' Motion in Limine No. 5: Motion in

12   Limine to Exclude Hidehiko Naete and Akira Onikiri as Witnesses; and

13     2.     Declaration of Amy Melaugh in Support of Seoul Semiconductor

14   Defendants' Motion in Limine No 5: Motion in Limine to Exclude Hidehiko Naete and Akira

15   Onikira as Witnesses.

16

17   DATED:  August 17, 2007

18

19   _____

20                          Hon. Maxine M. Chesney
                            U.S. District Court Judge

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF
SEOUL SEMICONDUCTOR DEFENDANTS' MOTION *IN LIMINE* NO. 5