BINGHAM McCUTCHEN LLP
BETH H. PARKER (SBN 104773)
beth.parker@bingham.com
MONTY AGARWAL (SBN 191568)
monty.agarwal@bingham.com
JUDITH S. H. HOM (SBN 203482)
judith.hom@bingham.com
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Attorneys for Defendants
Seoul Semiconductor Co., Ltd.
and Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc.,<br><br>            Defendants. | No. 3:06-CV-0162 (MMC)<br><br>**ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S MOTION TO SHORTEN TIME TO HEAR MOTION TO BIFURCATE; SETTING BRIEFING SCHEDULE** |

No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S MOTION TO SHORTEN TIME

A/72162009.1/3004554-0000319036

1   Before the Court is defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.'s (collectively, "Seoul") Motion to Shorten Time to Hear their Motion to Bifurcate Issues of Invalidity and Infringement, and plaintiff Nichia Corporation's ("Nichia") opposition thereto.

Having considered the matter, the Court finds good cause exists to hear Seoul's motion to bifurcate on shortened time.  Accordingly, Seoul's motion to shorten time is hereby GRANTED.

The parties shall submit opposition and reply briefs in accordance with the following schedule:

1. If Nichia wishes to supplement the opposition to the merits of the motion to bifurcate that Nichia included within its opposition to the motion to shorten time, any such supplemental opposition shall be filed no later than 4:00 p.m. on Thursday, August 23, 2007.

2. Seoul's reply, if any, shall be filed no later than Friday, August 24, 2007.

3. The hearing on Seoul's motion to bifurcate will be held at the pretrial conference on August 28, 2007, at 3:00 p.m.

IT IS SO ORDERED.

DATED: August 21, 2007

_____
HONORABLE MAXINE M. CHESNEY
Judge of the U.S. District Court

[PROPOSED] ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S
MOTION TO SHORTEN TIME

A/72162009.1/3004554-0000319036