IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>　　　　　Plaintiff,<br>　v.<br>SEOUL SEMICONDUCTOR LTD., et al.,<br><br>　　　　　Defendants　　　　　　　　　／ | No. C-06-0162 MMC<br><br>**ORDER DIRECTING PARTIES TO NOTIFY COURT AS TO STATUS OF MOTIONS IN LIMINE** |

　　　　In preparation for the August 28, 2007 pretrial conference, each party has filed a number of motions in limine.  By separate order filed concurrently herewith, the Court has granted in part, denied in part, and deferred in part plaintiff's motion for summary judgment, and granted in part and denied in part defendants' motion for summary judgment.  Because the Court's summary judgment rulings may alleviate the need to rule on some of the motions in limine, or portions thereof, each party is hereby DIRECTED to file, no later than August 24, 2007, a short statement indicating which, if any, of that party's motions in limine, or portions thereof, is moot.

　　　　**IT IS SO ORDERED.**

Dated: August 22, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge