| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | AMY MELAUGH (SBN 240931) |
| 6 | amy.melaugh@bingham.com |
|   | Three Embarcadero Center |
| 7 | San Francisco, California  94111-4067 |
|   | Telephone:  (415) 393-2000 |
| 8 | Facsimile:  (415) 393-2286 |
| 9 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 10 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| 17 | Plaintiff, | ORDER SEALING PORTIONS OF THE DECLARATION OF KEVIN M. BOVARD IN SUPPORT OF SEOUL SEMICONDUCTOR'S OPPOSITION TO NICHIA'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE TESTIMONY AND EVIDENCE DIRECTED TO AFFIRMATIVE DEFENSES NOT PLED |
| 18 | v. | |
| 19 | Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., | |
| 20 | Defendants. | |

No. 3:06-CV-0162 (MMC)

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
2  Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
3  an administrative Order that authorizes the sealing of portions of the Declaration of Kevin M.
4  Bovard in Support of Seoul Semiconductor's Opposition to Nichia's Motion *in limine* No. 2 to
5  Exclude Testimony and Evidence Directed to Affirmative Defenses Not Pled.
6  After considering the papers and arguments submitted in support of Seoul's
7  administrative motion, and finding good cause therefore,
8  IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED,
9  and the Clerk is DIRECTED to file under seal the unredacted version of the Declaration of Kevin
10 M. Bovard in Support of Seoul Semiconductor's Opposition to Nichia's Motion in Limine No. 2
11 to Exclude Testimony and Evidence Directed to Affirmative Defenses Not Pled.
12
13 DATED: August 23, 2007

15 _____
   Hon. Maxine M. Chesney
16 United States District Court Judge

1  No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER SEALING PORTIONS OF THE DECL. OF KEVIN M. BOVARD IN SUPP. OF SEOUL'S OPP. TO NICHIA'S MOTION IN LIMINE NO. 2 TO EXCLUDE TESTIMONY AND EVIDENCE DIRECTED TO AFFIRM. DEFENSES NOT PLED
A/72168828.1/3004554-0000319036