IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants
                                   /

No. C 06-0162 MMC

**ORDER CONTINUING PRETRIAL CONFERENCE**

    In light of the Court's calendar, and recent order addressing the parties' respective motions for summary judgment, the Pretrial Conference currently scheduled for August 28, 2007 is hereby CONTINUED to September 4, 2007 at 3:00 p.m.

    **IT IS SO ORDERED**.

Dated: August 24, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge