**BINGHAM MCCUTCHEN LLP**
BETH H. PARKER (SBN 104773)
BILL ABRAMS (CA Bar No. 88805)
MONTY AGARWAL (CA Bar No. 166838)
JUDITH S. H. HOM (CA Bar No. 203482)
TOM CLIFFORD (CA Bar No. 233394)
AMY MELAUGH (CA Bar No. 240931)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
beth.parker@bingham.com
bill.abrams@bingham.com
monty.agarwal@bingham.com
judith.hom@bingham.com
tom.clifford@bingham.com
amy.melaugh@bingham.com

**ATTORNEYS FOR DEFENDANTS**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Nichia Corporation, | Case No.: 3:06-CV-0162-MMC (JCS) |
|---|---|
| Plaintiff, | **STIPULATION REGARDING DEADLINE FOR PARTIES' EXCHANGE OF DEMONSTRATIVE EXHIBITS; ORDER THEREON** |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | Pretrial Conference: August 28, 2007 |
| Defendants. | Judge:              Maxine M. Chesney |

Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this Stipulation and Proposed Order to extend the time for the parties to exchange demonstrative exhibits as set forth in the Pretrial Preparation Order dated May 2, 2007, as modified by the Stipulation and Order dated August 16, 2007.

A/72172608.1/3004554-0000319036                                  Case No. 3:06-CV-0162 MMC (JCS)

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR PARTIES' EXCHANGE OF
DEMONSTRATIVE EXHIBITS

**RECITALS**

1. On May 2, 2007, this Court issued its Pretrial Preparation Order that specified that ten court days before the pretrial conference, the parties shall exchange copies of proposed exhibits, charts, schedules, summaries, diagrams, and other similar documentary materials to be used in the case in chief, together with a complete list of all such proposed exhibits. See section 4.a. of the Pretrial Preparation Order.

2. On August 16, 2007, this Court ordered that the parties could exchange any charts, schedules, summaries, diagrams or other materials that will be used as demonstratives in the case in chief on or before August 23, 2007.

3. The parties have met and conferenced and agreed in light of the significant changes to the scope of the case occasioned by the Court's recent rulings on claim construction and summary judgment, that they will not be prepared to exchange any charts, schedules, summaries, diagrams or other materials that will be used as demonstratives in the case in chief by August 23, 2007.

**STIPULATION**

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. The parties shall exchange any charts, schedules, summaries, diagrams or other materials that will be used as demonstratives in the case in chief on or before three business days before trial.

3. The parties shall exchange objections to demonstratives on or before one business day before trial.

4. The parties agree that demonstratives shall not include any Power Points or materials that merely replicate exhibits as opposed to summarize or graphically depict them.

1
2  DATED: August 23, 2007
3                                                    Bingham McCutchen LLP
4                                                    By:_____/s/_____
                                                              Beth H. Parker
5                                                        Attorneys for Defendant
6
7
8  DATED: August 23, 2007
                                                     Foley & Lardner LLP
9
10                                                   By:_____/s/_____
                                                              Nancy Geenen
11                                                      Attorneys for Plaintiff
12
13                                **ORDER**
14            IT IS SO ORDERED.
15
16  DATED: August 24, 2007                          _____
                                                     Maxine M. Chesney,
17                                                   Judge, United States District Court
18
19
20
21
22
23
24
25
26
27
28