1  BINGHAM McCUTCHEN LLP
   BETH H. PARKER (SBN 104773)
2  beth.parker@bingham.com
   WILLIAM F. ABRAMS (SBN 88805)
3  william.abrams@bingham.com
   MONTY AGARWAL (SBN 191568)
4  monty.agarwal@bingham.com
   JUDITH S. H. HOM (SBN 203482)
5  judith.hom@bingham.com
   THOMAS S. CLIFFORD (SBN 233394)
6  tom.clifford@bingham.com
   AMY MELAUGH (SBN 240931)
7  amy.melaugh@bingham.com
   Three Embarcadero Center
8  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
9  Facsimile:  415.393.2286

10 Attorneys for Defendants
   Seoul Semiconductor Co., Ltd. and
11 Seoul Semiconductor, Inc.

12
                            UNITED STATES DISTRICT COURT
13
                          NORTHERN DISTRICT OF CALIFORNIA
14
                                SAN FRANCISCO DIVISION
15

16
   Nichia Corporation,                          No. 3:06-CV-0162 (MMC)
17
                  Plaintiff,                    ORDER GRANTING IN PART AND
18        v.                                    DENYING IN PART SEALING OF
                                                PORTIONS OF SEOUL
19 Seoul Semiconductor Co., Ltd. and Seoul      SEMICONDUCTOR DEFENDANTS'
   Semiconductor, Inc.,                         MOTION *IN LIMINE* NO. 3:  MOTION
20                                              *IN LIMINE* TO EXCLUDE
                  Defendants.                   INDEMNITY AGREEMENTS AND
21                                              WARRANTIES; DIRECTIONS TO
                                                DEFENDANTS
22

23

24

25

26

1

2

3  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue an administrative Order that authorizes the sealing of portions of Seoul's Motion *in limine* to Exclude Indemnity Agreements and Warranties and portions of the supporting Declaration of Amy Melaugh.

After considering the papers and arguments submitted in support of Seoul's administrative motion, and finding good cause therefore,

IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED in part, specifically, Seoul has established that the following documents contain material properly filed under seal:

1. Decl. of Amy Melaugh in Support of Seoul's Motion in Limine No. 3; and

2. Seoul's Motion in Limine No. 3

To the extent Seoul seeks leave to file under seal page 2:26 – 3:1 of Motion in Limine No. 3, the motion is DENIED in light of plaintiff's having withdrawn its designation of confidentiality. Seoul is DIRECTED to file in the public record, no later than August 28, 2007, an amended redacted version of Motion in Limine No. 3 in which page 2:26- 3:1 is included.

DATED: August 24, 2007

_____
Hon. Maxine M. Chesney
U.S. District Court Judge