BINGHAM McCUTCHEN LLP
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
BETH H. PARKER (SBN 104773)
beth.parker@bingham.com
MONTY AGARWAL (SBN 191568)
monty.agarwal@bingham.com
JUDITH S. H. HOM (SBN 203482)
judith.hom@bingham.com
THOMAS S. CLIFFORD (SBN 233394)
tom.clifford@bingham.com
AMY MELAUGH (SBN 240931)
amy.melaugh@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendants
Seoul Semiconductor Co., Ltd. and
Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>           Plaintiff,<br><br>    v.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>           Defendants. | No. 3:06-CV-0162 (MMC)<br><br>ORDER GRANTING SEALING OF PORTIONS OF SEOUL SEMICONDUCTOR DEFENDANTS' MOTION *IN LIMINE* NO. 4:  MOTION *IN LIMINE* TO EXCLUDE UNSUPPORTED ALLEGATIONS OF "COPYING" |

1

2   Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
3   Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
4   an administrative Order that authorizes the sealing of portions of Seoul's Motion *in limine* to
5   Exclude Unsupported Allegations of "Copying" and portions of the supporting Declaration of
6   Amy Melaugh.
7   After considering the papers and arguments submitted in support of Seoul's
8   administrative motion, and finding good cause therefore,
9   IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED.
10  The Clerk is DIRECTED to file under seal unredacted versions of the following documents:
11  1.  Seoul's Motion In Limine No. 4; and
12  2.  Declaration of Amy Melaugh in Support of Seoul's Motion in Limine No. 4.
13
14  DATED:  August 24, 2007
15
16  _____
    Hon. Maxine M. Chesney
17  U.S. District Court Judge
18
19
20
21
22
23
24
25
26

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF
SEOUL SEMICONDUCTOR DEFENDANTS' MOTION *IN LIMINE* NO. 4