| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | AMY MELAUGH (SBN 240931) |
| 7 | amy.melaugh@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 9 | Facsimile:  415.393.2286 |
|   |  |
| 10 | Attorneys for Defendants |
|    | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART SEALING OF PORTIONS OF SEOUL SEMICONDUCTOR DEFENDANTS' MOTION *IN LIMINE* NO. 8:  MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF JOHN C. JAROSZ REGARDING DAMAGES; DIRECTIONS TO DEFENDANTS |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |

1
2
3      Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
4 Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
5 an administrative Order that authorizes the sealing of portions of Seoul's Motion *in limine* to
6 Exclude Testimony of John C. Jarosz Regarding Damages and portions of the supporting
7 Declaration of Amy Melaugh.
8      After considering the papers and arguments submitted in support of Seoul's
9 administrative motion, and finding good cause therefore,
10      IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED in
11 part, specifically, the Clerk is DIRECTED to file under seal the unredacted version of the
12 Declaration of Amy Melaugh in Support of Seoul's Motion in Limine No. 8.
13      In light of Nichia's having withdrawn its designation of confidentiality as to the
14 material referenced in Seoul's Motion in Limine No. 8, the motion is DENIED to the extent
15 Seoul seeks to file under seal portions of Seoul's Motion in Limine No. 8.  Seoul is hereby
16 DIRECTED to file in the public record, no later than August 28, 2007, an unredacted version of
17 Seoul's Motion in Limine No. 8.
18
19 DATED:  August 24, 2007
20
21                                                _____
                                                  Hon. Maxine M. Chesney
22                                                U.S. District Court Judge
23
24
25
26