| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | AMY MELAUGH (SBN 240931) |
| 7 | amy.melaugh@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 9 | Facsimile: 415.393.2286 |
| 10 | Attorneys for Defendants |
|    | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | ORDER GRANTING SEALING OF PORTIONS OF SEOUL SEMICONDUCTOR DEFENDANTS' MOTION *IN LIMINE* NO. 10: MOTION *IN LIMINE* TO EXCLUDE TESTIMONY OF WITNESS RETRACTED BY SEOUL |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |

1

2    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor

3 Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue

4 an administrative Order that authorizes the sealing of portions of Seoul's Motion *in limine* to

5 Exclude Testimony of Witness Retracted By Seoul and portions of the supporting Declaration of

6 Amy Melaugh.

7    After considering the papers and arguments submitted in support of Seoul's

8 administrative motion, and finding good cause therefore,

9    IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED,

10 and the Clerk is DIRECTED to file under seal unredacted versions of the following documents:

11    1.    Seoul Semiconductor Defendants' Motion in Limine No. 10:
12          Motion in Limine to Exclude Testimony of Witness Retracted
13          By Seoul; and

14    2.    Declaration of Amy Melaugh in Support of Seoul
15          Semiconductor Defendants' Motion in Limine No. 10: Motion
16          in Limine to Exclude Testimony of Witness Retracted By
17          Seoul.

18

19

20 DATED: August 24, 2007

21

22                                    _____
                                      Hon. Maxine M. Chesney
23                                    U.S. District Court Judge

24

25

26