UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SEOUL SEMICONDUCTOR LTD, et al.,<br><br>  Defendant(s). | No. C06-0162 MMC (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO: Nichia Corporation and its attorneys of record:

On June 19, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for August 30, 2007. Your statement was due August 23, 2007. It was not received by chambers.

It is hereby **ORDERED** that if a statement is not lodged by **noon Monday, August 27, 2007**, Nichia will be sanctioned $100 a day for each day's delay, beginning from the date the statement

///

///

1  was originally due.

2  Dated: August 24, 2007

3  _____
4  Bernard Zimmerman
   United States Magistrate Judge

5  g:\bzall\-refs\refs.07\nichia.sc.wpd