| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
| | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
| | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
| | Three Embarcadero Center |
| 6 | San Francisco, California  94111-4067 |
| | Telephone:  (415) 393-2000 |
| 7 | Facsimile:  (415) 393-2286 |
| 8 | Attorneys for Defendants |
| | Seoul Semiconductor Co., Ltd. |
| 9 | and Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S MOTION TO EXTEND BRIEFING SCHEDULE FOR MOTION TO BIFURCATE ISSUES OF INVALIDITY AND INFRINGEMENT |
| v. | |
| Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., | |
| Defendants. | |

No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S
MOTION REGARDING BRIEFING SCHEDULE

A/72162009.1/3004554-0000319036

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.'s

3  (collectively "Seoul") Motion to Extend Briefing Schedule for Motion to Bifurcate Issues of

4  Invalidity and Infringement is **GRANTED**.

5  Seoul's Reply shall be ~~due on or before August 30, 2007.~~  filed no later than August 30, 2007 by 4:00 p.m.

6

7

8  DATED:  August 27 , 2007

9

10

11  _____
   HONORABLE MAXINE M. CHESNEY
   Judge of the U.S. District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1                                                    NO. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING DEFENDANTS SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S
MOTION REGARDING BRIEFING SCHEDULE

A/72162009.1/3004554-0000319036