UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SEOUL SEMICONDUCTOR LTD, et al.,<br><br>        Defendant(s). | No. C06-0162 MMC (BZ)<br><br>**ORDER RE SETTLEMENT CONFERENCE** |

    In response to correspondence suggesting that there is some uncertainty about who should attend the settlement conference, the parties are reminded the Mssrs. Ozawa and Akutugawa of plaintiff and Mssrs. Lee and Chang of defendants were **ORDERED** to attend as party representatives.  The court has not been asked to excuse anyone's attendance and does not intend to.

Dated: August 28, 2007

                                                 Bernard Zimmerman<br>
                                      United States Magistrate Judge

G:\bzall\-refs\refs.07\nichia\order re representatives.sc.wpd