NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
GINA A. BIBBY (CA BAR NO. 242657)
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507
ngeenen@foley.com
jjulian@foley.com
msong@foley.com
gbibby@foley.com

MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399
mkaminski@foley.com
kkrosin@foley.com
gbest@foley.com
ssnader@foley.com

**ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICHIA CORPORATION | Case No. 03:06-CV-0162-MMC |
| Plaintiff, | **ORDER DENING DEFENDANTS' MOTION TO SEAL PORTIONS OF OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE DAMAGES DO NOT BEGIN TO RUN AS EARLY AS MARCH 11, 2005** |
| vs. | |
| SEOUL SEMICONDUCTOR, LTD. AND SEOUL SEMICONDUCTOR, INC. | |
| Defendants. | JUDGE:   HONORABLE MAXINE M. CHESNEY |

///

///

///

///

///

///

///

1   Pursuant to Civil Local Rule 79-5, Defendants Seoul Semiconductor, Ltd. and Seoul
2   Semiconductor, Inc. (collectively "Seoul") have moved the Court [D.I. # 599] to issue an
3   administrative order that authorizes the sealing of its Opposition to Nichia's Motion In Limine
4   No. 3 to Exclude Evidence and Arguments That Damages Do Not Begin to Run as Early as
5   March 11, 2005 [D.I. #596]. Seoul contends that some of this material has been designated
6   confidential by Plaintiff Nichia Corporation ("Nichia"). *See* Decl. of Hoddy Potter ¶ 1
7   [D.I. # 601]. Nichia has submitted a declaration pursuant to Civil Local Rule 79-5(d) regarding
8   these materials.  *See* 8/27/07 Declaration of Kimberly K. Dodd.

9   After considering the papers relating to Seoul's administrative motion [D.I. # 599],
10   IT IS HEREBY ORDERED that:
11   1.   Seoul's motion to seal the following portions of its Opposition to Nichia's Motion
12   In Limine No. 3 to Exclude Evidence and Arguments That Damages Do Not Begin to Run as
13   Early as March 11, 2005 is DENIED based on Nichia's withdrawal of the confidentiality
14   designations for these materials: 2:23-28; 3:1-4, 19-20; and 5:20-21. Seoul shall file an
15   unredacted version of its opposition to Nichia's Motion In Limine No. 3 no later than September
16   4, 2007.

18   Dated:   August 29, 2007

The Honorable Maxine M. Chesney