IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>SEOUL SEMICONDUCTOR CO.,LTD., et al.,<br><br>    Defendants<br>_____/ | No. C 06-0162 MMC<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION TO BAR OBVIOUSNESS DEFENSE; GRANTING PLAINTIFF'S MOTION TO BAR OBVIOUSNESS DEFENSE; GRANTING DEFERRED PORTION OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

  Before the Court is defendants' "Objection to Magistrate Judge's Report and Recommendation Re Plaintiff's Motion to Bar Obviousness Defense," filed August 28, 2007.

  Having fully reviewed the matter, the Court hereby DENIES the objection, for the reason defendants have failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate's order where it has been shown to be clearly erroneous or contrary to law). Alternatively, considering the matter de novo, the Court hereby adopts the Report and Recommendation, and, accordingly, GRANTS plaintiff's motion to bar defendants' obviousness defense.. See U.S.C. § 636(b)(1) (providing, as to "proposed recommendation," district court shall "make a de novo determination of those portions of the report . . . to which objection is made").

1  In light of the above ruling, the deferred portion of plaintiff's motion for summary judgment, by which plaintiff seeks judgment in its favor on the issue of obviousness, is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: August 31, 2007

MAXINE M. CHESNEY
United States District Judge