**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NICHIA CORPORATION,                        No. C 06-0162 MMC

12              Plaintiff,                       **ORDER GRANTING PLAINTIFF'S
                                                 MOTION FOR LEAVE TO FILE MOTION**
13        v.                                     **FOR RECONSIDERATION OF ORDER
                                                 CONSTRUING CLAIMS; SETTING**
14   SEOUL SEMICONDUCTOR CO., LTD., et           **BRIEFING SCHEDULE**
     al.,
15
                Defendants
16   _____/

17

18        Before the Court is plaintiff's "Motion for Leave to File Motion for Reconsideration of

19   Order Construing Claims," filed August 28, 2007, to the extent the Court's claim

20   construction order, filed August 22, 2007, construed U.S. Patent No. 490,784 as being

21   limited to an "opaque" window.  (See Order Construing Claims, filed June 22, 2007, at 3:15-

22   16.)

23        For the reasons stated by plaintiff, the Court hereby GRANTS plaintiff's motion for

24   leave to file a motion for reconsideration, and sets the following briefing schedule:

25        1.  No later than September 4, 2007, plaintiff shall file its proposed motion for

26   reconsideration.[1]

27

28   _____
          [1]The proposed motion for reconsideration is Exhibit 1 to the Declaration of Nancy J.
     Geenen, filed August 29, 2007.

2.  No later than September 7, 2007, defendants shall file any response thereto.

3.  As of September 7, 2007, the Court will take the matter under submission.

**IT IS SO ORDERED**.

Dated:  August 31, 2007

_____
MAXINE M. CHESNEY
United States District Judge