**COUNSEL LISTED ON LAST PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc.,<br><br>　　　　Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR PARTIES' EXCHANGE OF DEPOSITION DESIGNATIONS, COUNTER DESIGNATIONS AND OBJECTIONS THEREON**<br><br>No Hearing Requested<br><br>Pretrial Conference: September 4, 2007<br>Judge:　　　　　　Maxine M. Chesney |

///

///

///

///

///

///

///

1  Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd., Seoul Semiconductor Inc., (collectively "Seoul"), file this Stipulation and Proposed Order to extend the time for the parties to exchange deposition designations and objections to those designations.  The parties have completed there initial exchanges, but have not revised those exchanges in light of the recent Order Granting in Part and Denying in Part the respective motions for summary judgment (Dkt. No. 665) and the Order Construing Claims (Dkt No. 664).

## RECITALS

1. On May 2, 2007, this Court issued its Pretrial Preparation Order that specified that the parties accomplish certain tasks regarding preparation of the case for trial, including designations of certain portions of deposition transcripts in the event a witness is not available to testify at trial.

2. The parties exchanged the initial designations and counter designations, but have not revised these designation/counter designations in light of the Court's recent Orders.

3. The parties have met and conferred.  The parties agree, in light of the significant changes to the scope of the case occasioned by the Court's recent rulings on claim construction and summary judgment, that they will not be prepared to exchange revised designations or discuss objections to such designations prior to the Pretrial Conference on September 4, 2007.

## STIPULATION

Accordingly, the parties stipulate as follows:

1. The parties incorporate the recitals set forth above.

2. The parties shall exchange revised deposition designations and counter designations, striking those designations mooted by the Court's summary judgment ruling, with objections thereon on or before three business days before trial.  The parties will not be adding to their deposition designations.

3. The parties shall exchange (a) a list of deposition designation stricken and (b) a complete list of remaining deposition designations three business days before trial.

4. The parties shall complete a meet and confer regarding the objections to such designations and counter designations two business days before trial.

5. The parties shall file the objections they are unable to resolve one business day before trial.

DATED: August 31, 2007         Bingham McCutchen LLP

                                By:_____/s/_____
                                        Beth H. Parker
                                    Attorneys for Defendants


DATED: August 31, 2007         Foley & Lardner LLP

                                By:_____/s/_____
                                        Nancy Geenen
                                    Attorneys for Plaintiff


**ORDER**

**IT IS SO ORDERED.**


DATED:  September 4, 2007                 _____
                                          Maxine M. Chesney,
                                          Judge, United States District Court