| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 2 | william.abrams@bingham.com |
|   | BETH H. PARKER (SBN 104773) |
| 3 | beth.parker@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | AMY MELAUGH (SBN 240931) |
| 7 | amy.melaugh@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA 94111-4067 |
|   | Telephone: 415.393.2000 |
| 9 | Facsimile: 415.393.2286 |
| 10 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL PORTIONS OF SEOUL SEMICONDUCTOR'S MOTION *IN LIMINE* NO. 14 TO EXCLUDE EVIDENCE THAT THE INTRODUCTION OF THE 902 SERIES LED AFFECTED THE SALE AND PRICE OF THE 335; DIRECTIONS TO DEFENDANTS** |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |

A/72165513.1/3004554-0000319036                                    No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF SEOUL SEMICONDUCTOR'S MOTION *IN LIMINE* NO. 14 TO EXCLUDE EVIDENCE THAT THE INTRODUCTION OF THE 902 SERIES LED AFFECTED THE SALE AND PRICE OF THE 335

1

2

3     Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue an administrative Order that authorizes the sealing of portions of Seoul's Motion in limine No. 14 to Exclude Evidence that the Introduction of the 902 Series LED Affected the Sales and Price of the 335, and portions of the supporting Declaration of Hoddy Potter.

     After considering the papers and arguments submitted in support of Seoul's administrative motion, and finding good cause therefore,

     IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED in part and DENIED in part as follows:

  1. The motion is GRANTED as to the unredacted version of Declaration of Hoddy Potter in Support of Seoul Semiconductor's Motion in Limine No. 14.

  2. The motion is DENIED as to Seoul's Motion in Limine No. 14, because plaintiff has withdrawn its prior designation of confidentiality as to the material referenced therein.

  3. Seoul is DIRECTED to file in the public record, no later than September 7, 2007, an unredacted version of Seoul's Motion in Limine No. 14.

DATED: September 5, 2007

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

A/72165513.1/3004554-0000319036     2     No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF SEOUL SEMICONDUCTOR'S MOTION IN LIMINE NO. 14 TO EXCLUDE EVIDENCE THAT THE INTRODUCTION OF THE 902 SERIES LED AFFECTED THE SALE AND PRICE OF THE 335