1 | BINGHAM McCUTCHEN LLP
BETH H. PARKER (SBN 104773)
2 | beth.parker@bingham.com
WILLIAM F. ABRAMS (SBN 88805)
3 | william.abrams@bingham.com
MONTY AGARWAL (SBN 191568)
4 | monty.agarwal@bingham.com
JUDITH S. H. HOM (SBN 203482)
5 | judith.hom@bingham.com
Three Embarcadero Center
6 | San Francisco, CA 94111-4067
Telephone: 415.393.2000
7 | Facsimile: 415.393.2286

8 | Attorneys for Defendants
Seoul Semiconductor Co., Ltd. and
9 | Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF EXHIBITS IN SUPPORT OF OPPOSITION TO NICHIA CORP.'S MOTION *IN LIMINE* NO. 1 TO EXLCUDE TESTIMONY OF SEOUL'S EXPERT, RICHARD A. FLASCK |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |

A/72168884.1                                                                 No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF EXHIBITS IN SUPPORT OF
OPPOSITION TO NICHIA CORP.'S MOTION *IN LIMINE* NO. 1

1  Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
2  Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
3  an administrative Order that authorizes the sealing of portions of exhibits 3 and 4 used in support
4  of Seoul's Opposition to Nichia's Motion in Limine No. 1 to Exclude Testimony of Seoul's
5  Expert, Richard A. Flasck, and portions of the supporting Declaration of Judith S. H. Hom.
6  After considering the papers and arguments submitted in support of Seoul's
7  administrative motion, and finding good cause therefore,
8  IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED.
9  The following portions of are hereby sealed:
10  1.  Hom Decl., Ex. 3 at 28, 30, 39, 40, 42, and 56; and Ex. 4 at 19
11  The Clerk is directed to file under seal the unredacted version of the Declaration of
12  Judith S.H. Hom in Support of Opposition to Nichia's Motion In Limine No. 1
13  DATED: ~~Aug. ___, 2007~~  September 5, 2007

_____
Hon. Maxine M. Chesney
U.S. District Court Judge