1  BINGHAM McCUTCHEN LLP
   BETH H. PARKER (SBN 104773)
2  beth.parker@bingham.com
   MONTY AGARWAL (SBN 191568)
3  monty.agarwal@bingham.com
   JUDITH S. H. HOM (SBN 203482)
4  judith.hom@bingham.com
   THOMAS S. CLIFFORD (SBN 233394)
5  tom.clifford@bingham.com
   AMY MELAUGH (SBN 240931)
6  amy.melaugh@bingham.com
   Three Embarcadero Center
7  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
8  Facsimile:  415.393.2286

9  Attorneys for Defendants
   Seoul Semiconductor Co., Ltd. and
10 Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>       Defendants. | No. 3:06-CV-0162 (MMC)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL PORTIONS OF EXHIBITS IN SUPPORT OF OPPOSITION TO NICHIA CORP.'S MOTION** *IN LIMINE* **NO. 9 TO PRECLUDE MENTION OF FOLEY & LARDNER'S ROLE IN THE INFRINGEMENT INVESTIGATION; DIRECTIONS TO DEFENDANTS** |

A/72168711.1                                                                                    No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF EXHIBITS IN SUPPORT OF
OPPOSITION TO NICHIA CORP.'S MOTION *IN LIMINE* NO. 9

1        Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor
2 Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue
3 an administrative Order that authorizes the sealing of Exhibit A, portions of Exhibit B, and
4 Exhibit C used in support of Seoul's Opposition to Nichia's Motion in Limine No. 9 to Preclude
5 Mention of Foley & Lardner's Role in the Infringement Investigation.
6        After considering the papers and arguments submitted in support of Seoul's
7 administrative motion, and finding good cause therefore,
8        IT IS HEREBY ORDERED that Seoul's administrative motion is GRANTED in
9 part, specifically, the Clerk is directed to file under seal the unredacted version of the Declaration
10 of Tiega-Noel Varlack in Support of Opposition to Nichia's Motion in Limine No. 9.
11        The motion is DENIED to the extent Seoul seeks leave to file under seal material
12 that plaintiff has no longer designated as confidential. Seoul is DIRECTED to file in the public
13 record, no later than September 7, 2007, unredacted versions of Exhibits A and C to the Varlack
14 Declaration and a revised redacted version of Exhibit B.
15 DATED: September 5, 2007

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

A/72168711.1     2     No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF EXHIBITS IN SUPPORT OF
OPPOSITION TO NICHIA CORP.'S MOTION *IN LIMINE* NO. 9