NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
GINA A. BIBBY (CA BAR NO. 242657)
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507
NGEENEN@FOLEY.COM
JJULIAN@FOLEY.COM
MSONG@FOLEY.COM
GBIBBY@FOLEY.COM

MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399
MKAMINSKI@FOLEY.COM
KKROSIN@FOLEY.COM
GBEST@FOLEY.COM
SSNADER@FOLEY.COM

ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>Plaintiff,<br><br>vs.<br><br>Seoul Semiconductor, Ltd., and Seoul Semiconductor, Inc.<br><br>Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS OPPOSITION TO MOTIONS IN LIMINE NOS. 3, 5 & 6 AND CONFIDENTIAL EXHIBITS TO THE DECLARATION OF MICHAEL J. SONG IN SUPPORT OF NICHIA'S OPPOSITION TO DEFENDANTS' MOTIONS IN LIMINE; DIRECTIONS TO PLAINTIFF** |

///

///

///

///

///

///

1   Pursuant to Civil Local Rule 79-5, plaintiff Nichia Corporation has moved the Court to
2 issue an administrative Order that authorizes the sealing of its Opposition to Motions In Limine
3 Nos. 3, 5, & 6 and Confidential Exhibits to the Declaration of Michael J. Song in support thereof.
4   After considering the papers and arguments submitted in support of and in response to
5 plaintiff's motion, the Court rules as follows.
6   IT IS HEREBY ORDERED that plaintiff's administrative motion is GRANTED, to the
7 extent the Clerk is directed to file under seal plaintiff's Opposition to Motions In Limine Nos. 3,
8 5 & 6 and Confidential Exhibits to the Declaration of Michael J. Song.
9   Because defendants have denied designating as confidential Exhibit 21 to the Song
10 Declaration, and have only designed as confidential portions of Exhibits 13 and 15 to the Song
11 Declaration, plaintiff's motion is DENIED to the extent plaintiff seeks to file under seal Exhibit
12 21 and complete versions of Exhibits 13 and 15.
13   Plaintiff is hereby DIRECTED to file in the public record, no later than September 7,
14 2007, Exhibit 21 and a redacted version of Exhibits 13 and 15.

DATED: September 5, 2007   
Honorable Maxine M. Chesney

[PROPOSED] ORDER GRANTING NICHIA CORPORATION'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL        1                          3:06-CV-0162-MMC (JCS)

SVCA_70506.1