1   NANCY J. GEENEN (CA BAR NO. 135968)
    JASON M. JULIAN (CA BAR NO. 215342)
2   MICHAEL J. SONG (CA BAR NO. 243675)
    GINA A. BIBBY (CA BAR NO. 242657)
    **FOLEY & LARDNER LLP**
3   ONE MARITIME PLAZA, SIXTH FLOOR
    SAN FRANCISCO, CA 94111-3404
    TELEPHONE: (415) 434-4484
4   FACSIMILE: (415) 434-4507
    NGEENEN@FOLEY.COM
5   JJULIAN@FOLEY.COM
    MSONG@FOLEY.COM
    GBIBBY@FOLEY.COM
6
    MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
7   KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
    GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
    SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
8   **FOLEY & LARDNER LLP**
    WASHINGTON HARBOUR
    3000 K STREET, N.W., SUITE 500
9   WASHINGTON, D.C. 20007-5143
    TELEPHONE: (202) 672-5300
    FACSIMILE: (202) 672-5399
10  MKAMINSKI@FOLEY.COM
    KKROSIN@FOLEY.COM
11  GBEST@FOLEY.COM
    SSNADER@FOLEY.COM

12  ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

13              **UNITED STATES DISTRICT COURT**

14            **NORTHERN DISTRICT OF CALIFORNIA**

15               **SAN FRANCISCO DIVISION**

16  Nichia Corporation                        Case No:  3:06-CV-0162-MMC (JCS)

17          Plaintiff,                         **ORDER GRANTING IN PART AND
                                               DENYING IN PART PLAINTIFF'S**
18      vs.                                    **ADMINISTRATIVE MOTION TO FILE
                                               UNDER SEAL ITS CONFIDENTIAL**
19  Seoul Semiconductor, Ltd., and Seoul       **EXHIBITS TO THE DECLARATION OF
    Semiconductor, Inc.                        MICHAEL J. SONG IN SUPPORT OF**
20                                             **PLAINTIFF'S OPPOSITION TO
          Defendants.                          DEFENDANTS' MOTION IN LIMINE NO.**
21                                             **14; DIRECTIONS TO PLAINTIFF**

22

23  ///

24  ///

25  ///

26

27

28
    _____
    [[PROPOSED] ORDER GRANTING PLAINTIFF'S             3:06-CV-0162-MMC (JCS)
    ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1        Pursuant to Civil Local Rule 79-5, Nichia Corporation has moved the Court to issue an

2   administrative Order that authorizes the sealing of its confidential exhibits to the Declaration of

3   Michael J. Song in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 14.

4        After considering the papers and arguments submitted in support of plaintiff's motion,

5   the Court rules as follows.

6        IT IS HEREBY ORDERED that plaintiff's administrative motion is GRANTED in part,

7   and the Clerk is directed to file under seal Exhibits 1, 5, and 6 to the Confidential Declaration of

8   Michael J. Song in Support of Plaintiff's Opposition to Defendants' Motion in Limine No. 14.

9        IT IS FURTHER ORDERED that the motion is DENIED as to Exhibit 2 to the

10  Declaration of Michael J. Song in Support of Plaintiff's Opposition to Defendants' Motion in

11  Limine No. 14, in light of defendants' having withdrawn their prior designation of

12  confidentiality therewith.  Plaintiff is hereby DIRECTED to file in the public record, no later

13  than September 7, 2007, Exhibit 2 to the Declaration of Michael J. Song in Support of Plaintiff's

14  Opposition to Defendants' Motion in Limine No. 14.

15

16

17  DATED:  September 5, 2007          

    _____
    Honorable Maxine M. Chesney

18

19

20

21

22

23

24

25

26

27

28
                                                    2