**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500
WASHINGTON, DC 20007
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
kkrosin@foley.com
mkaminski@foley.com
ssnader@foley.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | CASE NO.: 3:06-CV-0162-MMC (JCS) |
| Plaintiff, | **ORDER GRANTING NICHIA CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR ORDER DIRECTING FEDERAL MARSHALL AND/OR FEDERAL SECURITY SERVICES TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT TRIAL; DIRECTIONS TO PLAINTIFF** |
| v. | |
| SEOUL SEMICONDUCTOR CO., LTD.; SEOUL SEMICONDUCTOR, INC.; ET AL. | |
| Defendants. | |

SVCA_71413.1

[PROPOSED] ORDER GRANTING NICHIA CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR ORDER DIRECTING FEDERAL MARSHALL AND/OR FEDERAL SECURITY SERVICES TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT TRIAL
CASE NO. 3:06-CV-0162 MMC

1  Pursuant to Rule 7-11 of the Local Rules for the U. S. District Court for the Northern
2  District of California, plaintiff Nichia Corporation has moved the Court to issue an
3  administrative order directing the Federal Marshall and/or the Federal Security Services to admit
4  and allow into the Federal Courthouse equipment for use at trial in the above-referenced matter.

5  After considering the papers and arguments submitted in support of Plaintiff's motion,
6  and finding good cause therefore,

7  IT IS HEREBY ORDERED that Plaintiff's administrative motion is GRANTED, and the
8  Federal Marshall and/or the Federal Security Services is directed to admit and allow into the
9  Federal Courthouse the following equipment for use at trial, which trial is scheduled to begin on
10  October 22, 2007:

11  1.  Laptop computers;
12  2.  Television sets;
13  3.  Television stands;
14  4.  DVD players;
15  5.  Oversized projector screen;
16  6.  Projector;
17  7.  Photocopier; and
18  8.  Extension cords and peripherals.

20  Plaintiff is directed to contact Deputy Clerk Tracy Lucero to schedule time for access to
21  the courtroom to set up such equipment.

23  DATED:   SEPTEMBER 7, 2007

_____
Judge Maxine M. Chesney
United States District Court

SVCA_71413.1

-2-
[PROPOSED] ORDER GRANTING NICHIA CORPORATION'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO
LOCAL RULE 7-11 FOR ORDER DIRECTING FEDERAL MARSHALL AND/OR FEDERAL SECURITY SERVICES TO ADMIT
INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT TRIAL
CASE NO. 3:06-CV-0162 MMC