IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO., LTD., et al.,

    Defendants
_____/

No. C 06-0162 MMC

**ORDER AFFORDING PLAINTIFF LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF ORDER CONSTRUING CLAIMS**

    Pursuant to the Court's August 31, 2007 order granting plaintiff's motion for leave to file a motion for reconsideration of the Order Construing Claims, plaintiff, on September 3, 2007, filed its motion for reconsideration and defendants, on September 7, 2007, filed opposition to said motion.

    Because a reply to the opposition may assist the Court, the Court hereby affords plaintiff leave to file a reply, not to exceed five pages exclusive of exhibits, no later than September 17, 2007.  As of September 17, 2007, the Court will take the matter under consideration.

    **IT IS SO ORDERED**.

Dated: September 10, 2007

_____
MAXINE M. CHESNEY
United States District Judge