| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | SAMANTHA STONEWORK (SBN 245788) |
| 7 | samantha.stonework@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 9 | Facsimile:  415.393.2286 |
| 10 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY SEOUL SEMICONDUCTOR, CO., LTD. AND SEOUL SEMICONDUCTOR, INC. FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION; SETTING BRIEFING SCHEDULE** |
| v. | |
| Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc., | |
| Defendants | |
| | Judge:    Maxine M. Chesney |

No. 3:06-CV-0162 (MMC)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY DEFENDANTS FOR LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION

A/72202850.1/3004554-0000319036

1  Before the Court is the Administrative Motion Pursuant to L.R. 7-11 filed by
2  Seoul Semiconductor, Co., Ltd. and Seoul Semiconductor, Inc. ("Seoul") for Leave to File
3  Supplemental Summary Judgment Motion on Willful Infringement, and Nichia Corporation's
4  ("Nichia") opposition thereto.  Having considered the parties' submissions, the Court, for the
5  reasons stated by Seoul, hereby GRANTS the motion, and sets the following briefing schedule:
6  Seoul shall file the motion for summary judgment on willful infringement, not to
7  exceed 10 pages exclusive of exhibits, no later than September 21, 2004, by 4:00 p.m.  Nichia
8  shall file its opposition, not to exceed 10 pages exclusive of exhibits, no later than October 1,
9  2007, by 4:00 p.m.  Seoul may file a reply, not to exceed five pages, no later than October 5,
10 2007.  As of October 5, 2007, the motion will be taken under submission.
11 If any party wishes to object to any evidence submitted in support of or in
12 opposition to the motion, that party shall set forth its objections within its opposition or reply;
13 neither party shall file a separately-noticed motion to strike evidence.  Further, given the
14 impending trial date, it is imperative that all parties provide a chambers copy of each filing in
15 connection with said motion by noon on the following court date, as is required by the Court's
16 Standing Orders.

19 DATED: September 19, 2007

_____
22 HONORABLE MAXINE M. CHESNEY
Judge of the U.S. District Court

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11 BY DEFENDANTS FOR
LEAVE TO FILE SUPPLEMENTAL SUMMARY JUDGMENT MOTION

A/72202850.1/3004554-0000319036