NANCY J. GEENEN (CA BAR NO. 135968)
JASON M. JULIAN (CA BAR NO. 215342)
MICHAEL J. SONG (CA BAR NO. 243675)
GINA A. BIBBY (CA BAR NO. 242657)
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507
NGEENEN@FOLEY.COM
JJULIAN@FOLEY.COM
MSONG@FOLEY.COM
GBIBBY@FOLEY.COM

MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
**FOLEY & LARDNER LLP**
WASHINGTON HARBOUR
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399
MKAMINSKI@FOLEY.COM
KKROSIN@FOLEY.COM
GBEST@FOLEY.COM
SSNADER@FOLEY.COM

ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>        Plaintiff,<br><br>        vs.<br><br>Seoul Semiconductor, Ltd., and Seoul Semiconductor, Inc.<br><br>        Defendants. | Case No: 3:06-CV-0162-MMC (JCS)<br><br>**ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>HONORABLE MAXINE M. CHESNEY |

///

///

///

///

///

///

1   Pursuant to Civil Local Rule 79-5, Nichia Corporation ("Nichia") has moved the Court to
2   issue an administrative Order that authorizes the sealing of Confidential Exhibit Nos. 13 and 21
3   to the Declaration of Michael J. Song in support of Nichia's Opposition to Defendants' Motions
4   *in Limine*.
5   After considering the papers and arguments submitted in support of Plaintiff's motion,
6   and finding good cause therefore,
7   **IT IS HEREBY ORDERED** that Plaintiff's administrative motion is **GRANTED**, and
8   the Clerk is directed to file under seal unredacted versions of Exhibits 13 and 21.

DATED:  September 20, 2007

_____
Honorable Maxine M. Chesney