1  NANCY J. GEENEN (CA BAR NO. 135968)
   JASON M. JULIAN (CA BAR NO. 215342)
2  MICHAEL J. SONG (CA BAR NO. 243675)
   GINA A. BIBBY (CA BAR NO. 242657)
   **FOLEY & LARDNER LLP**
3  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3404
   TELEPHONE: (415) 434-4484
4  FACSIMILE: (415) 434-4507
   NGEENEN@FOLEY.COM
   JJULIAN@FOLEY.COM
5  MSONG@FOLEY.COM
   GBIBBY@FOLEY.COM

6  MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
   KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
7  GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
   SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
   **FOLEY & LARDNER LLP**
8  WASHINGTON HARBOUR
   3000 K STREET, N.W., SUITE 500
9  WASHINGTON, D.C. 20007-5143
   TELEPHONE: (202) 672-5300
   FACSIMILE: (202) 672-5399
10 MKAMINSKI@FOLEY.COM
   KKROSIN@FOLEY.COM
   GBEST@FOLEY.COM
11 SSNADER@FOLEY.COM

12 ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION

| | | |
|---|---|---|
| 13 | Nichia Corporation, | ) Case No.: 3:06-CV-0162-MMC (JCS) |
| 14 | Plaintiff, | ) **ORDER GRANTING PLAINTIFF NICHIA CORPORATION'S MOTION FOR RECONSIDERATION OF ORDER CONSTRUING CLAIMS** |
| 15 | v. | |
| 16 | Seoul Semiconductor, Ltd. and Seoul Semiconductor, Inc., | |
| 17 | | ) Judge: Maxine M. Chesney |
| 18 | Defendants. | |

22    The Court, having considered all papers file in support of and in opposition to

23 plaintiff Nichia Corporation's Motion For Reconsideration Of Order Construing

24 Claims, GRANTS plaintiff's motion.  Accordingly,

25    **IT IS HEREBY ORDERED**, that the Order Construing Claims (D.I. # 664)

26 is modified by replacing the word "opaque" on page 3, line 15 of the order, with the

27 word "transparent," so that U.S. Design Patent No. 490,784 is construed as claiming

28 an ornamental design for an LED comprising:

---

1        (1) an elongated generally rectangular body having:

2             (a) a rear portion with top, bottom, and side surfaces that taper

3    inwardly, and which portion is joined to a front portion by a parting line that bisects

4    the body lengthwise,

5             (b) the center section of its rear surface recessed and tapered outwardly

6    toward the left and right sections of the rear surface,

7             (c) the lateral ends of its bottom surface raised, and

8             (d) its front surface having an elongated transparent window with

9    peaked top and bottom rims and circularly-curved left and right rims; and

10       (2) two spaced-apart substantially right-angled electrodes, one on either side

11    of the body, each electrode:

12             (a) protruding laterally from the body, and

13             (b) having a vertical leg and a substantially horizontal leg joined by a

14    curved radius such that the electrode has an "L" shape when viewed from the right

15    side of the LED and a backward "L" shape when viewed from the left side of the

16    LED, the vertical and substantially horizontal legs having parallel, flat, exposed

17    surfaces, the substantially horizontal leg extending rearwardly and being substantially

18    flush with the body's bottom surface, a portion of the substantially horizontal leg

19    extending below the lateral end of the raised bottom surface of the body, the vertical

20    leg having a flat top and a rounded outer corner, and the height of the vertical leg

21    being more than a majority of the body's height.

23    Dated:  September 25, 2007            _____
24                                           HONORABLE MAXINE M. CHESNEY