1   BINGHAM McCUTCHEN LLP
    BETH H. PARKER (SBN 104773)
2   beth.parker@bingham.com
    WILLIAM F. ABRAMS (SBN 88805)
3   william.abrams@bingham.com
    MONTY AGARWAL (SBN 191568)
4   monty.agarwal@bingham.com
    JUDITH S. H. HOM (SBN 203482)
5   judith.hom@bingham.com
    THOMAS S. CLIFFORD (SBN 233394)
6   tom.clifford@bingham.com
    SAMANTHA STONEWORK (SBN 245788)
7   samantha.stonework@bingham.com
    Three Embarcadero Center
8   San Francisco, CA  94111-4067
    Telephone: 415.393.2000
9   Facsimile:  415.393.2286

10  Attorneys for Defendants
    Seoul Semiconductor Co., Ltd. and
11  Seoul Semiconductor, Inc.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  Nichia Corporation,                    No. 3:06-CV-0162 (MMC)

17              Plaintiff,                  **ORDER GRANTING IN PART AND
                                            DENYING IN PART DEFENDANTS'
18         v.                               MOTION TO FILE UNDER SEAL
                                            PORTIONS OF DECLARATION OF
19  Seoul Semiconductor Co., Ltd.,          SAMANTHA STONEWORK**
    Seoul Semiconductor, Inc.,
20                                          Trial Date:   October 22, 2007
              Defendants.                   Time:         9:00 a.m.
21                                          Location:     Courtroom 7, 19th Floor
                                            Judge:        Maxine M. Chesney
22

23

24

25

26

No. 3:06-CV-0162 (MMC)

[[PROPOSED] ORDER GRANTING SEALING OF PORTIONS OF SUPPORTING DECLARATION OF SAMANTHA
STONEWORK TO SEOUL SEMICONDUCTOR'S ADMINISTRATIVE MOTION PURSUANT TO L.R. 7-11
A/722208018.1/3004554-0000319036

1    Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Seoul Semiconductor

2  Co., Ltd., and Seoul Semiconductor, Inc. (collectively, "Seoul") have moved the Court to issue

3  an administrative Order that authorizes the sealing of portions of the Supporting Declaration of

4  Samantha Stonework to Seoul Semiconductor's Administrative Motion Pursuant to L.R. 7-11 for

5  Leave to File Supplemental Summary Judgment Motion Subsequent to New Federal Circuit Case

6  Law ("Stonework Declaration").  After considering the papers and arguments submitted in

7  support of and in response to Seoul's administrative motion, the Court rules as follows:

8    1.  Seoul's motion is GRANTED in part; specifically, the Clerk is DIRECTED to

9  file under seal unredacted versions of Exhibits 1, 3, 4, 5, and 6 to the Stonework Declaration.

10    2.  Seoul's motion is DENIED to the extent Seoul seeks leave to file under seal

11  Exhibit 2 to the Stonework Declaration, because plaintiff has withdrawn its prior designation of

12  confidentiality as to Exhibit 2.  (See Dodd Decl., filed September 19, 2007.)  If Seoul wishes the

13  Court to consider Exhibit 2, Seoul shall file such exhibit in the public record no later than

14  September 28, 2007.

15

16  DATED:  September 24, 2007

17

18    _____

19    Hon. Maxine M. Chesney
     U.S. District Court Judge

20

21

22

23

24

25

26

1

NO. 3:06-CV-0162 (MMC)