| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | SAMANTHA STONEWORK (SBN 245788) |
| 7 | samantha.stonework@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 9 | Facsimile:  415.393.2286 |
| 10 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| 17 |         Plaintiff, | **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL PORTIONS OF DECLARATION OF SAMANTHA STONEWORK IN SUPPORT OF DEFENDANTS SEOUL SEMICONDUCTOR'S SUPPLEMENTAL SUMMARY JUDGMENT MOTION** |
| 18 |     v. | |
| 19 | Seoul Semiconductor Co., Ltd., | |
|    | Seoul Semiconductor, Inc., | |
| 20 | | |
|    |         Defendants. | |
| 21 | | |
| 22 | | Trial Date: October 22, 2007 |
|    | | Time:        9:00 a.m. |
| 23 | | Location:   Courtroom 7, 19th Floor |
|    | | Judge:       Maxine M. Chesney |
| 24 | | |

No. 3:06-CV-0162 (MMC)

[[PROPOSED] ORDER GRANTING SEALING OF DECLARATION OF SAMANTHA STONEWORK IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL SUMMARY JUDGMENT MOTION

A/72220946.1/3004554-0000319036

| | |
|---|---|
| 1 | Defendants Seoul Semiconductor Co., Ltd., and Seoul Semiconductor, Inc. |
| 2 | (collectively, "Seoul") have moved the Court to issue an administrative Order that authorizes the |
| 3 | sealing of the Supporting Declaration of Samantha Stonework in Support of Seoul's |
| 4 | Supplemental Motion for Summary Judgment Motion.  After considering the papers and |
| 5 | arguments submitted, the Court finds as follows: |
| 6 | 1. The motion is GRANTED in part.  Specifically, the Clerk is directed to file |
| 7 | under seal the unredacted version of the Declaration of Samantha Stonework in |
| 8 | Support of Seoul's Supplemental Summary Judgment Motion. |
| 9 | 2. Because plaintiff has withdrawn its prior designation of confidentiality as to |
| 10 | Exhibits G and H to the Stonework Declaration, the motion is DENIED to the |
| 11 | extent Seoul seeks leave to file such exhibits under seal.  If Seoul wishes the |
| 12 | Court to consider Exhibits G and H, Seoul is directed to file such exhibits in the |
| 13 | public record no later than October 8, 2007. |
| 14 | DATED:  October 1, 2007 |

_____
Hon. Maxine M. Chesney
U.S. District Court Judge

[[PROPOSED] ORDER GRANTING SEALING OF DECLARATION OF SAMANTHA STONEWORK IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL SUMMARY JUDGMENT MOTION

A/72220946.1/3004554-0000319036