| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|   | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|   | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|   | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|   | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|   | AMY MELAUGH (SBN 240931) |
| 7 | amy.melaugh@bingham.com |
|   | Three Embarcadero Center |
| 8 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 9 | Facsimile:  415.393.2286 |
| 10 | Attorneys for Defendants |
|   | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **ORDER GRANTING SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR ORDER DIRECTING FEDERAL MARSHALL AND/OR FEDERAL SECURITY SERVICES TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT TRIAL** |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |
| | Trial: October 22, 2007 |
| | Time: 9 a.m. |
| | Place: Courtroom 7, 19th Floor |

No. 3:06-CV-0162 (MMC)

1   Pursuant to Rule 7-11 of the Local Rules for the U.S. District Court for the
2   Northern District of California, Defendants Seoul Semiconductor Co., Ltd. and Seoul
3   Semiconductor, Inc. have moved the Court to issue an administrative order directing the Federal
4   Marshall and/or the Federal Security Services to admit and allow into the Federal Courthouse the
5   following equipment for use at trial in the above-referenced matter.
6   After considering the papers and arguments submitted in support of Defendants'
7   motion, and finding good cause therefore,
8   IT IS HEREBY ORDERED that Defendants' administrative motion is
9   GRANTED, and the Federal Marshall and/or the Federal Security Services is directed to admit
10  and allow into the Federal Courthouse the following equipment for use a trial:
11      1.   Laptop computers;
12      2.   Monitors;
13      3.   Monitor stands;
14      4.   DVD players;
15      5.   Oversized projector screen;
16      6.   Projector;
17      7.   Printer;
18      8.   Extension cords and peripherals;
19      9.   Wireless microphone;
20      10.  Elmo;
21      11.  Speakers;
22      12.  Easels; and
23  / / /
24  / / /
25  / / /
26  / / /

1       13.    Flip chart.

3 DATED: October 16, 2007

*[signature: Maxine M. Chesney]*
_____
The Honorable Maxine M. Chesney
United States District Court
for the Northern District of California