**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE: (415) 434-4484
FACSIMILE: (415) 434-4507

NANCY J. GEENEN (CA BAR NO. 135968)
MICHAEL J. SONG (CA BAR NO. 243675)
ngeenen@foley.com
msong@foley.com

**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
3000 K ST., N.W., SUITE 500
WASHINGTON, DC 20007
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

KENNETH E. KROSIN (ADMITTED PRO HAC VICE)
MICHAEL D. KAMINSKI (ADMITTED PRO HAC VICE)
SHAUN R. SNADER (ADMITTED PRO HAC VICE)
kkrosin@foley.com
mkaminski@foley.com
ssnader@foley.com

ATTORNEYS FOR PLAINTIFF

**BINGHAM MCCUTCHEN LLP**
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111-4067
TELEPHONE: (415) 393-2000
FACSIMILE: (415) 393-2286

BETH H. PARKER (CA Bar No. 104773)
BILL ABRAMS (CA Bar No. 88805)
MONTY AGARWAL (CA Bar No. 166838)
JUDITH S. H. HOM (CA Bar No. 203482)
TOM CLIFFORD (CA Bar No. 233394)
AMY MELAUGH (CA Bar No. 240931)
beth.parker@bingham.com
bill.abrams@bingham.com
monty.agarwal@bingham.com
judith.hom@bingham.com
tom.clifford@bingham.com
amy.melaugh@bingham.com

ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>          Defendants. | Case No.: 3:06-CV-0162-MMC (JCS)<br><br>**STIPULATION REGARDING POINT OF NOVELTY ISSUES AT TRIAL**; ORDER THEREON<br><br>Judge:  Maxine M. Chesney |

**STIPULATION**

The parties, by and through their attorneys, hereby stipulate that:

WHEREAS Plaintiff Nichia Corporation ("Nichia") and Defendants Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc. (collectively "Seoul") seek to streamline the presentation of evidence related to issues raised in the trial of this matter;

NOW THEREFORE, it is STIPULATED and AGREED as follows:

1. For the purpose of the infringement analysis in this matter, all points of novelty in the patents in suit, U.S. Design Patents D491,538, D490,784 (the "'784 Patent"), D503,388 ("the '388 Patent"), and D499,385 ("the '385 Patent"), if any, relate solely to the features of the LED electrodes. None of the features of the elongated rectangular body will be considered as points of novelty.

2. This Stipulation, and the agreements it contains, shall not used for any purpose other than as set forth above.

Foley & Lardner LLP

DATED October 22, 2007

By:_____/s/Kenneth E. Krosin_____
Kenneth E. Krosin
Attorneys for Plaintiff Nichia Corporation

Bingham McCutchen LLP

By:_____/s/Beth H. Parker_____
Beth H. Parker
Attorneys for Defendants
Seoul Semiconductor Co., Ltd., and
Seoul Semiconductor, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

STIPULATION REGARDING POINT OF NOVELTY ISSUES AT TRIAL

A/72265437.1/3004554-0000319036

1

2   DATED:  October ___23___, 2007

3                                                    By: _____
                                                         THE HONORABLE MAXINE M. CHESNEY
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 3:06-CV-0162-MMC (JCS)

STIPULATION REGARDING POINT OF NOVELTY ISSUES AT TRIAL

A/72265437.1/3004554-0000319036