1  NANCY J. GEENEN (CA BAR NO. 135968)
   JASON M. JULIAN (CA BAR NO. 215342)
2  MICHAEL J. SONG (CA BAR NO. 243675)
   GINA A. BIBBY (CA BAR NO. 242657)
3  **FOLEY & LARDNER LLP**
   ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3404
4  TELEPHONE: (415) 434-4484
   FACSIMILE: (415) 434-4507
5  NGEENEN@FOLEY.COM
   JJULIAN@FOLEY.COM
   MSONG@FOLEY.COM
6  GBIBBY@FOLEY.COM

   MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
7  KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
   GEORGE C. BEST (ADMITTED *PRO HAC VICE*)
   SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
8  **FOLEY & LARDNER LLP**
   WASHINGTON HARBOUR
9  3000 K STREET, N.W., SUITE 500
   WASHINGTON, D.C. 20007-5143
   TELEPHONE: (202) 672-5300
10 FACSIMILE: (202) 672-5399
   MKAMINSKI@FOLEY.COM
11 KKROSIN@FOLEY.COM
   GBEST@FOLEY.COM
   SSNADER@FOLEY.COM

12 **ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation | **CASE NO: 3:06-CV-0162-MMC (JCS)** |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING NICHIA CORPORATION'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| vs. | |
| Seoul Semiconductor, Ltd., and Seoul Semiconductor, Inc. | |
| Defendants. | Judge: Maxine M. Chesney |

///

///

///

///

///

///

///

1   After considering the papers and arguments submitted in support of Nichia's
2  Administrative Motion to Remove Incorrectly Filed Documents, and finding good cause
3  therefore,
4   **IT IS HEREBY ORDERED** that Nichia's administrative motion to permanently remove
5  Plaintiff's Opposition to Defendants' Motion *In limine* No. 16 to Preclude Dr. Schubert from
6  Testifying and declaration in support from the Court's Website, which currently appear under
7  Docket #849-850 in the above-captioned case, is **GRANTED**, to the extent the Clerk is directed to block any public access to the entries corresponding to Docket # 849-850.

DATED: October 24, 2007    
HONORABLE MAXINE M. CHESNEY

---

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
CASE NO. 3:06-CV-0162-MMC (JCS)

SVCA_77228.1