| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | BETH H. PARKER (SBN 104773) |
| 2 | beth.parker@bingham.com |
|  | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | william.abrams@bingham.com |
|  | MONTY AGARWAL (SBN 191568) |
| 4 | monty.agarwal@bingham.com |
|  | JUDITH S. H. HOM (SBN 203482) |
| 5 | judith.hom@bingham.com |
|  | THOMAS S. CLIFFORD (SBN 233394) |
| 6 | tom.clifford@bingham.com |
|  | AMY MELAUGH (SBN 240931) |
| 7 | amy.melaugh@bingham.com |
|  | Three Embarcadero Center |
| 8 | San Francisco, CA  94111-4067 |
|  | Telephone:  415.393.2000 |
| 9 | Facsimile:  415.393.2286 |
| 10 | Attorneys for Defendants |
|  | Seoul Semiconductor Co., Ltd. and |
| 11 | Seoul Semiconductor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| Plaintiff, | **ORDER GRANTING SEOUL SEMICONDUCTOR CO., LTD. AND SEOUL SEMICONDUCTOR, INC.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO LOCAL RULE 7-11 FOR ORDER DIRECTING FEDERAL MARSHALL AND/OR FEDERAL SECURITY SERVICES TO ADMIT INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR USE AT TRIAL** |
| v. | |
| Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc., | |
| Defendants. | |
| | Trial:      October 22, 2007 |
| | Time:      9 a.m. |
| | Place:     Courtroom 7, 19th Floor |

No. 3:06-CV-0162 (MMC)

1  Pursuant to Rule 7-11 of the Local Rules for the U.S. District Court for the
2  Northern District of California, Defendants Seoul Semiconductor Co., Ltd. and Seoul
3  Semiconductor, Inc. have moved the Court to issue an administrative order directing the Federal
4  Marshall and/or the Federal Security Services to admit and allow into the Federal Courthouse the
5  following equipment for use at trial in the above-referenced matter.
6  After considering the papers and arguments submitted in support of Defendants'
7  motion, and finding good cause therefore,
8  IT IS HEREBY ORDERED that Defendants' administrative motion is
9  GRANTED, and the Federal Marshall and/or the Federal Security Services is directed to admit
10  and allow into the Federal Courthouse the following equipment for use a trial:
11  1.  Electronic microscope.
12
13  DATED: October 29, 2007
14
15  _____
16  The Honorable Maxine M. Chesney
    United States District Court
    for the Northern District of California
17
18
19
20
21
22
23
24
25
26

1   NO. 3:06-CV-0162 (MMC)