IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,  
        Plaintiff  
   v.  
SEOUL SEMICONDUCTOR, LTD., et al.,  
        Defendants  
                             /

No. 06-0162 MMC

**ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME**

      The Court is in receipt of plaintiff's "Motion to Shorten Time," filed November 13, 2007. Having reviewed plaintiff's submission, the Court hereby rules as follows.

      Plaintiff seeks an order requiring defendants to respond, by November 21, 2007, to a newly-served request for production of documents. According to plaintiff, the responses are relevant to a motion for attorney's fees plaintiff intends to file on November 26, 2007. Plaintiff asserts that the Civil Local Rules of this District require plaintiff to file any motion for attorney's fees by November 26, 2007.

      A motion for attorney's fees must be filed within 14 days of entry of judgment. See Civil L.R. 54-6(a). Judgment, however, has yet to be entered in the instant case. Consequently, good cause does not exist for the requested order that the above-referenced discovery be produced on shortened time.

      Accordingly, plaintiff's motion is hereby DENIED.

      **IT IS SO ORDERED.**

Dated: November 14, 2007

MAXINE M. CHESNEY  
United States District Judge