United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION,<br><br>      Plaintiff<br><br>  v.<br><br>SEOUL SEMICONDUCTOR, LTD., et al.,<br><br>      Defendants<br>_____/ | No. 06-0162 MMC<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE MOTION TO STAY; DEFERRING ENTRY OF JUDGMENT PENDING RESOLUTION OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION** |

       Before the Court is plaintiff's proposed judgment, filed November 16, 2007. Defendants have filed objections thereto, to which plaintiff has replied. Also before the Court is defendants' Administrative Motion for Leave to File Motion to Stay Entry of Judgment Until Completion of Post-Trial Motions, filed December 3, 2007; plaintiff has filed opposition thereto. On December 10, 2007, plaintiff filed a motion for a permanent injunction, noticed for hearing on January 18, 2008. Having read and considered the above-referenced filings, the Court rules as follows.

       Defendants' motion for leave to file a motion to stay entry of judgment is hereby DENIED; the possibility that a post-trial motion will be successful does not constitute good cause to delay entry of judgment. Nevertheless, in light of plaintiff's recently-filed motion for a permanent injunction, the Court hereby DEFERS entry of judgment until such time as

the Court has ruled with respect to whether plaintiff is entitled to such relief.  <u>See</u> Fed. R. Civ. P. 54(c) (providing "every final judgment shall grant the relief to which the party in whose favor it is rendered is entitled").

**IT IS SO ORDERED.**

Dated:  December 13, 2007

_____
MAXINE M. CHESNEY
United States District Judge