IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff

  v.

SEOUL SEMICONDUCTOR, LTD., et al.,

    Defendants
/

No. 06-0162 MMC

**ORDER GRANTING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO PLAINTIFF; AFFORDING DEFENDANTS LEAVE TO FILE SURREPLY; CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION**

    Before the Court is plaintiff's "Administrative Motion to File Documents Under Seal," filed January 4, 2008, by which plaintiff seeks leave to file under seal the unredacted version of its reply in support of its motion for a permanent injunction and the unredacted version of Exhibit A to the Declaration of Jason M. Julian, said exhibit being the Declaration of Daniel Doxsee. According to plaintiff, the reply and the Doxsee Declaration "include information about [plaintiff's] customers, pricing and sales." (See Julian Decl., filed January 4, 2008, ¶ 5.)

    The Local Rules of this District require that a request to seal be "narrowly tailored to seek sealing only of sealable material." See Civil L.R. 79-5(a). Plaintiff has not publicly filed a redacted version of the Doxsee Declaration. The only information included in the Doxsee Declaration that is properly sealable is the dollar amount set forth in ¶ 6 therein,

because the other information contained therein relating to plaintiff's "customers, pricing and sales," specifically, the location of plaintiff's customers, the name of a product sold by plaintiff, and the years of plaintiff's sales as to which such figure pertains, is set forth in the redacted version of plaintiff's reply as filed in the public record. (See Docket # 958 at 3:24-27.)

Accordingly, plaintiff's administrative motion is hereby GRANTED in part, as follows:

1. The Clerk is DIRECTED to file under seal the unredacted version of plaintiff's Reply to Seoul Semiconductor's Opposition to Nichia's Motion for Permanent Injunction, and the unredacted version of Exhibit A to the Declaration of Jason M. Julian.

2. Plaintiff is DIRECTED to file in the public record, no later than January 14, 2008, a redacted version of the Doxsee Declaration in which only the dollar amount set forth in ¶ 6 is redacted therefrom.

Further, because plaintiff has submitted new evidence with its reply, defendants have not had the opportunity to respond thereto. Accordingly, defendants will be afforded leave to file a surreply, no later than January 18, 2008 and not to exceed three pages exclusive of exhibits, said surreply being limited to a response to the new evidence offered with plaintiff's reply.

The hearing on plaintiff's motion for a permanent injunction is hereby CONTINUED to February 8, 2008, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 9, 2008

MAXINE M. CHESNEY
United States District Judge