Bingham McCutchen LLP
BETH H. PARKER (SBN 104773)
beth.parker@bingham.com
WILLIAM F. ABRAMS (SBN 88805)
william.abrams@bingham.com
MONTY AGARWAL (SBN 191568)
monty.agarwal@bingham.com
JUDITH S. H. HOM (SBN 203482)
judith.hom@bingham.com
THOMAS S. CLIFFORD (SBN 233394)
tom.clifford@bingham.com
AMY MELAUGH (SBN 240931)
amy.melaugh@bingham.com
SAMANTHA STONEWORK (SBN 245788)
samantha.stonework@bingham.com
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286

Attorneys for Defendants
Seoul Semiconductor Co., Ltd. and
Seoul Semiconductor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Nichia Corporation,<br><br>    Plaintiff,<br><br>   v.<br><br>Seoul Semiconductor Co., Ltd. and Seoul Semiconductor, Inc.,<br><br>    Defendants. | No. 3:06-CV-0162 (MMC)<br><br>[~~PROPOSED~~] STATEMENT OF THE EVIDENCE REGARDING DEPOSITION TESTIMONY NOT RECORDED<br><br>Judge:    Hon. Maxine M. Chesney |

For Settlement and Approval pursuant to Federal Rule of Appellate Procedure 10(c):

1. At trial of this action, video excerpts of the deposition of Dr. Daniel Doxsee were played for the jury during cross examination on October 23, 2007. This video was not reported by the court reporter. Attached as **Exhibit 1** is an excerpt of the trial transcript, indicating where in the proceedings the video was played. Attached as **Exhibit 2** is an excerpt from the transcript of Dr. Doxsee's deposition. The portion played for the jury is pages 166:5 through 167:1. This transcript excerpt includes, and accurately reflects, all video excerpts of Dr. Doxsee's deposition played to the jury.

2. At trial of this action, video excerpts of the deposition of Mr. Cooper Woodring were played for the jury during cross examination on October 25, 2007. This video was not reported by the court reporter. Attached as **Exhibit 3** is an excerpt of the trial transcript, indicating where in the proceedings the video was played. Attached as **Exhibit 4** is an excerpt from the transcript of Mr. Woodring's deposition. The portion played for the jury is pages 15:1-17:25. This transcript excerpt includes, and accurately reflects, all video excerpts of Mr. Woodring's deposition played to the jury.

~~3. As far as the Court is aware, all other video excerpts played at trial were reported by the court reporter.~~

SETTLED AND APPROVED

DATED: January 15, 2008 _____
Hon. Maxine M. Chesney
U.S. District Court Judge