UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

        Plaintiff(s),

   v.

SEOUL SEMICONDUCTOR, LTD., ET AL.,

        Defendant(s).

No. C-06-00162 MMC (JCS)

**ORDER RE MOTION TO COMPEL**

(E-FILING CASES)

     The Court has received a joint letter dated December 21, 2007, from Plaintiff and Defendants (the "Motion"). The Motion is appropriate for decision without oral argument. Good cause appearing, IT IS HEREBY ORDERED as follows:

     Defendants shall produce all invoices from the law firms of Bingham McCutcheon LLP and the Law offices of Jennifer Lee Jonak reflecting attorneys' fees charged for the defense of Defendants in this matter. The hours billed by, and the rates charged by, Defendants' counsel may be relevant to a determination of whether or not the fees sought by Plaintiff in this matter are reasonable. Plaintiff is entitled to have this information before it files its motion for attorneys' fees.

     From these invoices, Defendants may redact all information covered by the attorney-client privilege or the attorney work product doctrine. The Court notes that it does not consider the fact that counsel may have spent a particular period of time working on a particular motion, deposition, hearing or other event to be attorney work product.

     These invoices shall be produced **no later than February 1, 2008**.

//

IT IS SO ORDERED.

Dated: January 18, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge