IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants
                                  /

No. C 06-0162 MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DECLARATION OF BRUCE MCFARLANE UNDER SEAL; DIRECTIONS TO CLERK; DIRECTIONS TO DEFENDANTS**

Before the Court is defendants' "Administrative Motion to Seal Portions of the Declaration of Bruce McFarlane in Support of Seoul's Sur-Reply," filed January 18, 2008. Having reviewed the motion and the declaration offered in support thereof, the Court rules as follows:

    1. Defendants have shown Exhibit B to the "Declaration of Bruce McFarlane in Support of Seoul Semiconductor's Sur-Reply to Nichia Corporation's Reply to Seoul's Opposition to Nichia's Motion for Permanent Injunction" is properly sealable, and the Court has previously found the matter referenced in said declaration at 3:19 is properly sealable. (See Order, filed January 9, 2008, at 1:27-28.) Accordingly, the motion is hereby GRANTED in part, and the Clerk is hereby DIRECTED to file under seal the unredacted version of the McFarlane Declaration.

    2. To the extent defendants seek, based on asserted confidentiality designations by

plaintiff, leave to file under seal other portions of the McFarlane Declaration, the motion is hereby DENIED, because plaintiff has not submitted a declaration establishing any such material is properly sealable. See Civil L.R. 79-5(d). Accordingly, defendants are hereby DIRECTED to file in the public record, no later than February 5, 2008, the following portions of the McFarlane Declaration: Page 3:10, 25; Page 4:1, 7-10, 13, 15-17, 20-23; Page 5:5-18, 20-23; Page 6:25; Page 7:1; Exhibits C, D, E, F, J, K, L, M, N, and O. If defendants fail to timely file such exhibits in the public record, the Court will not consider them in ruling on plaintiff's motion for a permanent injunction.

**IT IS SO ORDERED**.

Dated: January 31, 2008

MAXINE M. CHESNEY
United States District Judge