1  NANCY J. GEENEN (CA BAR NO. 135968)
   KIMBERLY DODD (CA BAR No. 235109)
2  MICHAEL J. SONG (CA BAR NO. 243675)
   GINA A. BIBBY (CA BAR No. 242657)
   **FOLEY & LARDNER LLP**
3  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3404
   TELEPHONE: (415) 434-4484
4  FACSIMILE: (415) 434-4507
   NGEENEN@FOLEY.COM
   KDODD@FOLEY.COM
5  MSONG@FOLEY.COM
   GBIBBY@FOLEY.COM

6  MICHAEL D. KAMINSKI (ADMITTED *PRO HAC VICE*)
   KENNETH E. KROSIN (ADMITTED *PRO HAC VICE*)
7  SHAUN R. SNADER (ADMITTED *PRO HAC VICE*)
   **FOLEY & LARDNER LLP**
   WASHINGTON HARBOUR
8  3000 K STREET, N.W., SUITE 500
   WASHINGTON, D.C. 20007-5143
9  TELEPHONE: (202) 672-5300
   FACSIMILE: (202) 672-5399
   MKAMINSKI@FOLEY.COM
10 KKROSIN@FOLEY.COM
   SSNADER@FOLEY.COM

11 **ATTORNEYS FOR PLAINTIFF NICHIA CORPORATION**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nichia Corporation<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Seoul Semiconductor Co., Ltd., Seoul Semiconductor, Inc.,<br><br>　　　　Defendants. | Case No: 3:06-CV-0162 (MMC)<br><br>**[PROPOSED]** ORDER GRANTING NICHIA'S ADMINISTRATIVE MOTION FOR CONSIDERATION OF ITS RESPONSIVE DECLARATION TO THE SEOUL DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE DECLARATION OF BRUCE MCFARLANE IN SUPPORT OF SEOUL'S SUR-REPLY UNDER SEAL<br><br>Judge: Maxine M. Chesney |

This matter is before the Court pursuant to Plaintiff Nichia Corporation's Administrative Motion for Consideration of its Responsive Declaration to the Seoul Defendants' Administrative Motion to Seal Portions of the Declaration of Bruce McFarlane in Support of Seoul's Sur-Reply Under Seal (the "Motion"). Upon consideration of the Motion, and the Court having found good cause appearing,

IT IS HEREBY ORDERED that:

1. The Motion is granted and the Court finds that Nichia's responsive declaration establishes the confidentiality and sealable nature of materials identified in the Declaration of Bruce McFarlane in Support of Seoul's Sur-Reply ("McFarlane Decl.") identifies as confidential to Nichia.

2. The Court's previous Order [Docket No. 973] is modified as follows: the following portions of the McFarlane Decl. are hereby ordered filed under seal: Page 3:10-11, 18-19, 24-25; Page 4:1, 7-10, 13, 15-17, 20-23; Page 5:5-18, 20-23; Page 6:25; Page 7:1; Exhibits C, D, E, F, J, K, L, M, N, and O. Defendants are thus relieved of any obligation to file the aforementioned items in the public record.

IT IS SO ORDERED.

Dated: February 5, 2008

The Honorable Maxine M. Chesney