IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHIA CORPORATION, | No. C-06-0162 MMC |
| Plaintiff, | **ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION** |
| v. | |
| SEOUL SEMICONDUCTOR, et al., | |
| Defendants | |

Before the Court is plaintiff's Motion for Permanent Injunction, currently scheduled for hearing on Friday, February 8, 2008.

Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the February 8, 2008 hearing.

**IT IS SO ORDERED.**

Dated: February 6, 2008

MAXINE M. CHESNEY
United States District Judge