# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

        Plaintiff,

  v.

SEOUL SEMICONDUCTOR, LTD., et al.,

        Defendants.

_____/

No. CV-06-0162 MMC

**JUDGMENT IN A CIVIL CASE**

    **(X) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **() Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** The jury having found defendants willfully infringed United States Design Patent No. 491,538, United States Design Patent No. 490,784, United States Design Patent No. 503,388, and United States Design Patent No. 499,385, and having found each such patent valid, judgment is hereby entered in favor of plaintiff and against defendants in the amount of $250.


Dated: February 7, 2008

        Richard W. Wieking, Clerk

        *Tracy Lucero*

        By: Tracy Lucero
        Deputy Clerk