1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NICHIA CORPORATION,                           No. C 06-0162 MMC

12            Plaintiff,                          **ORDER CONTINUING HEARING ON**
                                                  **PLAINTIFF'S MOTION FOR FINDING**
13    v.                                          **OF EXCEPTIONAL CASE AND AWARD**
                                                  **OF ATTORNEY'S FEES**
14  SEOUL SEMICONDUCTOR CO.,LTD., et al.,

15            Defendants
                                               /

16

17        On February 21, 2008, plaintiff filed a "Motion for a Finding of Exceptional Case and

18  an Award of Attorney's Fees," noticing said motion for a March 28, 2008 hearing.  On

19  February 22, 2008, defendants filed a "Motion for Judgment as a Matter of Law" and

20  "Motion for a New Trial," noticing both motions for a March 28, 2008 hearing.

21        To ensure a reasonably orderly procedure, the above-referenced motions filed by

22  defendants should be decided prior to the Court's consideration of the above-referenced

23  motion filed by plaintiff.  Accordingly, the hearing on plaintiff's Motion for a Finding of

24  Exceptional Case and an Award of Attorney's Fees is hereby CONTINUED to April 25,

25  2008.

26        **IT IS SO ORDERED**.

27

28  Dated:  February 29, 2008

                                               _____
                                               MAXINE M. CHESNEY
                                               United States District Judge