1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   NICHIA CORPORATION,                    No. C 06-0162 MMC
12              Plaintiff,
                                            **ORDER DENYING DEFENDANTS'**
13       v.                                 **ADMINISTRATIVE MOTION TO EXTEND**
                                            **PAGE LIMIT FOR ITS MOTION AS A**
14   SEOUL SEMICONDUCTOR CO.,LTD., et al.,  **MATTER OF LAW**
15              Defendants
                                       /
16

17          Before the Court is defendants' "Administrative Motion Pursuant to L.R. 7-11 to

18   Extend Page Limit for Its Motion as a Matter of Law" ("Administrative Motion"), filed

19   February 21, 2008, by which defendants seek leave to file a 35-page motion for judgment

20   as a matter of law ("motion for judgment").  Plaintiff has not filed a response.  Having read

21   and considered the moving papers, the Court, for the reasons set forth below, finds the

22   Administrative Motion to be both untimely and moot.

23          Under the Local Rules of this District, the Administrative Motion was not deemed

24   submitted until February 27, 2008.  See Civil L.R. 7-11(b), (c) (providing motion for

25   administrative relief deemed submitted on fourth court day after motion filed).  Because

26   judgment was entered on February 7, 2008, however, defendants were required to file their

27   motion for judgment no later than February 22, 2008.  See Fed. R. Civ. P. 50(b) (providing

28   motion for judgment must be filed no later than ten court days after entry of judgment).

Defendants did not file their proposed 35-page motion as an exhibit to the Administrative Motion. Consequently, even if the Court were to grant defendants' Administrative Motion, such ruling, of necessity, would not be made before the deadline for filing a motion for judgment had passed.

In any event, defendants, on February 22, 2008, did file a motion for judgment. Said motion is 25 pages in length and appears to address all issues defendants seek to present in their motion for judgment as a matter of law. Further, to the extent said motion incorporates by reference argument made in defendants' concurrently-filed motion for new trial, (see, e.g., Defs.' Mot. for Judgment at 3:20-21), the Court will exercise its discretion to consider such argument as it applies to the motion for judgment as a matter of law.

Accordingly, the administrative motion for leave to file a 35-page motion for judgment as a matter of law is hereby DENIED.

**IT IS SO ORDERED**.

Dated: February 29, 2008

MAXINE M. CHESNEY
United States District Judge