IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

  v.

SEOUL SEMICONDUCTOR, et al.,

    Defendants

                               /

No. C-06-0162 MMC

**ORDER VACATING MARCH 28, 2008 HEARING ON DEFENDANTS' MOTIONS FOR JUDGMENT AS A MATTER OR LAW AND FOR NEW TRIAL; VACATING APRIL 25, 2008 HEARING ON PLAINTIFF'S MOTION FOR FINDING OF EXCEPTIONAL CASE AND AWARD OF ATTORNEY'S FEES**

     Before the Court are two motions filed by defendants on February 22, 2008: (1) Motion for Judgment as a Matter of Law, and (2) Motion for a New Trial. Having read and considered the papers filed in support of and in opposition to the motions, the Court finds the matters appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the March 28, 2008 hearing.

     Moreover, because defendants' motions should be decided before the Court considers plaintiff's Motion for a Finding of Exceptional Case and an Award of Attorney's Fees, the April 25, 2008 hearing on plaintiff's motion is VACATED, and will be re-set, as appropriate, after the Court has ruled on defendants' motions.

     **IT IS SO ORDERED.**

Dated: March 25, 2008

                                                MAXINE M. CHESNEY
                                                United States District Judge