| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DAVID BALABANIAN (SBN 37368) |
| 2 | BETH H. PARKER (SBN 104773) |
| | WILLIAM F. ABRAMS (SBN 88805) |
| 3 | TOM CLIFFORD (SBN 233394) |
| | HODDY POTTER (SBN 238507) |
| 4 | Three Embarcadero Center |
| | San Francisco, California  94111 |
| 5 | Telephone:  (415) 393-2000 |
| | Facsimile:   (415) 393-2286 |
| 6 | |
| 7 | Attorneys for Defendants |
| | Seoul Semiconductor, Inc. and Seoul Semiconductor |
| 8 | Co., Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 13 | Nichia Corporation, | No. 3:06-CV-0162 (MMC) |
| 14 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR DEFENDANT'S MOTION TO STRIKE THE DECLARATION OF DR. DANIEL DOXSEE IN SUPPORT OF NICHIA'S MOTION FOR ATTORNEYS' FEES |
| 15 | v. | |
| 16 | Seoul Semiconductor, Co., Ltd.; Seoul Semiconductor, Inc. | |
| 17 | Defendants. | |

Pursuant to Civil Local Rule 6-3, Seoul Semiconductor, Co., Ltd. and Seoul Semiconductor, Inc. (collectively "Seoul"), have filed a Motion to Shorten Time to Hear Defendants' Motion to Strike the Declaration of Dr. Daniel Doxsee In Support of Nichia's Motion For Attorneys' Fees.  The Court, having considered Seoul's motion, ~~finds that it has~~ and Nichia's response in which Nichia agrees to the schedule proposed by Seoul, ~~merit, and being duly advised,~~ grants this motion.

No. 3:06-CV-0162 (MMC)

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing on
2  the Motion to Strike is scheduled for __May 16, 2008___. Plaintiff's opposition papers are due
3  4:00 p.m., May 6 __. Defendants' reply papers ~~are due~~ _____. shall be filed by noon,
4  May 9, 2008, and defendants' shall submit a chambers copy thereof by 4:00 p.m., May 9, 2008.
5  DATED:  May 1, 2008

```
                              _____
                                     Hon. Maxine Chesney
                                  United States District Court
                                  Northern District of California
```

2                                            No. 3:06-CV-0162 (MMC)

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME**

A/72516816.1/3004554-0000319036