NOTE: THIS ORDER IS NONPRECEDENTIAL

# United States Court of Appeals for the Federal Circuit

2008-1309, -1336, -1380

NICHIA CORPORATION,

Plaintiff-Cross Appellant,

v.

SEOUL SEMICONDUCTOR CO., LTD.,
and SEOUL SEMICONDUCTOR, INC.,

Defendants-Appellants.

Appeals from the United States District Court for the Northern District of California in case no. 06-CV-162, Judge Maxine M. Chesney.

# ORDER

FILED

FEB - 5 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### ORDER

The order of dismissal and the mandate dated 01/29/2009 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

FOR THE COURT,

01/30/2009

/s/ Jan Horbaly /S.W.

Jan Horbaly
Clerk

cc: Clerk's Office, DCT
Donald R. Dunner
George C. Best

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 30 2009

JAN HORBALY
CLERK

NICHIA CORP V SEOUL SEMICONDUCTOR
(DCT - 06-CV-162)   2008-1309,-1336,-1380

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/30/09